**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
   amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Flexogenix Group, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-3082975** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1000 S. Hope Street, Suite 103** **Los Angeles, CA 90015** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Los Angeles** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.flexogenix.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor    **Flexogenix Group, Inc.**                                        Case number (*if known*) _____
      Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **See Attachment** | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Flexogenix Group, Inc.**                                            Case number (*if known*) _____
             Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in this district?** | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

         Contact name _____

         Phone _____

---

**■    Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Flexogenix Group, Inc.** | | Case number (*if known*) | |
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 18, 2019**
              MM / DD / YYYY

X _(signature)_                                                **Iris Whalen**
Signature of authorized representative of debtor               Printed name

Title   **CEO**

---

**18. Signature of attorney**

X _(signature)_                                  Date   **March 18, 2019**
Signature of attorney for debtor                        MM / DD / YYYY

**Jeremy W. Faith**
Printed name

**Margulies Faith LLP**
Firm name

**16030 Ventura Blvd., Suite 470
Encino, CA 91436**
Number, Street, City, State & ZIP Code

Contact phone   **(818) 705-2777**    Email address   **Jeremy@MarguliesFaithLaw.com**

**190647 CA**
Bar number and State

Debtor    **Flexogenix Group, Inc.**                                                          Case number (*if known*)
          Name

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (*if known*) _____    Chapter    **11**

☐  Check if this an
   amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Debtor | **Flexogenix Georgia, PC** | | | Relationship to you | **Affiliate** |
| District | **Central District of California** | When | **3/18/19** | Case number, if known | |
| Debtor | **Flexogenix North Carolina, PC** | | | Relationship to you | **Affiliate** |
| District | **Central District of California** | When | **3/18/19** | Case number, if known | |
| Debtor | **Flexogenix Oklahoma, PC** | | | Relationship to you | **Affiliate** |
| District | **Central District of California** | When | **3/18/19** | Case number, if known | |
| Debtor | **Whalen Medical Corporation DBA Flexogenix, Inc.** | | | Relationship to you | **Affliate** |
| District | **Central District of California** | When | **3/18/19** | Case number, if known | |

## WRITTEN CONSENT OF DIRECTORS OF
## FLEXOGENIX GROUP, INC.,
## A CALIFORNIA CORPORATION

The undersigned, being all of the directors of Flexogenix Group, Inc., a California corporation (the "Company"), hereby adopts the following resolutions, as authorized by unanimous written consent:

**WHEREAS**, it is in the best interests of the Company, its creditors, shareholders and other interested parties for the Company to file a voluntary petition for relief, under chapter 11 of title 11, United States Code (the "Bankruptcy Code"); therefore, it is

**RESOLVED**, that the Company be, and hereby is, authorized to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code; and it is

**RESOLVED**, that Iris Whalen, the Chief Executive Officer of the Company, be and hereby is authorized to:

    a.    Execute and verify or certify on behalf of the Company a petition under chapter 11 and to cause the same to be filed in the appropriate United States Bankruptcy Court at such time as she shall determine is appropriate; and

    b.    Execute and file all petitions, schedules, lists, statements and other papers and to take any and all action that she deems necessary, proper or desirable in connection with the chapter 11 case for the Company with view toward the successful completion of the case; and

    c.    Take all actions, including, without limitation, the retention of counsel, accountants and such other professional persons on such terms and conditions as may be necessary or appropriate, and to exercise all rights, claims, remedies, privileges, and to perform all duties and obligations, as the Company may have as a debtor under chapter 11 of the Bankruptcy Code and related rules, and to execute and deliver all instruments, petitions, agreements, certificates and documents in connection therewith, in the name of and on behalf of the Company, as in his judgment may be necessary or appropriate to carry out the intent and to accomplish the purpose of these resolutions; and it is

**RESOLVED**, that the Company be, and hereby is, authorized to employ the law firm of Margulies Faith LLP, or such other firm as may be appropriate, to represent the Company as bankruptcy counsel in the chapter 11 case for the Company.

Dated: _3-18-19_

_____
Iris Whalen, CEO

Dated: _3-18-19_

_____
Sean P. Whalen, Director

<table>
<tr><td>Fill in this information to identify the case:</td></tr>
</table>

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Flexogenix Group, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO BOX 981535 El Paso, TX 79998-1535 | | Corporate Credit Card | | | | $666,495.19 |
| American Express PO BOX 981535 El Paso, TX 79998-1535 | | Business Credit Card | | | | $119,198.41 |
| American Express PO BOX 981535 El Paso, TX 79998-1535 | | Iris Whalen credit card used for company expenses | | | | $111,574.24 |
| Bioventus P.O. Box 732823 Dallas, TX 75373-2823 | | | | | | $546,300.00 |
| Business Merchant Funding 680 Central Avenue Cedarhurst, NY 11516 | | | | $973,606.00 | $0.00 | $973,606.00 |
| Chase Ink Card Services PO BOX 15298 Wilmington, DE 19850 | | Credit Card | | | | $64,010.37 |
| Chase Sapphire Card Services PO BOX 15298 Wilmington, DE 19850 | | Iris Whalen credit card used for company expenses | | | | $74,603.52 |
| Complete Business Solutions Group, 22 N. 3rd Street Philadelphia, PA 19106 | | 90 days or less: Accounts receivable | | $3,838,991.14 | $1,200,000.00 | $2,638,991.14 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Flexogenix Group, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cox Health Marketing Cox Enterprises, Inc.** PO Box 809036 Chicago, IL 60680-9036 | | | | | | **$55,755.75** |
| **Fidia** PO Box 10341 Uniondale, NY 11555-5351 | | | | | | **$761,048.00** |
| **Franklin Funding Group, LLC** 1425 37th St., #557 Brooklyn, NY 11218 | | | | **$928,330.00** | **$0.00** | **$928,330.00** |
| **Genzyme Corporation** 62665 Collections Center Drive Chicago, IL 60693-0626 | | | | | | **$200,932.00** |
| **In Advance Capital, LLC** 1233 48th Street Brooklyn, NY 11219 | | | | **$174,885.00** | **$0.00** | **$174,885.00** |
| **Influx Capital LLC** 32 Court Street, Suite 205 Brooklyn, NY 11201 | | | | **$327,366.00** | **$0.00** | **$327,366.00** |
| **Internal Revenue Service** PO BOX 7346 Philadelphia, PA 19101-7346 | | | | | | **$1,200,000.00** |
| **J&J Healthcare Systems, Inc** 5972 Collections Center Dr Chicago, IL 60693 | | | | | | **$219,229.84** |
| **KWTV-TV** PO BOX 960042 Oklahoma City, OK 73196 | | | | | | **$59,036.75** |
| **Ossur Americas Inc.** PO BOX 842265 Boston, MA 02284-2265 | | | | | | **$213,601.01** |
| **Wcnc-Tv, Inc.** 1001 Woodrdg Ctr Dr Charlotte, NC 28217 | | | | | | **$65,641.25** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor    **Flexogenix Group, Inc.**                                   Case number *(if known)* _____

       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Yes Capital Group, LLC**<br>**1233 48th Street**<br>**Brooklyn, NY 11219** | | | | **$174,885.00** | **$0.00** | **$174,885.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Jeremy W. Faith (SBN 190647)**
**16030 Ventura Blvd., Suite 470**
**Encino, CA 91436**
**(818) 705-2777 Fax: (818) 705-3777**

**Jeremy@MarguliesFaithLaw.com**

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*
■  *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

**Flexogenix Group, Inc.**

CASE NO.:
CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __28__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **March 18, 2019**
_____
Signature of Debtor 1

Date: _____
_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____
_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                 **F 1007-1.MAILING.LIST.VERIFICATION**

1st Global Capital, LLC
1250 E. Hallandale Beach Blvd.
Suite 409
Hallandale Beach, FL 33009


4imprint
101 Commerce St
PO Box 320
Oshkosh, WI 54901


Accell Orthopedics, Inc
PO Box 8702
Wilmington, DE 19899


Adrienne A Haskins
45210 W Highway 51
Jennings, OK 74038


ADT Security (Cary)
P.O.BOX 371878
Pittsburgh, PA 15250-7878


ADT Security (Group)
P.O.BOX 371878
Pittsburgh, PA 15250-7878


ADT Security (LA)
P.O.BOX 371878
Pittsburgh, PA 15250-7878


Aeisha S Allen
11163 Foxhaven Dr
Charlotte, NC 28277

Alexis Cox
104 Twin Oaks Pl
Goldsboro, NC 27530


Alford Leasing Company
P.O. BOX 90755
Raleigh, NC 27675


Aliya Cromwell
283 Silver Ridge Dr
Dallas, GA 30157


AlterG
48368 Milmont Drive
Fremont, CA 94538


Amanda K Caudill
133 W 36Th St
Long Beach, CA 90807


Amber E Price
817 Rankin Pl
Greensboro, NC 27403


American Express
PO BOX 981535
El Paso, TX 79998-1535


Angelina Evans
1749 N Serrano Ave Apt 207
Los Angeles, CA 90027

Anna Gordea
109 Holly Bay Ln
Holly Springs, NC 27540


Anthem Blue Cross
Po Box 511300
Los Angeles, CA 90051


Aramark
17044 Montanero Ave Ste 4
Carson, CA 90746


Aramark NC
11800 Statesville Road
Huntersville, NC 28078


Argon
13600 N. Blackwelder Avenue
Oklahoma City, OK 73134


Bainbridge Lake Crabtree
2599 Evans Road
Morrisville, NC 27560


Bank of America
PO BOX 982234
El Paso, TX 79998-2234


Besse Medical Supply
1576 Solutions Ctr
Chicago, IL 60677-1005

Beth Gichuhi
6310 Daybrook Cir Apt 303
Raleigh, NC 27606


BETTER BUSINESS BUREAU
1112 S. BASCOM AVE.
SAN JOSE, CA 95128-3507


Bigleaf networks
2850 SW Cedar Hills Blvd Suite 130
Beaverton, OR 97005-1354


Biotics Research Corp
P.O.BOX 36888
Houston, TX 77236


Bioventus
P.O. Box 732823
Dallas, TX 75373-2823


BizFilings
8020 Excelsior Drive
Suite 200
Madison, WI 53717


Bizmatics, Inc.
4010 Moorpark Ave., # 222
San Jose, CA 95117


Bluevine
401 Warren Street
Redwood City, CA 94063

Bluevine
830 3rd Street
Gretna, LA 70053


Bluevine
111 Town Square Place
Jersey City, NJ 07310


BOXFOX, Inc.
3421 W. El Segundo Blvd
Hawthorne, CA 90250


Branden Ford
3715 Debelle St
Clarkston, GA 30021


Brandia Sanders
322 Newcastle Ave
Lincolnton, NC 28092


Business Merchant Funding
680 Central Avenue
Cedarhurst, NY 11516


Canon Financial Service, Inc.
14904 Collections Center Drive
Chicago, IL 60693-0149


Capitol Cleaning OKC LP
11625 N. Santa Fe, Suite A
Oklahoma City, OK 73114

Carolina BioMedical Disposal, LLC
PO BOX 65047
BALTIMORE, MD 21264-5047


Charlene Adkisson
7901 S Council Rd #256
Oklahoma City, OK 73169


Chase Freedom
Card Services
PO BOX 15298
Wilmington, DE 19850


Chase Ink
Card Services
PO BOX 15298
Wilmington, DE 19850


Chase Sapphire
Card Services
PO BOX 15298
Wilmington, DE 19850


Chase Slate
Card Services
PO BOX 15298
Wilmington, DE 19850


Cheri Dickinson
1105 Garden Lake Dr
Riverdale, GA 30296


CISLO&THOMAS LLP
12100 Wilshire Blvd Suite 1700
Los Angeles, CA 90025-7103

Citibank
PO BOX 6500
Sioux Falls, SD 57117-6500


City of Los Angeles False Alarms
P.O. Box 30879
Los Angeles, CA 90030-0879


Clark Trevithick
800 Wilshire Blvd 12th Floor
Los Angeles, CA 90017


CMGAtlantaTV
P.O. Box 809036
Chicago, IL 60680-9036


COECO OF RALEIGH
P.O. BOX 790448
ST. LOUIS, MO 63179-0448


Complete Business Solutions Group,
22 N. 3rd Street
Philadelphia, PA 19106


Connor J McClanahan
5032 Newcastle Rd
Raleigh, NC 27606


COX business
PO BOX 248851
Oklahoma City, OK 73124-8851

Cox Health Marketing
Cox Enterprises, Inc.
PO Box 809036
Chicago, IL 60680-9036


Daisy Anaya
7029 Denver Ave
Los Angeles, CA 90044


David Fogel
David Fogel, P.C.
1225 Franklin Avenue
Suite 522
Garden City, NY 11530-1753


David Gerber
1913 Goldenrod Lane
Midwest City, OK 73130


De Forest & Associates, Inc
1145 Artesia Boulevard, #203
Manhattan Beach, CA 90266


Derek Medeiros
10127 Oxford Landing Ln
Charlotte, NC 28270


Desiree K Jones
947 Wind Carved Ln
Monroe, NC 28110


Diagnostic Physics Inc
P.O. Box 49587
Charlotte, NC 28277

Diara Gross
235 Lincoln Court Avenue
NE Brookhaven, GA 30329


Dinoshka Acevedo
5174 Martin Luther King Jr Blv
Lynwood, CA 90262


DJO, LLC
PO BOX 650777
Dallas, TX 75265


Doretta H Lawson
4830 Tony Dr
Trinity, NC 27370


Elisabeth S Barnes
1816 N McDowell St.
Apt #1
Charlotte, NC 28205


Elite2 LLC
5 Saratoga Dr
Collegeville, PA 19426


Erin Boyd
3844 Northwest 36th Street
Oklahoma City, OK 73112


EXCEL ERROR FIX, LLC
2312 Winthrop Ave
Charlotte, NC 28203

Fedex
P.O. Box 7221
Pasadena, CA 91109-7321


Fidia
PO Box 10341
Uniondale, NY 11555-5351


Flagship Cary, LLC
2701 Coltsgate Road, Suite 300
Charlotte, NC 28211


Franchise Tax Board
Bankruptcy Section MS A-340
PO BOX 2952
Sacramento, CA 95812-2952


Franklin Funding Group, LLC
1425 37th St., #557
Brooklyn, NY 11218


GE Healthcare
P.O. BOX 640200
Pittsburgh, PA 15264-0200


Genzyme Corporation
62665 Collections Center Drive
Chicago, IL 60693-0626


George Place
4706 Mount Royal Lane
Charlotte, NC 28210

Golden Triangle #6-Avery, LLC
PO BOX 2439
Matthews, NC 28106


Grace Fantetti
3498 Panarama Dr
Greensboro, NC 27405


Guadalupe Acevedo Tirado
15 Tucker Farm Cir
Angier, NC 27501


Haley Saul
20 Craig Court
Mebane, NC 27302


Haley Stultz
1809 Chapel Edge Dr
Greensboro, NC 27405


Harry Pinckney
6521 Monroe Rd
Apt 102
Charlotte, NC 28212


Heidi Hall
28437 Cr 87
Robertsdale, AL 36567


HENDRIX BUSINESS SYSTEMS, INC.
2040A INDEPENDENCE COMMERCE DR
MATTHEWS, NC 28105

Henry Schein
PO Box 7156
Pasadena, CA 91109-7156


Holly A Stubbins
5515 Mcwhorter Rd
Waxhaw, NC 28173


HOLOGIC CAPITAL
PO BOX 41602
PHILADELPHIA, PA 19101-1602


Hologic, Inc
24506 Network Pl
Chicago, IL 60673-1245


HPE Financial Services
Lockbox# 402582
Bank of America
8000 Feldwood Road
College Park, GA 30349


Imperial
P.O. BOX 150040
Tulsa, OK 74115


In Advance Capital, LLC
1233 48th Street
Brooklyn, NY 11219


Influx Capital LLC
32 Court Street, Suite 205
Brooklyn, NY 11201

Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346


Iqra Ahmed
800 North Oklahoma Avenue
Oklahoma City, OK 73104


Iris Whalen
4706 Mt. Royal Lane
Charlotte, NC 28210


Iris Yingyin Whalen
4706 Mount Royal Lane
Charlotte, NC 28210


Iron Mountain
1000 Campos Dr
Collegeville, PA 19426


J&J Healthcare Systems, Inc
5972 Collections Center Dr
Chicago, IL 60693


Jack Miletic
420 Washington Ave Apt 203
Santa Monica, CA 90403


Jacqueline Puello
2112 Thornfield Rd
Charlotte, NC 28217-7936

James Villaruz
647 West Duarte Road
Apt. A
Monrovia, CA 91016


Jana Norton
503 East Lockheed Drive
Midwest City, OK 73110


Janet B Sandoval
511 Lakemont Drive
Clayton, NC 27520


JANI-KING OF RALEIGH/DURHAM
801 JONES FRANKLIN RD. STE 230
RALEIGH, NC 27606


Jennell Brown
3709 Rosedown Dr
Matthews, NC 28105


Jennifer Hogan
1829 E. Marion St. Apt. 1202
Shelby, NC 28152


Jennifer Reed
1601 Morris Ave
Norfolk, VA 23509


Jeong Ah Hwang
3011 Rowena Avenue APT 15
Los Angeles, CA 90039

Jerrell Parker
2213 Woodwyck Way
Raleigh, NC 27604


Joan E Kim
449 N. Catalina Avenue, #109
Pasadena, CA 91106


John Crossgrove
306 Maple Walk Street
Durham, NC 27703


Jon S. Grubbs
6220 Yosemite Dr
Port Orange, FL 32127


Jonathan M Breton
13232 Long Common Pkwy
Huntersville, NC 28078


Joni L Scholl
2474 Walnut St # 257
Cary, NC 27518


Joseph Cheek
11436 Lemmond Acres Dr
Mint Hill, NC 28227


K&L Gates LLP
P.O. BOX 844255
Boston, MA 02284-4255

Karen Berrios
1901 North Stoneacre Avenue
Compton, CA 90221


Katy Y Aguillon Campos
615 E 27Th St
Los Angeles, CA 90011


Kay N Thompson
936 S Olive St
Apt 439
Los Angeles, CA 90015


Kevin Quinn
8920 Mossy Oak Drive
Gainesville, GA 30506


Kia Motors Finance
PO BOX 20825
Fountain Valley, CA 92728-0825


Kimberly K Conley
103 Roelee St
Trinity, NC 27370


Kristen M Sykes
2305 Pitt Rd
Elon, NC 27244


Kristi A Kerrigan
11245 Lions Mane St
Charlotte, NC 28273

KWTV-TV
PO BOX 960042
Oklahoma City, OK 73196


Laura Fessenden
106 Glasgow St
Stem, NC 27581


Lawrence J Dalmata Jr.
595 Tillie Scott Ct
Greensboro, NC 27455


Levy, Sapin, Ko & Freeman
4221 Wilshire Blvd Suite 430
Los Angeles, CA 90010


Lindsey Underwood
607 Runaway Bay Dr
Runaway Bay, TX 76426


Linh Huynh
3306 Fallen Acorn Cir
Cary, NC 27519


Lisa Walling
60 Landon Drive
Edmond, OK 73013


Lishu Wang
1225 West Exposition Boulevard
Apt B
Los Angeles, CA 90007

Logan O Tufts
700 Maroubra Loop
APT 7302
Cary, NC 27513


LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54888
Los Angeles, CA 90054-0888


Luisa Farias
11245 Lions Mane St
Charlotte, NC 28273


Lynne A Ridgel
22433 S Vermont Ave Apt 126
Torrance, CA 90502


Manning Fulton
3605 Glenwood Ave., Suite 500
Raleigh, NC 27612


Maple One Partners, LLC
309 Gallimore Dairy Road, Suite 102
Greensboro, NC 27409


Marielena Cocinero
1612 Long Paw Ln
Charlotte, NC 28214


Marissa Vaughn
404 Greenwood Cir
Cary, NC 27511

Martha I Fuentes
2125 W. Avenue 30
Los Angeles, CA 90065


Martha Oviedo
236 E Caldwell St
Compton, CA 90220


Matrix
PO BOX 601771
Charlotte, NC 28260-1771


Mayflower Transit, LLC
22262 Network Place
Chicago, IL 60673-1222


McKesson Medical Surgical
PO BOX 660266
Dallas, TX 75266-0266


Medasend Biomedical Inc
11258 Monarch St
Garden Grove, CA 92841


Mei Chih Pan
630 W Bennett Ave
Glendora, CA 91741


Melissa A Tindall
3875 Evergreen Way
Zionsville, IN 46077

Melissa D Mezin
1449 S Church St
Apt 421
Charlotte, NC 28203


Mercedes-Benz Financial Services
PO BOX 685
Roanoke, TX 76262


Michael Bryant
31951 Mill Stream Rd
Trabuco Canyon, CA 92679


Michelle Carballo
4 Harper St Nw
APT B
Atlanta, GA 30318


Mint Physician Staffing
10777 Westheimer Rd, Suite 925
Houston, TX 77042


MRC
PO BOX 843760
Los Angeles, CA 90084-3760


Natalie Legette
8243 Romana Red Ln
Charlotte, NC 28213


OG&E
PO BOX 24900
Oklahoma City, OK 73124-0990

Oklahoma Natural Gas Company
PO BOX 219296
Kansas City, MO 64121-9296


Organogenesis, Inc.
DEPT 2542
PO BOX 122542
Dallas, TX 75312-2542


Ossur Americas Inc.
PO BOX 842265
Boston, MA 02284-2265


Packard Commercial LLC
1526 S. Broadway
Los Angeles, CA 90015


Pamela Young
4126 Lake Lynn Dr Apt 306
Raleigh, NC 27613


Physician Solutions, Inc
PO Box 98313
Raleigh, NC 27624


Piedmont Natural Gas
PO BOX 660920
Dallas, TX 75266-0920


Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250-7874

Rebeca N Lopez
4662 Brompton Dr
Greensboro, NC 27407


Relatient
75 Remittance Drive
Dept 1919
Chicago, IL 60675-1919


Ren Scott Creative
9004 Brittany Way
Tampa, FL 33619


Renada Rogers
1417 Camargo Ln
Raleigh, NC 27604


Rene L McClanahan
2030 Old Chapman Drive
Apex, NC 27502


Samantha Harvey
7910 Sunfield Circle Apt 206
Raleigh, NC 27617


Sandy Springs Gateway Owner, LLC
PO BOX 392643
Pittsburgh, PA 15251


Sandy Springs Locksmith
PO Box 392643
Pittsburgh, PA 15251-9600

Sean P Whalen
4706 Mt Royal Ln
Charlotte, NC 28210


Sean Whalen
4706 Mt. Royal Lane
Charlotte, NC 28210


Sejal Mankad
1000 Corwith Dr
Morrisville, NC 27560


Shannon E Parrott
8132 Green Lantern St Apt 103
Raleigh, NC 27613


Shred Ace, Inc
PO Box 15519
Durham, NC 27704


Shred-it
28883 NETWORK PLACE
CHICAGO, IL 60673-1288


Smart Business System
4807 Melrose Ave
Los Angeles, CA 90029


Smith Anderson Blount Dorsett
Mitchell & Jernigan
PO Box 2611
Raleigh, NC 27602

Stacie Marchetti
239 Cypress Hill Lane
Holly Springs, NC 27540


Stanford Dosimetry LA
1204 Raymond St
Bellingham, WA 90014


Staples Advantage
Dept LA
PO Box 83689
Chicago, IL 60696-3689


Stericycle
P.O.BOX 6578
Carol Stream, IL 60197-6578


Stratus Video , LLC
PO BOX 674954
DETROIT, MI 48267-4954


Tabitha McRae
801 Grentton Pl
Apt 2G
Browns Summit, NC 27214


Tamara Faucett
11800 Battery Pl
Charlotte, NC 28273


Taylor Nicole Walker
4113 Grand Manor Ct
Apt 403
Raleigh, NC 27612

Techonology Unlimited Inc
P.O. Box 721548
Oklahoma City, OK 73172-1548


Terrez Pugh
2126 NE 15th St
Oklahoma City, OK 73117


The Charlotte Observer
PO BOX 3026
Livonia, MI 48151


The Collection
4600 Roswell Road
Sandy Springs, GA 30342


The News & Observer
215 S. McDowell St
Raleigh, NC 27601


The News & Observer
PO BOX 3022
Livonia, MI 48151


Thomas M Howard
2754 Lake Waccamaw Trl
Apex, NC 27502


Thomas Russell Duncan
155 Enwood Drive
Charlotte, NC 28214

Tianne Williams
6425 Oakley Rd
Apt 1601
Union City, GA 30291


Tiara S Simmons
409 Pinewood Dr
Madison, NC 27025


TOG Langer Biomechanics ATL
160 Markland St
Markham, ON L6C 0C6


TOG Langer Biomechanics Cary
160 Markland St
Markham, ON L6C 0C6


TOG Langer Biomechanics CLT
160 Markland St
Markham, ON L6C 0C6


TOG Langer Biomechanics LA
160 Markland St
Markham, ON L6C 0C6


Tower Lakes, LLC
9120 N. Kelly Avenue
Oklahoma City, OK 73131


U.S. Securities and Exchange Comm.
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591

United Pet Care LLC
24361 El Toro Rd., Ste. 255
Laguna Woods, CA 92637


V-Corp Contracting Services, Inc.
1198 N Knollwood Cir
Anaheim, CA 92801-1307


VisualMed, Inc.
PO BOX 38840
Charlotte, NC 28278


Wayfair Supply
4 Copley Place, Floor 7
Boston, MA 02116


Wcnc-Tv, Inc.
1001 Woodrdg Ctr Dr
Charlotte, NC 28217


Wendy Quarry
305 Cottonwood Lane
Holly Springs, NC 27540


WFMY
PO BOX 637386
Cincinnati, OH 45263-7286


WNCN
33096 Collections Center Drive
Chicago, IL 60693

WSB-TV
Cox Enterprises, Inc.
PO BOX 809036
Chicago, IL 60680-9036


WSOC-TV
PO BOX 809229
Chicago, IL 60680-9229


Yajaira R Martinez
11450 Albers St
North Hollywood, CA 91601


Yao Shan Chen
12314 Rose Street
Cerritos, CA 90703


Yes Capital Group, LLC
1233 48th Street
Brooklyn, NY 11219


Yi Pei Lu
18821 Carreta Dr
Rowland Heights, CA 91748


Zana Devlin
8018 Goldenrain Way
Raleigh, NC 27612