# United States Bankruptcy Court
## Central District of California - Los Angeles Division

| | | |
|---|---|---|
| In re  **Flexogenix Group, Inc.** | Case No. | **2:19-bk-12927** |
| Debtor(s) | Chapter | **11** |

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Iris Whalen**<br>**4706 Mt. Royal Lane**<br>**Charlotte, NC 28210** | | **82.5%** | **Shareholder** |
| **Jack Miletic**<br>**420 Washington Avenue, Apt. 203**<br>**Santa Monica, CA 90403** | | **1%** | **Shareholder** |
| **Sean P. Whalen**<br>**4706 Mt. Royal Lane**<br>**Charlotte, NC 28210** | | **15%** | **Shareholder** |
| **Thomas Howard**<br>**2754 Lake Waccamaw Trail**<br>**Apex, NC 27502** | | **1.5%** | **Shareholder** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June  6, 2019**          Signature  _____
                                        **Iris Whalen**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**Whalen Medical Corporation DBA Flexogenix, Inc., Chapter 11, Case No. 2:19-bk-12928-BR, filed 3/18/2019, Central District of California, Affiliate**
**Flexogenix North Carolina, PC, Chapter 11, Case No. 2:19-bk-12929-BR, filed 3/18/2019, Central District of California, Affiliate**
**Flexogenix Georgia, PC, Chapter 11, Case No. 2:19-bk-12930-BR, filed 3/18/2019, Central District of California, Affiliate**
**Flexogenix Oklahoma, PC, Chapter 11, Case No. 2:19-bk-12931-BR, filed 3/18/2019, Central District of California, Affiliate**
**Sean P. Whalen, Chapter 7, Case No. 2:14-bk-31007-RN, filed 11/4/2014, closed 11/10/2015, Central District of California, Insider**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**N/A**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**Whalen Medical Corporation DBA Flexogenix, Inc., Chapter 11, Case No. 2:19-bk-12928-BR, filed 3/18/2019, Central District of California, Affiliate**
**Flexogenix North Carolina, PC, Chapter 11, Case No. 2:19-bk-12929-BR, filed 3/18/2019, Central District of California, Affiliate**
**Flexogenix Georgia, PC, Chapter 11, Case No. 2:19-bk-12930-BR, filed 3/18/2019, Central District of California, Affiliate**
**Flexogenix Oklahoma, PC, Chapter 11, Case No. 2:19-bk-12931-BR, filed 3/18/2019, Central District of California, Affiliate**
**Sean P. Whalen, Chapter 7, Case No. 2:14-bk-31007-RN, filed 11/4/2014, closed 11/10/2015, Central District of California, Insider**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Encino** , California.

Date: **June  6, 2019**

**Iris Whalen**
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                    *Page 1*                    **F 1015-2.1.STMT.RELATED.CASES**

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Flexogenix Group, Inc.** | |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** | ☐ Check if this is an |
| Case number (if known): | **2:19-bk-12927** | amended filing |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express** PO BOX 981535 El Paso, TX 79998-1535 | | **Credit Card** | | | | $666,495.19 |
| **American Express** PO BOX 981535 El Paso, TX 79998-1535 | | **Credit Card** | | | | $119,198.41 |
| **American Express** PO BOX 981535 El Paso, TX 79998-1535 | | **Iris Whalen credit card used for company expenses** | | | | $111,574.24 |
| **Bioventus** P.O. Box 732823 Dallas, TX 75373-2823 | | **Supplies** | | | | $803,700.00 |
| **Complete Business Solutions Group,** 22 N. 3rd Street Philadelphia, PA 19106 | | **All Assets** | **Unliquidated Disputed** | $1,125,574.00 | $0.00 | $1,125,574.00 |
| **Complete Business Solutions Group,** 22 N. 3rd Street Philadelphia, PA 19106 | | **All Assets** | **Unliquidated Disputed** | $1,076,500.00 | $0.00 | $1,076,500.00 |
| **Complete Business Solutions Group,** 22 N. 3rd Street Philadelphia, PA 19106 | | **All Assets** | **Unliquidated Disputed** | $583,700.00 | $0.00 | $583,700.00 |
| **Complete Business Solutions Group,** 22 N. 3rd Street Philadelphia, PA 19106 | | **All Assets** | **Unliquidated Disputed** | $578,727.20 | $0.00 | $578,727.20 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Flexogenix Group, Inc.** | | Case number *(if known)* | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Complete Business Solutions Group, 22 N. 3rd Street Philadelphia, PA 19106** | | **All Assets** | **Unliquidated Disputed** | **$563,589.94** | **$0.00** | **$563,589.94** |
| **Fidia PO Box 10341 Uniondale, NY 11555-5351** | | **Supplies** | | | | **$891,150.00** |
| **Franklin Funding Group, LLC 1425 37th St., #557 Brooklyn, NY 11218** | | **All accounts receivables, receipts, instruments, contract rights, and other rights to receive payment of money, patents, chattel paper** | **Unliquidated Disputed** | **$577,585.00** | **$0.00** | **$577,585.00** |
| **Franklin Funding Group, LLC 1425 37th St., #557 Brooklyn, NY 11218** | | **All accounts receivables, receipts, instruments, contract rights, and other rights to receive payment of money, patents, chattel paper** | **Unliquidated Disputed** | **$423,695.00** | **$0.00** | **$423,695.00** |
| **Genzyme Corporation 62665 Collections Center Drive Chicago, IL 60693-0626** | | **Supplies** | | | | **$263,553.00** |
| **In Advance Capital, LLC 1233 48th Street Brooklyn, NY 11219** | | **All assets** | **Unliquidated Disputed** | **$183,359.00** | **$0.00** | **$183,359.00** |
| **Influx Capital LLC 32 Court Street, Suite 205 Brooklyn, NY 11201** | | **All assets** | **Unliquidated Disputed** | **$335,548.00** | **$0.00** | **$335,548.00** |
| **Internal Revenue Service PO BOX 7346 Philadelphia, PA 19101-7346** | | **Taxes** | | | | **$953,010.25** |
| **J&J Healthcare Systems, Inc 5972 Collections Center Dr Chicago, IL 60693** | | **Supplies** | | | | **$224,634.84** |

| Debtor | **Flexogenix Group, Inc.** | | | | Case number *(if known)* | **2:19-bk-12927** |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ossur Americas Inc. PO BOX 842265 Boston, MA 02284-2265** | | **Supplies** | | | | **$204,974.38** |
| **Sensis, Inc. 818 S. Broadway, Suite 1100 Los Angeles, CA 90014** | | **Marketing services** | **Disputed** | | | **$146,494.00** |
| **Yes Capital Group, LLC 1233 48th Street Brooklyn, NY 11219** | | **All assets** | **Unliquidated Disputed** | **$183,359.00** | **$0.00** | **$183,359.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Flexogenix Group, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) **2:19-bk-12927**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

Part 1:   **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................   $             0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................   $     2,135,639.27

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................   $     2,135,639.27

Part 2:   **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $     6,605,243.14

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $     1,427,368.27

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................   +$     5,042,299.03

4.   **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b                                                                    $     13,074,910.44

**Fill in this information to identify the case:**

Debtor name **Flexogenix Group, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) **2:19-bk-12927**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America** | **Checking** | **9043** | $1,450.97 |
| 3.2. | **Bank of America** | **Checking** | **9027** | $0.00 |
| 3.3. | **EverTrust** | **Checking** | **5448** | $80.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

     $1,530.97

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Flexogenix Group, Inc.** | | Case number *(If known)* **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---:|
| 7.1. | **Security Deposit held by Bainbridge NC Management, LLC for lease of apartment located at 2599 Evans Road, #119, Morrisville, NC 27560** | **$250.00** |
| 7.2. | **Security Deposit held by CN Chisholm Creek, LP for lease of apartment located at 13600 N. Blackwelder Ave., #449, Oklahoma City, OK 73134** | **$300.00** |
| 7.3. | **Security Deposit held by George Place for lease of apartment located at 4706 Mt. Royal Lane, Charlotte, NC 28210** | **$1,825.00** |
| 7.4. | **Security Deposit held by US MF Collection, LLC for lease of apartment located at 4600 Roswell Road, #507, Sandy Springs, GA 30342** | **$2,365.00** |
| 7.5. | **Security Deposit held by Maple One Partners, LLC for lease of commercial space located at 1414 Yanceyville Street, Suite 200, Greensboro, NC 27405** | **$10,995.00** |
| 7.6. | **Security Deposit held by Tower Lakes, LLC for lease of commercial space located at 9300 N. Kelley Avenue, Oklahoma City, OK 73131** | **$20,535.07** |
| 7.7. | **Security Deposit held by Sandy Springs Gateway Owner, LLC for commercial space located at 4600 Roswell Road, Unit E210, Atlanta, GA 30342** | **$90,019.14** |
| 7.8. | **Security Deposit held by Packard Commercial, LLC for commercial space located at 1000 S. Hope Street, Suite 101, Los Angeles, CA 90015** | **$34,593.00** |
| 7.9. | **Security Deposit held by Packard Commercial, LLC for lease of commercial space located at 1000 S. Hope Street, Suite 103, Los Angeles, CA 90015** | **$5,850.00** |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.  **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| |
|---:|
| **$166,732.21** |

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Flexogenix Group, Inc.** | Case number *(If known)* | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **See attached Inventory list** | | $0.00 | Cost | $402,232.09 |

23. **Total of Part 5.**
    Add lines 19 through 22.  Copy the total to line 84.

    | $402,232.09 |
    |---|

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No
    ■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ■ Yes. Book value      0.00    Valuation method    Cost    Current Value    320,000.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **See attached Office Furniture List** | $0.00 | Cost | $17,750.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **See attached Office Equipment/Computers list** | $0.00 | Cost | $86,340.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **Flexogenix Group, Inc.** | Case number *(If known)* **2:19-bk-12927** |
|---|---|---|
| | Name | |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                                          **$104,090.00**
Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2019 Maserati Levante**<br>**Approx. 1,000 miles**<br>**Vehicle is leased and fully encumbered**<br>**by lessor** | **$0.00** | | **$0.00** |
| 47.2.   **2018 Mercedes C300**<br>**Approx. 6,000 miles**<br>**Vehicle is leased and fully encumbered**<br>**by lessor** | **$0.00** | | **$0.00** |
| 47.3.   **2019 Kia Sorrento**<br>**Approx. 5,000 miles**<br>**Vehicle is leased and fully encumbered**<br>**by lessor** | **$0.00** | | **$0.00** |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm**
**machinery and equipment)**
**See attached Other Equipment list**                 **$0.00**    Cost                          **$961,054.00**

51.   **Total of Part 8.**                                                                                          **$961,054.00**
Add lines 47 through 50.  Copy the total to line 87.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| Debtor | **Flexogenix Group, Inc.** | Case number *(If known)* **2:19-bk-12927** |
|---|---|---|
| | Name | |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

■ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Lease of Commercial space located at 6836 Morrison Blvd., Suite 101, Charlotte, NC 28211** | **Lease of property** | **$0.00** | | **$0.00** |
| 55.2.  **Lease of Commercial space located at 1414 Yanceyville Street, Ste. 200, Greensboro, NC 27405** | **lease of property** | **$0.00** | | **$0.00** |
| 55.3.  **Lease of Commercial space located at 9300 N. Kelley Ave., Oklahoma City, OK 73131** | **lease of property** | **$0.00** | | **$0.00** |
| 55.4.  **Lease of Commercial space located at 4600 Roswell Rd., Unit E210, Atlanta, GA 30342** | **lease of property** | **$0.00** | | **$0.00** |
| 55.5.  **Lease of Commercial space located at 1000 S. Hope Street, Suite 101, Los Angeles, CA 90015** | **lease of property** | **$0.00** | | **$0.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Flexogenix Group, Inc.** | Case number *(If known)* **2:19-bk-12927** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 55.6. | **Lease of Commercial space located at 1000 S. Hope Street, Suite 103, Los Angeles, CA 90015** | lease of property | $0.00 | $0.00 |
| 55.7. | **Lease of Commercial space located at 400 Ashville Ave., Ste. 330, Cary, NC 27518** | lease of property | $0.00 | $0.00 |
| 55.8. | **Lease of Apartment located at 2599 Evans Road, #119, Morrisville, NC 27560** | lease of property | $0.00 | $0.00 |
| 55.9. | **Lease of Apartment located at 13600 N. Blackwelder Ave. #449, Oklahoma City, OK 73134** | lease of property | $0.00 | $0.00 |
| 55.10. | **Lease of Apartment located at 4706 Mt. Royal Lane, Charlotte, NC 28210** | lease of property | $0.00 | $0.00 |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $0.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Registered Service mark: VISCARE-FLEX** **Reg. No. 5,227,621** **Registered June 20, 2017** | $0.00 | | $0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor      **Flexogenix Group, Inc.**                                    Case number *(If known)*  **2:19-bk-12927**
_____
Name

| | | |
|---|---|---|
| **Registered Service mark: KINETI-FLEX**<br>**Reg. No. 5,227,620**<br>**Registered June 20, 2017** | $0.00 | $0.00 |
| **Registered Trademark/Service mark:**<br>**FLEXOGENIX**<br>**Reg. No. 4,996,388**<br>**Registered July 12, 2016** | $0.00 | $0.00 |
| **Registered Service mark: NON-SURGICAL**<br>**SOLUTIONS FOR AN ACTIVE LIFESTYLE**<br>**Reg. No. 4,981,880**<br>**Registered June 21, 2016** | $0.00 | $0.00 |
| **Registered Trademark:**<br>**Flexogenix**<br>**Stylized with color and orange cross on the**<br>**right side**<br>**Trademark has been published for opposition,**<br>**awaiting notice of allowance** | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| 61. | **Internet domain names and websites**<br>**Website domain name - www.flexogenix.com** | $0.00 | $0.00 |
| 62. | **Licenses, franchises, and royalties**<br>**Seller's Permit issued by California State**<br>**Board of Equalization** | $0.00 | $0.00 |
| | **Sales & Use Tax Registration issued by North**<br>**Carolina Department of Revenue** | $0.00 | $0.00 |
| | **Oklahoma Vendor Use Tax Permit issued by**<br>**Oklahoma Tax Commission** | $0.00 | $0.00 |
| | **Sales & Use Tax issued by Georgia Tax Center** | $0.00 | $0.00 |
| | **Corporation Registration issued by State of**<br>**California Secretary of State** | $0.00 | $0.00 |
| | **Business Tax Registration issued by City of**<br>**Los Angeles** | $0.00 | $0.00 |

| | |
|---|---|
| 63. | **Customer lists, mailing lists, or other compilations** |
| 64. | **Other intangibles, or intellectual property** |
| 65. | **Goodwill** |
| 66. | **Total of Part 10.** |

Add lines 60 through 65. Copy the total to line 89.

$0.00

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Flexogenix Group, Inc.** | Case number *(If known)* **2:19-bk-12927** |
|---|---|---|
| | Name | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

<table>
<tr><td style="background:black;color:white">Part 11:</td><td>**All other assets**</td></tr>
</table>

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| **The Hartford - Workers' Compensation** | $0.00 |
| **Travelers Casualty Insurance Co. - Commercial Auto Insurance Policy** | $0.00 |
| **Travelers - Employment Practices Liability** | $0.00 |
| **Nationwide - Business and Management Indemnity** | $0.00 |
| **Starr Indemity & Liability Company - Commercial General Liability** | $0.00 |
| **Travelers - Commercial Liability** | $0.00 |
| **The Travelers Indemnity Co. - Renters Insurance - North Carolina** | $0.00 |
| **Assurant - Renters Insurance - Oklahoma City** | $0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Flexogenix Group, Inc.** | Case number *(If known)* **2:19-bk-12927** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **Assurant - Renters Insurance - Georgia** | | $0.00 |

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | **Potential claim against Ren Scott Creative for misuse of funds in connection with advertising contracts** | $500,000.00 |
| | Nature of claim | |
| | Amount requested | $0.00 |

| | **Potential claims against former employees for theft of intellectual property and trade secrets** | Unknown |
|---|---|---|
| | Nature of claim | |
| | Amount requested | $0.00 |

| 76. | **Trusts, equitable or future interests in property** | |
|---|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Premiere Season tickets - Staples Center** | $0.00 |

| 78. | **Total of Part 11.** | $500,000.00 |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Flexogenix Group, Inc.** | Case number *(If known)* | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,530.97 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $166,732.21 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $402,232.09 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $104,090.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $961,054.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $500,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,135,639.27 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,135,639.27 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

# Flexogenix Group, Inc.

| Inventory | | |
|---|---|---|
| **Inventory Type** | **Location** | **VALUE** |
| Injectables | Atlanta, GA Clinic | $ 19,374.92 |
| Marketing Materials | Atlanta, GA Clinic | $ 1,145.76 |
| Medical Procedure Kit | Atlanta, GA Clinic | $ 925.00 |
| Medical Supply | Atlanta, GA Clinic | $ 4,152.31 |
| Durable Medical Equipment | Atlanta, GA Clinic | $ 856.41 |
| Durable Medical Equipment - Consignment | Atlanta, GA Clinic | $ 18,781.66 |
| Injectables | Cary, NC Clinic | $ 82,065.29 |
| Marketing Materials | Cary, NC Clinic | $ 2,817.28 |
| Medical Procedure Kit | Cary, NC Clinic | $ 1,810.00 |
| Medical Supply | Cary, NC Clinic | $ 5,452.17 |
| Durable Medical Equipment | Cary, NC Clinic | $ 3,275.99 |
| Durable Medical Equipment - Consignment | Cary, NC Clinic | $ 11,200.69 |
| Injectables | Charlotte, NC Clinic | $ 12,752.59 |
| Marketing Materials | Charlotte, NC Clinic | $ 3,124.80 |
| Medical Procedure Kit | Charlotte, NC Clinic | $ 3,320.00 |
| Medical Supply | Charlotte, NC Clinic | $ 4,877.62 |
| Durable Medical Equipment | Charlotte, NC Clinic | $ 2,563.10 |
| Durable Medical Equipment - Consignment | Charlotte, NC Clinic | $ 21,301.40 |
| Injectables | Greensboro, NC Clinic | $ 64,932.74 |
| Marketing Materials | Greensboro, NC Clinic | $ 2,018.72 |
| Medical Procedure Kit | Greensboro, NC Clinic | $ 1,560.00 |
| Medical Supply | Greensboro, NC Clinic | $ 4,350.87 |
| Durable Medical Equipment | Greensboro, NC Clinic | $ 733.41 |
| Durable Medical Equipment - Consignment | Greensboro, NC Clinic | $ 18,065.34 |
| Injectables | Oklahoma City, OK Clinic | $ 35,863.74 |
| Marketing Materials | Oklahoma City, OK Clinic | $ 1,001.92 |
| Medical Procedure Kit | Oklahoma City, OK Clinic | $ 925.00 |
| Medical Supply | Oklahoma City, OK Clinic | $ 3,469.22 |
| Durable Medical Equipment | Oklahoma City, OK Clinic | $ 622.81 |
| Durable Medical Equipment - Consignment | Oklahoma City, OK Clinic | $ 16,023.17 |
| Injectables | Los Angeles, CA Clinic | $ 35,918.84 |
| Marketing Materials | Los Angeles, CA Clinic | $ 1,185.44 |
| Medical Procedure Kit | Los Angeles, CA Clinic | $ 1,440.00 |
| Medical Supply | Los Angeles, CA Clinic | $ 3,232.92 |
| Durable Medical Equipment | Los Angeles, CA Clinic | $ 3,106.38 |
| Durable Medical Equipment - Consignment | Los Angeles, CA Clinic | $ 7,984.58 |
| **Inventory Total** | | **$ 402,232.09** |

**Flexogenix Group, Inc.**

| Equipment Type | Description | Notes | Location | L/O | LEASEHOLDER | VALUE |
|---|---|---|---|---|---|---|
| | | **Office Furniture** | | | | |
| Furniture | Black Leather Chairs | Quantity: 16 | Cary, NC Clinic | O | | $      250.00 |
| Furniture | Black Leather Chairs | Quantity: 16 | Charlotte, NC Clinic | O | | $      250.00 |
| Furniture | Black Leather Sofas | Quantity: 10 | Cary, NC Clinic | O | | $      350.00 |
| Furniture | Black Leather Sofas | Quantity: 10 | Charlotte, NC Clinic | O | | $      350.00 |
| Furniture | Chairs | Quantity: 14 | Cary, NC Office | O | | $   1,400.00 |
| Furniture | Conference Table | Quantity: 1 | Los Angeles, CA Clinic | O | | $      800.00 |
| Furniture | Conference Table | Quantity: 1 | Cary, NC Clinic | O | | $      800.00 |
| Furniture | Conference Table | Quantity: 1 | Charlotte, NC Clinic | O | | $      800.00 |
| Furniture | Conference Table | Quantity: 1 | Atlanta, GA Clinic | O | | $      800.00 |
| Furniture | Conference Table | Quantity: 1 | Oklahoma City, OK Clinic | O | | $      800.00 |
| Furniture | Couches | Quantity: 6 | Greensboro, NC Clinic | O | | $      350.00 |
| Furniture | Desks | Quantity: 6 | Los Angeles, CA Office | O | | $      800.00 |
| Furniture | Desks | | Los Angeles, CA Clinic | O | | $      600.00 |
| Furniture | Desks | Quantity: 9 | Cary, NC Clinic | O | | $   1,000.00 |
| Furniture | Desks | Quantity: 11 | Cary, NC Office | O | | $   1,500.00 |
| Furniture | Desks | Quantity: 7 | Charlotte, NC Clinic | O | | $      900.00 |
| Furniture | Desks | Quantity: 8 | Greensboro, NC Clinic | O | | $   1,000.00 |
| Furniture | Desks | Quantity: 5 | Atlanta, GA Clinic | O | | $      750.00 |
| Furniture | Desks | Quantity: 5 | Oklahoma City, OK Clinic | O | | $   1,250.00 |
| Furniture | Large File cabinet #1 | | Los Angeles, CA Clinic | O | | $      200.00 |
| Furniture | Large File cabinet #2 | | Los Angeles, CA Clinic | O | | $      200.00 |
| Furniture | Lobby chairs | Quantity: 25 | Los Angeles, CA Clinic | O | | $      250.00 |
| Furniture | Lobby chairs | Quantity: 22 | Greensboro, NC Clinic | O | | $      250.00 |
| Furniture | Lobby chairs | Quantity: 39 | Atlanta, GA Clinic | O | | $      250.00 |
| Furniture | Lobby chairs | Quantity: 25 | Oklahoma City, OK Clinic | O | | $      250.00 |
| Furniture | Love Seats | Quantity: 2 | Los Angeles, CA Clinic | O | | $      300.00 |
| Furniture | Love Seats | Quantity: 2 | Oklahoma City, OK Clinic | O | | $      350.00 |
| Furniture | Rolling desk chairs | Quantity: 18 | Los Angeles, CA Clinic | O | | $      100.00 |
| Furniture | Rolling desk chairs | Quantity: 13 | Los Angeles, CA Office | O | | $      100.00 |
| Furniture | Rolling desk chairs | Quantity: 29 | Greensboro, NC Clinic | O | | $      100.00 |
| Furniture | Rolling desk chairs | Quantity: 25 | Atlanta, GA Clinic | O | | $      100.00 |
| Furniture | Rolling desk chairs | Quantity: 13 | Oklahoma City, OK Clinic | O | | $      100.00 |
| Furniture | Short 2 drawer file cabinet | | Los Angeles, CA Clinic | O | | $      150.00 |
| Furniture | Sofas | Quantity: 6 | Atlanta, GA Clinic | O | | $      300.00 |
| | | | | **Office Furniture Total** | | $  17,750.00 |

**Flexogenix Group, Inc.**

| Equipment Type | Description | Notes | | Location | L/O | LEASEHOLDER | VALUE | |
|---|---|---|---|---|---|---|---|---|
| | | | **Office Equipment/Computers** | | | | | |
| Accessories | Wireless Mice | Quantity: 8 | | Atlanta, GA Clinic | O | | $ | 15.00 |
| Desktop | ASUS | HQ27FB2 | | Cary, NC Clinic | O | | $ | 400.00 |
| Desktop | Asus M11AD | SN: DAPDCG001KYH | | Los Angeles, CA Office | O | | $ | 550.00 |
| Desktop | DELL | F118342 | | Cary, NC Clinic | O | | $ | 450.00 |
| Desktop | DELL | HQYCFB2 | | Cary, NC Clinic | O | | $ | 600.00 |
| Desktop | Dell Inspiron 3650 w/Dell monitor | ST#: FDSPPD2 | | Los Angeles, CA Office | O | | $ | 500.00 |
| Desktop | Dell Inspiron 3847 w/Acer monitor | ST#: 7QLXP52 | | Los Angeles, CA Office | O | | $ | 650.00 |
| Desktop | Dell Inspiron 3847 w/Dell monitor | ST#: 7JW5Z72 | | Los Angeles, CA Office | O | | $ | 650.00 |
| Desktop | Dell Inspiron 3847 w/Dell monitor | ST#: BZWYY72 | | Los Angeles, CA Office | O | | $ | 650.00 |
| Desktop | Dell Inspiron 3847 w/Dell monitor | ST#: BYZ6V62 | | Los Angeles, CA Office | O | | $ | 650.00 |
| Desktop | Dell Inspiron 3847 w/Dell monitor | Service Tag # 6X3ZB62 | Dell Monitor Service tag #83zb3S2 | Los Angeles, CA Office | O | | $ | 500.00 |
| Desktop | Dell Inspiron 3847 w/HP monitor | ST#: B5F3C62 | | Los Angeles, CA Office | O | | $ | 500.00 |
| Desktop | Dell Inspiron 3847 w/LG monitor | ST#:7JXYY72 | | Los Angeles, CA Office | O | | $ | 500.00 |
| Desktop | Dell Optiflex 3040 | Service tag #4DBG8C2 | | Cary, NC Office | O | | $ | 600.00 |
| Desktop | Dell Optiflex 3040 | Service tag #HQ28FB2 | | Cary, NC Office | O | | $ | 600.00 |
| Desktop | Dell Optiflex 3040 | Service tag #HQYCFB2 | | Cary, NC Office | O | | $ | 600.00 |
| Desktop | Dell Optiflex 3040 | Service tag #HQ27FB2 | | Cary, NC Office | O | | $ | 600.00 |
| Desktop | Dell Optiflex 3040 | Service tag #HQZ9FB2 | | Cary, NC Office | O | | $ | 600.00 |
| Desktop | Dell Optiflex 3040 | Service tag #HQY8FB2 | | Cary, NC Office | O | | $ | 600.00 |
| Desktop | Dell Optiflex 3040 | Service tag #HQY9FB2 | | Cary, NC Office | O | | $ | 600.00 |
| Desktop | DELL Optiplex 3040 Micro Form Factor BTX Item # 210-AFWE | 2Q01DD2 | | Cary, NC Office | O | | $ | 600.00 |
| Desktop | Dell Optiplex 3040 Micro w/ Dell monitor | ST# HQZ6FB2 | | Los Angeles, CA Office | O | | $ | 650.00 |
| Desktop | Dell Optiplex 3040 Micro w/ Dell monitor | HQYBFB2 | | Los Angeles, CA Office | O | | $ | 650.00 |
| Desktop | Dell OptiPlex 3040 w/ Dell monitor | Service Tag #HQYDFB2 | Dell 22 Monitor s/n CN-0XF9MR-72872-61G-A5MS-A00 | Los Angeles, CA Clinic | O | | $ | 600.00 |
| Desktop | HP 18 All in One | 4CE50307BL | | Charlotte, NC Clinic | O | | $ | 600.00 |
| Desktop | HP 18 All in One | 4CE503074T | | Charlotte, NC Clinic | O | | $ | 600.00 |
| Desktop | HP 18 All in One | 4CE503075C | | Charlotte, NC Clinic | O | | $ | 600.00 |
| Desktop | HP 18 All in One | 4CE503074R | | Charlotte, NC Clinic | O | | $ | 600.00 |
| Desktop | HP All in one | 5CM4200PH5 | | Cary, NC Clinic | O | | $ | 550.00 |
| Desktop | HP Pavilion 23 | 5CM42005V4 | | Cary, NC Clinic | O | | $ | 500.00 |
| Desktop | HP Pavilion 23 | 5CM4200CM7 | | Cary, NC Clinic | O | | $ | 500.00 |
| Desktop | HP Pavilion 23 | 5CM44802SC | | Cary, NC Clinic | O | | $ | 450.00 |
| Desktop | HP Pavilion 23 | 5CM4340LCJ | | Cary, NC Office | O | | $ | 500.00 |
| Desktop | HP Pavilion 550-a114 w/Dell monitor | SN: 4CI61407TT | | Los Angeles, CA Office | O | | $ | 500.00 |
| Desktop | HP Prodesk 400 G1 DM | SN: 2UA5341J5N | | Los Angeles, CA Office | O | | $ | 450.00 |
| Desktop | HP Prodesk 400 G1 DM w/ Dell monitor | SN: 2UA5341J5M | | Los Angeles, CA Office | O | | $ | 700.00 |
| Desktop | HP Prodesk 400 G1 DM w/HP monitor | SN: 2UA5341J5V | HP W2082A S/N CNC522P465 | Los Angeles, CA Clinic | O | | $ | 650.00 |
| Desktop | HP Prodesk 400 G1 DM w/HP monitor | SN: 2UA5341J5S | Monitor: HP W2082A - S/n: cnc522P463 | Los Angeles, CA Clinic | O | | $ | 650.00 |
| Desktop | HP Prodesk 400 G1 DM w/HP monitor | SN: 2UA5341J5T | Monitor: HP W2082A - S/n: cnc522P45X | Los Angeles, CA Clinic | O | | $ | 650.00 |
| Desktop | HP Prodesk 400 G1 DM w/HP monitor | SN: 2UA5341J5N | Monitor: HPW2082a S/N: CNC522P464 | Los Angeles, CA Clinic | O | | $ | 650.00 |
| Desktop | HP Prodesk 400 G3 | Service tag #D3X8D12 | | Cary, NC Office | L | HP Financial | $ | - |
| Desktop | HP Prodesk 400 G3 MINI | CNK81701KQ | | Charlotte, NC Clinic | L | HP Financial | $ | - |
| Desktop | HP Prodesk 400 G3 MINI | CNK81701KJ | | Charlotte, NC Clinic | L | HP Financial | $ | - |
| Desktop | HP Prodesk 400 G3 MINI | CNK81700CP | | Charlotte, NC Clinic | L | HP Financial | $ | - |
| Desktop | HP Prodesk 400 G3 MINI w/HP monitor | SN: 8CG825CLY2 | Monitor: HP P223 S/N: CNK81701N3 | Charlotte, NC Clinic | L | HP Financial | $ | - |
| Desktop | HP Prodesk 400G3 | 8CG825CLXS | | Cary, NC Clinic | L | HP Financial | $ | - |
| Desktop | HP Prodesk 400G3 | 8CG825CLZ6 | | Cary, NC Clinic | L | HP Financial | $ | - |
| Desktop | HP Prodesk Desktop | SN# CNK7190K1X | | Atlanta, GA Clinic | L | HP Financial | $ | - |
| Desktop | HP Prodesk Desktop | SN# 8CG7220WN | | Atlanta, GA Clinic | L | HP Financial | $ | - |
| Desktop | HP Prodesk Desktop | SN# 8CG722429K | | Atlanta, GA Clinic | L | HP Financial | $ | - |
| Desktop | HP Prodesk Desktop | SN# 8TGC7220WX | | Atlanta, GA Clinic | L | HP Financial | $ | - |
| Desktop | HP Prodesk Desktop | SN# 8CG7221C9J | | Atlanta, GA Clinic | L | HP Financial | $ | - |
| Desktop | HP Prodesk Desktop | SN#8CG7220ZDG | | Atlanta, GA Clinic | L | HP Financial | $ | - |
| Desktop | Optiplex 3040 Micro Form Factor | Service Tag # 2PY3DD2 | BTX Item # 210-AFWE | Greensboro, NC Clinic | O | | $ | 600.00 |
| Desktop | Optiplex 3040 Micro Form Factor | Service Tag # 2Q16DD2 | BTX Item # 210-AFWE | Greensboro, NC Clinic | O | | $ | 600.00 |
| Desktop | Optiplex 3040 Micro Form Factor | Service Tag # 2QCZCD2 | BTX Item # 210-AFWE | Greensboro, NC Clinic | O | | $ | 600.00 |
| Desktop | Optiplex 3040 Micro Form Factor | Service Tag # 2Q8SDD2 | BTX Item # 210-AFWE | Greensboro, NC Clinic | O | | $ | 600.00 |
| Desktop | Optiplex 3040 Micro Form Factor | Service Tag # 2Q92DD2 | BTX Item # 210-AFWE | Greensboro, NC Clinic | O | | $ | 600.00 |
| Desktop | Optiplex 3040 Micro Form Factor | Service Tag # 2QB1DD2 | BTX Item # 210-AFWE | Greensboro, NC Clinic | O | | $ | 600.00 |
| Desktop | Optiplex 3040 Micro Form Factor | Service Tag # 2Q5SDD2 | BTX Item # 210-AFWE | Greensboro, NC Clinic | O | | $ | 600.00 |
| Docking Station | Dell Docking Station | Model K17 | | Cary, NC Office | O | | $ | 160.00 |
| Electronics | Anvision 5-Port Ethernet Switch with 4 PoE Ports | | | Los Angeles, CA Clinic | O | | $ | 40.00 |
| Electronics | Anvision 5-Port Ethernet Switch with 4 PoE Ports | | | Cary, NC Clinic | O | | $ | 40.00 |
| Electronics | Anvision 5-Port Ethernet Switch with 4 PoE Ports | | | Cary, NC Clinic | O | | $ | 40.00 |
| Electronics | BV-Tech 9 Port PoE Switch (8 PoE Ports | 1 Uplink Port) | | | Cary, NC Clinic | O | | $ | 60.00 |

| Equipment Type | Description | Notes | | Location | L/O | LEASEHOLDER | VALUE | |
|---|---|---|---|---|---|---|---|---|
| **Office Equipment/Computers** | | | | | | | | |
| Electronics | Netgear Switch | | | Los Angeles, CA Office | O | | $ | 125.00 |
| IPAD | IPAD 4th Generation | DMPQD4X565VJ | | Cary, NC Clinic | O | | $ | 400.00 |
| IPAD | IPAD 4th Generation | F6QQ50FBF185 | | Cary, NC Clinic | O | | $ | 400.00 |
| IPAD | IPAD 4th Generation | DMPPD0K6FK14 | | Cary, NC Clinic | O | | $ | 400.00 |
| IPAD | IPAD 4th Generation | F6QMPO6KF185 | | Cary, NC Clinic | O | | $ | 400.00 |
| IPAD | IPAD 4th Generation | DMTPC4GTFK14 | | Cary, NC Clinic | O | | $ | 400.00 |
| IPAD | IPAD 4th Generation | DMPPD5MYFK14 | | Cary, NC Clinic | O | | $ | 400.00 |
| IPAD | IPAD 4th Generation | F6QMMOUEF185 | | Cary, NC Clinic | O | | $ | 400.00 |
| iPad | iPad 4th Generation | DMPQD4X565VJ | | Charlotte, NC Clinic | O | | $ | 400.00 |
| iPad | iPad 4th Generation | F6QQ50FBF185 | | Charlotte, NC Clinic | O | | $ | 400.00 |
| iPad | iPad 4th Generation | DMPPD0K6FK14 | | Charlotte, NC Clinic | O | | $ | 400.00 |
| iPad | iPad 4th Generation | F6QMPO6KF185 | | Charlotte, NC Clinic | O | | $ | 400.00 |
| iPad | iPad 4th Generation | DMTPC4GTFK14 | | Charlotte, NC Clinic | O | | $ | 400.00 |
| iPad | iPad 4th Generation | DMPPD5MYFK14 | | Charlotte, NC Clinic | O | | $ | 400.00 |
| iPad | iPad 4th Generation | F6QMMOUEF185 | | Charlotte, NC Clinic | O | | $ | 400.00 |
| iPad | iPad Air 2 wi-fi 16 GB Space Gray | | | Los Angeles, CA Clinic | O | | $ | 400.00 |
| iPad | iPad Air 2 wi-fi 16 GB Space Gray | | | Los Angeles, CA Clinic | O | | $ | 400.00 |
| iPad | iPad Air 2 wi-fi 16 GB Space Gray | | | Los Angeles, CA Clinic | O | | $ | 400.00 |
| iPad | iPad Air 2 wi-fi 16 GB Space Gray | | | Los Angeles, CA Clinic | O | | $ | 400.00 |
| iPad | iPad Air 2 wi-fi 16 GB Space Gray | DMPS7NC1G5VJ | | Greensboro, NC Clinic | O | | $ | 400.00 |
| iPad | iPad Air 2 wi-fi 16 GB Space Gray | DMPS6TLWG5VJ | | Greensboro, NC Clinic | O | | $ | 400.00 |
| iPad | iPad Air 2 wi-fi 16 GB Space Gray | DMPQFIUCG5VJ | | Greensboro, NC Clinic | O | | $ | 400.00 |
| iPad | iPad Air 2 wi-fi 16 GB Space Gray | DMPQD5C2G5VJ | | Greensboro, NC Clinic | O | | $ | 400.00 |
| iPad | iPad Air 2 wi-fi 16 GB Space Gray | S/N: DMRN4126FK10 | | Oklahoma City, OK Clinic | O | | $ | 400.00 |
| iPad | iPad Air 2 wi-fi 16 GB Space Gray | S/N: DLXMXYUHFK10 | | Oklahoma City, OK Clinic | O | | $ | 400.00 |
| IPAD | IPAD Air- Model: A1474 | DVGLW3WZFK10 | | Cary, NC Clinic | O | | $ | 400.00 |
| iPad | Ipad Model A1822 | SN# F9HTNDKAHLF9 | | Atlanta, GA Clinic | O | | $ | 400.00 |
| iPad | Ipad Model A1822 | SN# F9GTNWSTHLF9 | | Atlanta, GA Clinic | O | | $ | 400.00 |
| iPad | Ipad Model A1822 | SN# F9HTNMRQHLF9 | | Atlanta, GA Clinic | O | | $ | 400.00 |
| iPad | Ipad Model A1822 | SN# F9HTNNVTHLF9 | | Atlanta, GA Clinic | O | | $ | 400.00 |
| iPad | Ipad Model A1822 | SN# F9HTNHGFHLF9 | | Atlanta, GA Clinic | O | | $ | 400.00 |
| iPad | iPad Pro 9.7 inch wi-fi 32 GB Gold | | | Los Angeles, CA Clinic | O | | $ | 400.00 |
| iPad | iPad Pro 9.7 inch wi-fi 32 GB Gold | DMPRHJ41H1MD | | Greensboro, NC Clinic | O | | $ | 400.00 |
| Laptop | Acer ES1-511-C59V | Serial # NXMMLAA00142903EB53400 | | Greensboro, NC Clinic | O | | $ | 400.00 |
| Laptop | ASUS | no service tag | | Cary, NC Clinic | O | | $ | 450.00 |
| Laptop | ASUS X502C | CHECK # 7254 | | Los Angeles, CA Clinic | O | | $ | 450.00 |
| Laptop | Dell Inspiron 15 | Service Tag # : H4MH782 | | Los Angeles, CA Clinic | O | | $ | 500.00 |
| Laptop | DELL Inspiron 15 | F62JC82 | | Cary, NC Clinic | O | | $ | 500.00 |
| Laptop | DELL Inspiron 2 | H7GTC82 | | Cary, NC Clinic | O | | $ | 450.00 |
| Laptop | Dell Inspiron15 | Service Tag # 37H3C82 | | Los Angeles, CA Clinic | O | | $ | 500.00 |
| Laptop | Dell Laptop | 7HMSC82 | | Charlotte, NC Clinic | O | | $ | 600.00 |
| Laptop | Dell Laptop | C3MSC82 | | Charlotte, NC Clinic | O | | $ | 600.00 |
| Laptop | Dell Laptop | CHMSC82 | | Charlotte, NC Clinic | O | | $ | 600.00 |
| Laptop | Dell Laptop Inspiron 15 3000 series | 7F8NC82 | | Charlotte, NC Clinic | O | | $ | 600.00 |
| Laptop | Dell Laptop Inspiron 15 3000 series | 65YX982 | | Charlotte, NC Clinic | O | | $ | 600.00 |
| Laptop | Dell Laptop Inspiron 15 3000 series | FJKTC82 | | Charlotte, NC Clinic | O | | $ | 600.00 |
| Laptop | Dell Latitude 3560 | Service Tag # 4JMSC82 | | Los Angeles, CA Clinic | O | | $ | 600.00 |
| Laptop | Dell Latitude 3560 | GHMSC82 | | Cary, NC Clinic | O | | $ | 600.00 |
| Laptop | DELL Latitude 3560 | DHMSC82 | | Cary, NC Clinic | O | | $ | 600.00 |
| Laptop | Dell Latitude 3560 | Service Tag # 8HMSC82 | | Greensboro, NC Clinic | O | | $ | 650.00 |
| Laptop | Dell Latitude 3570 | 7PR8WB2 | | Cary, NC Clinic | O | | $ | 750.00 |
| Laptop | Dell Latitude 3570 | Service Tag # 1XR8WB2 | BTX Item #210-AEXH | Greensboro, NC Clinic | O | | $ | 650.00 |
| Laptop | Dell Latitude 3570 | Service Tag # 8QR8WB2 | BTX Item #210-AEXH | Greensboro, NC Clinic | O | | $ | 650.00 |
| Laptop | Dell Latitude 3570 | Service Tag # 9QR8WB2 | BTX Item #210-AEXH | Greensboro, NC Clinic | O | | $ | 650.00 |
| Laptop | Dell Latitude 3570 | Service Tag # HNR8WB2 | BTX Item #210-AEXH | Greensboro, NC Clinic | O | | $ | 650.00 |
| Laptop | Dell Latitude 3570 | Service Tag # FPR8WB2 | BTX Item #210-AEXH | Greensboro, NC Clinic | O | | $ | 650.00 |
| Laptop | Dell Latitude 3570 | Service Tag # 26R8WB2 | BTX Item #210-AEXH | Greensboro, NC Clinic | O | | $ | 650.00 |
| Laptop | Dell Latitude 3570 | Service Tag # 7PR8WB2 | BTX Item #210-AEXH | Greensboro, NC Clinic | O | | $ | 650.00 |
| Laptop | Dell Latitude 3570 | Service Tag # 7WR8WB2 | BTX Item #210-AEXH | Greensboro, NC Clinic | O | | $ | 650.00 |
| Laptop | Dell Latitude 3570 | Service Tag # B1W8WB2 | BTX Item #210-AEXH | Greensboro, NC Clinic | O | | $ | 650.00 |
| Laptop | Dell Latitude 3570 | Service Tag # CNR8WB2 | BTX Item #210-AEXH | Greensboro, NC Clinic | O | | $ | 650.00 |
| Laptop | Dell Latitude 3570 | Service Tag # HQR8WB2 | BTX Item #210-AEXH | Greensboro, NC Clinic | O | | $ | 650.00 |
| Laptop | Dell Latitude 3570 | Service Tag # 8PR8WB2 | BTX Item #210-AEXH | Greensboro, NC Clinic | O | | $ | 650.00 |
| Laptop | Dell Lattitude 3560 | Service Tag #8HMSC82 | Extra Monitor HP W2082A | Cary, NC Office | O | | $ | 600.00 |
| Laptop | Dell Lattitude 3560 | Service tag #JHMSC82 | | Cary, NC Office | O | | $ | 600.00 |
| Laptop | HP | SN# 5CD723B70B | | Cary, NC Clinic | L | HP Financial | $ | - |
| Laptop | HP 15 I305DX Notebook | 5cd5301QBR | | Charlotte, NC Clinic | O | | $ | 550.00 |
| Laptop | HP 15 I305DX Notebook | 5CD5301Q8Q | | Charlotte, NC Clinic | O | | $ | 550.00 |
| Laptop | HP 15 I305DX Notebook | 5CD5301Q8T | | Charlotte, NC Clinic | O | | $ | 550.00 |
| Laptop | HP 15-ac121dx | Serial # CND5372WN | | Greensboro, NC Clinic | O | | $ | 650.00 |
| Laptop | HP 355G2 | SN: 5CG51255L3 | | Los Angeles, CA Clinic | O | | $ | 500.00 |
| Laptop | HP Envy Laptop | SN# 8CG7103RXR | | Atlanta, GA Clinic | O | | $ | 900.00 |
| Laptop | *HP Probook* | SN# 5CD723B707 | | Atlanta, GA Clinic | L | HP Financial | $ | - |
| Laptop | *HP Probook* | SN# 5CD723B708 | | Atlanta, GA Clinic | L | HP Financial | $ | - |
| Laptop | *HP Probook* | SN# 5CD723B70D | ATL INJ 01 | Atlanta, GA Clinic | L | HP Financial | $ | - |
| Laptop | *HP Probook* | SN# 5CD723B70C | ATL KF 02 | Atlanta, GA Clinic | L | HP Financial | $ | - |
| Laptop | *HP Probook* | SN# 5CD723B70F | ATL RPA | Atlanta, GA Clinic | L | HP Financial | $ | - |
| Laptop | *HP Probook* | SN# 5CD7292BFY | | Atlanta, GA Clinic | L | HP Financial | $ | - |
| Laptop | *HP Probook* | SN# 5CD723B70G | | Atlanta, GA Clinic | L | HP Financial | $ | - |
| Laptop | HP Probook 440 G4 | 5CD723B70H | | Charlotte, NC Clinic | L | HP Financial | $ | - |
| Laptop | HP Probook 450 G5 | | | Los Angeles, CA Office | L | HP Financial | $ | - |

| Equipment Type | Description | Notes | | Location | L/O | LEASEHOLDER | VALUE |
|---|---|---|---|---|---|---|---|
| **Office Equipment/Computers** | | | | | | | |
| Laptop | Lenovo | PF0C457A | | Charlotte, NC Clinic | O | | $    450.00 |
| Laptop | Lenovo | 5C05301Q9F | | Charlotte, NC Clinic | O | | $    450.00 |
| Laptop | Lenovo | P900C5RW | | Charlotte, NC Clinic | O | | $    550.00 |
| Laptop | Lenovo | P900C5S0 | | Charlotte, NC Clinic | O | | $    550.00 |
| Laptop | Lenovo | P900C426 | | Charlotte, NC Clinic | O | | $    550.00 |
| Laptop | Lenovo | PF0B3B7Y | | Charlotte, NC Clinic | O | | $    450.00 |
| Laptop | Lenovo | PF0B8ZL0 | | Charlotte, NC Clinic | O | | $    450.00 |
| Laptop | Lenovo 80E3 | S/N: PF09CWG8 | | Cary, NC Office | O | | $    500.00 |
| Laptop | LENOVO 80L0 G50-80 | JVHFC1 | | Cary, NC Clinic | O | | $    550.00 |
| Laptop | Lenovo C40-05 | P900C5J7 | | Charlotte, NC Clinic | O | | $    550.00 |
| Laptop | Lenovo G50-80 | JVHFC1 | | Cary, NC Clinic | O | | $    550.00 |
| Laptop | Lenovo Yoga 700-14ISK | SN: PF0DU3YO | | Los Angeles, CA Office | O | | $    600.00 |
| Laptop | Lenovo Yoga 700-14ISK | SN: PF0D9BW9 | | Los Angeles, CA Office | O | | $    600.00 |
| Laptop | LENOVO Z70-80 | SN: PF0DSECH | | Los Angeles, CA Office | O | | $    500.00 |
| Laptop | MacBook Pro | | | Los Angeles, CA Clinic | O | | $    950.00 |
| Laptop | Samsung Chrome Notebook | XE500C13-K02US | 0JD891AH702098B | Greensboro, NC Clinic | O | | $    250.00 |
| Laptop | Toshiba | SKU 4879400 | | Greensboro, NC Clinic | O | | $    800.00 |
| Large Floor Printer | Ricoh | S/N: G07SPC00131 | | Oklahoma City, OK Clinic | O | | $  5,400.00 |
| Mailing Meter | Pitney Bowes Mailstation2 | SN: 0655456 | | Los Angeles, CA Office | O | | $    600.00 |
| Monitor | Dell 22 Monitor E2216H | Service Tag # 2HYKQ62 | Item #210-AGMV | Greensboro, NC Clinic | O | | $    120.00 |
| Monitor | Dell 22 Monitor E2216H | Service Tag # 4CYKQ62 | Item #210-AGMV | Greensboro, NC Clinic | O | | $    120.00 |
| Monitor | Dell 22 Monitor E2216H | Service Tag # HGYKQ62 | Item #210-AGMV | Greensboro, NC Clinic | O | | $    120.00 |
| Monitor | Dell 22 Monitor E2216H | Service Tag # CFYKQ62 | Item #210-AGMV | Greensboro, NC Clinic | O | | $    120.00 |
| Monitor | Dell 22 Monitor E2216H | Service Tag # DFYKQ62 | Item #210-AGMV | Greensboro, NC Clinic | O | | $    120.00 |
| Monitor | Dell 22 Monitor E2216H | Service Tag # HCYKQ62 | Item #210-AGMV | Greensboro, NC Clinic | O | | $    120.00 |
| Monitor | Dell 22 Monitor E2216H | Service Tag # 6FYKQ62 | Item #210-AGMV | Greensboro, NC Clinic | O | | $    120.00 |
| Monitor | HP Monitor P223 | SN# 8CG7220CHN | | Atlanta, GA Clinic | L | HP Financial | $        - |
| Monitor | HP Monitor P223 | SN# CNK7190JHK | | Atlanta, GA Clinic | L | HP Financial | $        - |
| Monitor | HP Monitor P223 | SN# CNK7190HVC | | Atlanta, GA Clinic | L | HP Financial | $        - |
| Monitor | HP Monitor P223 | SN# CNK7190JFK | | Atlanta, GA Clinic | L | HP Financial | $        - |
| Monitor | HP Monitor P223 | SN# CNK7190JHD | | Atlanta, GA Clinic | L | HP Financial | $        - |
| Monitor | HP Monitor P223 | SN# CNK7190HV7 | | Atlanta, GA Clinic | L | HP Financial | $        - |
| Phone | 8x8 Phone | 0004F277841D | | Cary, NC Office | O | | $    200.00 |
| Phone | 8x8 Phone | 64167F259189 | | Cary, NC Office | O | | $    200.00 |
| Phone | 8x8 Phone | 64167F3B83AA | | Cary, NC Office | O | | $    200.00 |
| Phone | 8x8 Phone | 64167F3B83F2 | | Cary, NC Office | O | | $    200.00 |
| Phone | 8x8 Phone | 0004F2CA9343 | | Cary, NC Office | O | | $    200.00 |
| Phone | 8x8 Phone | 64167F1545AF | | Cary, NC Office | O | | $    200.00 |
| Phone | 8x8 Phones | Quantity: 24 | | Cary, NC Office | O | | $    200.00 |
| Phone | 8x8 Phones | Quantity: 10 | | Charlotte, NC Clinic | O | | $    200.00 |
| Phone | 8x8 Phones | Quantity: 7 | | Oklahoma City, OK Clinic | O | | $    200.00 |
| Phone | Polycom Phones | Quantity: 13 | | Atlanta, GA Clinic | O | | $    200.00 |
| Photo ID Printer | Magicard Enduro3E | SN: 61F5748 | | Los Angeles, CA Office | O | | $  1,500.00 |
| Printer | Brother MFC-8910DW/ Triage | S/N:U63089D5N145880 | | Los Angeles, CA Office | O | | $    350.00 |
| Printer | Brother MFC-J450DW | S/N: U63553A5F294832 | | Los Angeles, CA Office | O | | $    250.00 |
| Printer | Canon MX series printer | AEBH51534 | | Cary, NC Clinic | O | | $    250.00 |
| Printer | Canon MX922 | S/N: AEHR17270 | | Los Angeles, CA Clinic | O | | $    250.00 |
| Printer | Canon Printer | | | Charlotte, NC Clinic | O | | $    200.00 |
| Printer | Canon Printer | | | Charlotte, NC Clinic | O | | $    200.00 |
| Printer | HP | S/N: TH87NINOTM | | Oklahoma City, OK Clinic | O | | $    150.00 |
| Printer | HP Envy 7640 | S/N: TH69K4Y06W | | Los Angeles, CA Office | O | | $    200.00 |
| Printer | HP Laserjet pro 200 color | | | Cary, NC Clinic | O | | $    400.00 |
| Printer | HP Laserjet Pro 200 | S/N: VNB3B54879 | | Cary, NC Clinic | O | | $    200.00 |
| Printer | HP Office Jet 8620 Printer | | | Cary, NC Clinic | O | | $    300.00 |
| Printer | HP Office Jet 8620 Printer | CN55CFK0XD | | Charlotte, NC Clinic | O | | $    250.00 |
| Printer | HP OfficeJet Pro 8620 | S/N: CN5CCFW10C | | Cary, NC Clinic | O | | $    200.00 |
| Printer | HP Officejet Pro 8710 Printer | S/N: CN7C2BW0K9 | | Greensboro, NC Clinic | O | | $    250.00 |
| Printer | HP OJ Printer 4560 | SN# TH74U4H150 | | Atlanta, GA Clinic | O | | $    150.00 |
| Printer | HP Photosmart 7520 | SN: TH45L7118S | | Los Angeles, CA Office | O | | $    200.00 |
| Printer | Printer | SN# HAAA87656 | | Atlanta, GA Clinic | O | | $    200.00 |
| Speaker | Amazon Echo Dot (2nd Gen) | G09U60884454UFK | | Cary, NC Office | O | | $     20.00 |
| | | | | | | **Office Equipment/Computers Total** | $  86,340.00 |

**Flexogenix Group, Inc.**

| Equipment Type | Description | Notes | | Location | L/O | LEASEHOLDER | VALUE |
|---|---|---|---|---|---|---|---|
| Equipment | Small Black Fridge 2.6 cu ft | Insignia | | Charlotte, NC Clinic | O | | $ 150.00 |
| Equipment | Apple TV | Apple TV 32GB  - Black | Model: MR912LL/A SKU: 5901531 | Atlanta, GA Clinic | O | | $ 150.00 |
| Equipment | Audio system | | | Los Angeles, CA Clinic | O | | $ 14,000.00 |
| Equipment | Audio System | | | Greensboro, NC Clinic | O | | $ 14,000.00 |
| Equipment | Audio System | | | Atlanta, GA Clinic | O | | $ 14,000.00 |
| Equipment | Audio System | | | Oklahoma City, OK Clinic | O | | $ 14,000.00 |
| Equipment | Bariatric Mat Table | Quantity: 1 | | Cary, NC Clinic | O | | $ 1,000.00 |
| Equipment | Bariatric Mat Table | Quantity: 1 | | Charlotte, NC Clinic | O | | $ 1,000.00 |
| Equipment | Biomet Centrifuge -Lab | | | Los Angeles, CA Clinic | | | |
| Equipment | Blood Draw chair | | | Los Angeles, CA Clinic | O | | $ 500.00 |
| Equipment | Blood Draw chair | | | Oklahoma City, OK Clinic | O | | $ 500.00 |
| Equipment | Blood Pressure Machine | SN# M00068414 | Model #247B - Power Supply #GTM21089-1509-T3 | Atlanta, GA Clinic | O | | $ 380.00 |
| Equipment | Blood Pressure Machine | SN# 247B | Model # M00060953 | Atlanta, GA Clinic | O | | $ 380.00 |
| Equipment | Cardon Rehab - Speed Pulley | | | Cary, NC Clinic | O | | $ 600.00 |
| Equipment | Cardon Rehab - Speed Pulley | | | Charlotte, NC Clinic | O | | $ 600.00 |
| Equipment | Coffee Machine | SN# L1017231 | | Atlanta, GA Clinic | O | | $ 550.00 |
| Equipment | Cybex Leg  Press | | | Los Angeles, CA Clinic | O | | $ 3,000.00 |
| Equipment | Cybex Prestige - Leg Press | | | Cary, NC Clinic | O | | $ 3,000.00 |
| Equipment | Cybex Prestige - Leg Press | | | Charlotte, NC Clinic | O | | $ 3,000.00 |
| Equipment | Doctor Stools | Quantity: 4 | | Atlanta, GA Clinic | O | | $ 50.00 |
| Equipment | Dryer | SN# 602KWPY5U536 | Model #DLEC855W | Atlanta, GA Clinic | O | | $ 1,000.00 |
| Equipment | Dumbells, Weight Balls, Ankle Weights - Various weights | Quantity: 39 | | Cary, NC Clinic | O | | $ 700.00 |
| Equipment | Dumbells, Weight Balls, Ankle Weights - Various weights | Quantity: 39 | | Charlotte, NC Clinic | O | | $ 700.00 |
| Equipment | Freemotion cable column | S/N: HH22028300023 | | Los Angeles, CA Clinic | O | | $ 600.00 |
| Equipment | Freezer | SN# 1703010565 | Model # HMCF35W2 | Atlanta, GA Clinic | O | | $ 100.00 |
| Equipment | Freezer | S/N:RL954465 | | Oklahoma City, OK Clinic | O | | $ 200.00 |
| Equipment | Hill Adjustable Chair | 160440 | | Cary, NC Clinic | O | | $ 3,500.00 |
| Equipment | Hill Adjustable Chair | 141248 | | Cary, NC Clinic | O | | $ 3,500.00 |
| Equipment | Hill Adjustable Chair | 150333 | | Cary, NC Clinic | O | | $ 3,500.00 |
| Equipment | Hill Adjustable Chair | 140748 | | Cary, NC Clinic | O | | $ 3,500.00 |
| Equipment | Hill Adjustable Chair | HA-110818 | | Cary, NC Clinic | O | | $ 3,500.00 |
| Equipment | Hill Adjustable Chair | 141247 | | Cary, NC Clinic | O | | $ 3,500.00 |
| Equipment | Hill Adjustable Chair | 160439 (From Torrance) | | Charlotte, NC Clinic | O | | $ 3,500.00 |
| Equipment | Hill Adjustable Chair | 151436 | | Charlotte, NC Clinic | O | | $ 3,500.00 |
| Equipment | Hill Adjustable Chair | 150331 | | Charlotte, NC Clinic | O | | $ 3,500.00 |
| Equipment | Hill Adjustable Chair | 150332 | | Charlotte, NC Clinic | O | | $ 3,500.00 |
| Equipment | Hill Adjustable Chair | 170926 | | Charlotte, NC Clinic | O | | $ 3,500.00 |
| Equipment | Hill lab chairs | Quantity: 3 | | Los Angeles, CA Clinic | O | | $ 3,500.00 |
| Equipment | Hill lab chairs | Quantity: 3 | | Greensboro, NC Clinic | O | | $ 3,500.00 |
| Equipment | Hill lab chairs | SN# 170998 | Quantity: 2 | Atlanta, GA Clinic | O | | $ 3,500.00 |
| Equipment | Hill lab chairs | Quantity: 3 | | Oklahoma City, OK Clinic | O | | $ 3,500.00 |
| Equipment | Laminator | SN# W17020517 | Model # CL_923 | Atlanta, GA Clinic | O | | $ 50.00 |
| Equipment | Large Haussmann Crank Mat | | | Los Angeles, CA Clinic | O | | $ 1,000.00 |
| Equipment | Leg Press | 12040-329A/Cybex 12040-352B | | Atlanta, GA Clinic | O | | $ 3,000.00 |
| Equipment | LG Dryer 4.2 cu ft White Stackable Electric Dryer | DLEC855W | | Cary, NC Clinic | O | | $ 800.00 |
| Equipment | LG Dryer 4.2 cu ft White Stackable Electric Dryer | DLEC855W | | Charlotte, NC Clinic | O | | $ 800.00 |
| Equipment | LG Television | | | Cary, NC Clinic | O | | $ 400.00 |
| Equipment | LG Television | | | Cary, NC Clinic | O | | $ 400.00 |
| Equipment | LG Television | | | Charlotte, NC Clinic | O | | $ 500.00 |
| Equipment | LG Television | | | Charlotte, NC Clinic | O | | $ 500.00 |
| Equipment | LG Ventless dryer | | | Los Angeles, CA Clinic | O | | $ 1,000.00 |
| Equipment | LG washer | | | Los Angeles, CA Clinic | O | | $ 1,000.00 |
| Equipment | LG Washer 2.3 Cu ft White Stackable- Front Load | WM1377HW | | Cary, NC Clinic | O | | $ 800.00 |
| Equipment | LG Washer 2.3 Cu ft White Stackable- Front Load | WM1377HW | | Charlotte, NC Clinic | O | | $ 800.00 |
| Equipment | Lumify - Ultrasound Machine | S/N: R52K10SZTQN | Model: SM-T813 | Oklahoma City, OK Clinic | L | Philips | $   - |
| Equipment | Microwave | Sunbeam | | Los Angeles, CA Office | O | | $ 100.00 |
| Equipment | Microwave | | | Atlanta, GA Clinic | O | | $ 100.00 |
| Equipment | Microwave | | | Oklahoma City, OK Clinic | O | | $ 100.00 |
| Equipment | Mini C-Arm - Hologic | 19-1114-16 | SN: DTO47060398 | Los Angeles, CA Clinic | O | | $ 63,000.00 |
| Equipment | Mini C-Arm - Hologic | 09-0613-03 | SN: DTCN11E0106 | Los Angeles, CA Clinic | O | | $ 63,000.00 |
| Equipment | Mini C-Arm - Hologic | 09-0613-02 | SN: DTCN11E0102 | Los Angeles, CA Clinic | O | | $ 63,000.00 |
| Equipment | Mini C-Arm - Hologic | 19-0116-13 | | Greensboro, NC Clinic | L | Hologic Capital | $   - |
| Equipment | Mini C-Arm - Hologic | 19-0316-05 | | Greensboro, NC Clinic | L | Hologic Capital | $   - |
| Equipment | Mini C-Arm - Hologic | 19-0316-04 | | Greensboro, NC Clinic | L | Hologic Capital | $   - |
| Equipment | Mini C-Arm - Hologic | Model # INSIGHT2 | SN# 19-0117-05M | Atlanta, GA Clinic | L | Hologic Capital | $   - |
| Equipment | Mini C-Arm - Hologic | Model # INSIGHT2 | SN# 19-0117-07M | Atlanta, GA Clinic | L | Hologic Capital | $   - |

| Equipment Type | Description | Notes | | Location | L/O | LEASEHOLDER | VALUE |
|---|---|---|---|---|---|---|---|
| | | | Other Equipment | | | | |
| Equipment | Mini C-Arm - Hologic | Model # INSIGHT2 | SN# 19-0117-04M | Atlanta, GA Clinic | L | Hologic Capital | $          - |
| Equipment | Mini C-Arm - Hologic | 19-0116-14 | | Oklahoma City, OK Clinic | L | Hologic Capital | $          - |
| Equipment | Mini C-Arm - Hologic | 19-0815-07 | | Oklahoma City, OK Clinic | O | | $  55,000.00 |
| Equipment | Mini C-ARM Hologic | 19-0715-04 | | Cary, NC Clinic | O | | $  55,000.00 |
| Equipment | Mini C-ARM Hologic | 19-0715-02 | | Cary, NC Clinic | O | | $  55,000.00 |
| Equipment | Mini C-ARM Hologic | #19-0815-08 | | Charlotte, NC Clinic | O | | $  55,000.00 |
| Equipment | Mini C-ARM Hologic | #19-0216-13 | | Charlotte, NC Clinic | L | Hologic Capital | $          - |
| Equipment | Mini C-ARM Hologic | #19-0116-16 | | Charlotte, NC Clinic | L | Hologic Capital | $          - |
| Equipment | Mini C-ARM Hologic | #19-0815-09 | | Charlotte, NC Clinic | O | | $  55,000.00 |
| Equipment | Mini fridge WHYNTER | | | Los Angeles, CA Clinic | O | | $      150.00 |
| Equipment | Nu Step | Serial # T5113160 | | Greensboro, NC Clinic | O | | $    3,500.00 |
| Equipment | Nu Step Machine | T5112017 | | Atlanta, GA Clinic | O | | $    3,500.00 |
| Equipment | Nu Step T5XR | Serial # T5110798 | | Los Angeles, CA Clinic | O | | $    3,500.00 |
| Equipment | Parallel Bars | SN# 1995 | Model # VFS-3.0  Part# 10752 | Atlanta, GA Clinic | O | | $      600.00 |
| Equipment | Phlebotomy Chair | Quantity: 1 | | Atlanta, GA Clinic | O | | $      550.00 |
| Equipment | PhysioStep LXT - Recumbent Stepper | | | Cary, NC Clinic | O | | $    3,500.00 |
| Equipment | PhysioStep LXT - Recumbent Stepper | | | Charlotte, NC Clinic | O | | $    3,500.00 |
| Equipment | Projectors | Quantity: 2 | S/N: XZK6770004L | Oklahoma City, OK Clinic | O | | $  11,000.00 |
| Equipment | Provider Chairs | Quantity: 4 | | Atlanta, GA Clinic | O | | $       50.00 |
| Equipment | PT Mat Table | Quantity: 1 | | Atlanta, GA Clinic | O | | $    1,000.00 |
| Equipment | PT Mat Tables | Quantity: 3 | | Cary, NC Clinic | O | | $      350.00 |
| Equipment | PT Mat Tables | Quantity: 3 | | Charlotte, NC Clinic | O | | $      350.00 |
| Equipment | PT Treatment Beds | Quantity: 2 | | Atlanta, GA Clinic | O | | $      350.00 |
| Equipment | PT treatment tables | Quantity: 2 | | Los Angeles, CA Clinic | O | | $      350.00 |
| Equipment | PT treatment tables | Quantity: 3 | | Greensboro, NC Clinic | O | | $      350.00 |
| Equipment | Recovery Lab - Various Gym Equipment | | | Charlotte, NC Clinic | L | NCMIC | $          - |
| Equipment | Refrigerator | Haier | SN: BL04F4E8N00BLFC20061 | Los Angeles, CA Office | O | | $      650.00 |
| Equipment | Refrigerator | | | Oklahoma City, OK Clinic | O | | $      750.00 |
| Equipment | SCALE | | | Los Angeles, CA Clinic | O | | $      325.00 |
| Equipment | Scale | SN# 500128730 | Model # 500 KL | Atlanta, GA Clinic | O | | $      325.00 |
| Equipment | SCALE | | | Oklahoma City, OK Clinic | O | | $      325.00 |
| Equipment | Scanner | SN# 6402052310192 | | Atlanta, GA Clinic | O | | $      250.00 |
| Equipment | Techni Mobili Carts | Quantity: 2 | | Los Angeles, CA Clinic | O | | $       50.00 |
| Equipment | Techni Mobili Carts | Quantity: 2 | | Oklahoma City, OK Clinic | O | | $       50.00 |
| Equipment | TENS Chairs | Quantity: 14 | | Los Angeles, CA Clinic | O | | $      200.00 |
| Equipment | TENS Chairs | Quantity: 20 | | Greensboro, NC Clinic | O | | $      200.00 |
| Equipment | TENS Chairs | Quantity: 24 | | Atlanta, GA Clinic | O | | $      200.00 |
| Equipment | TENS Chairs | Quantity: 14 | | Oklahoma City, OK Clinic | O | | $      200.00 |
| Equipment | Tens Machine | Quantity: 11 | TENSB0000 | Atlanta, GA Clinic | O | | $      100.00 |
| Equipment | Terason t3200 - Ultasound Machine | Service Tag # B4620 | | Los Angeles, CA Clinic | O | | $  24,000.00 |
| Equipment | Terason t3200 - Ultrasound Machine | Service Tag #: B3271 | | Los Angeles, CA Clinic | O | | $  23,000.00 |
| Equipment | Terason t3200 - Ultrasound Machine | Service Tag# B3997 | | Oklahoma City, OK Clinic | O | | $  25,000.00 |
| Equipment | U/S - chair | Quantity: 2 | | Greensboro, NC Clinic | O | | $    1,800.00 |
| Equipment | U/S - table | | | Los Angeles, CA Clinic | O | | $      350.00 |
| Equipment | U/S - table | | | Oklahoma City, OK Clinic | O | | $    1,800.00 |
| Equipment | U/S Tables | Quantity: 2 | | Atlanta, GA Clinic | O | | $    1,800.00 |
| Equipment | Ulta sound Terason t3200 | Serial #0186-070-297-523 | Tag # B4610 | Greensboro, NC Clinic | O | | $  24,000.00 |
| Equipment | Ulta sound Terason t3200 | Serial #0184-020-390-728 | Tag # B4612 | Greensboro, NC Clinic | O | | $  24,000.00 |
| Equipment | UltraSound Machine Probe #1 Probe #2 | SN# 6417 SN# 6C1 | Service Tag# B4076 Model # 15L4 Model # 6487 | Atlanta, GA Clinic | L | NCMIC | $          - |
| Equipment | Ultrasound Terason | B4572 | | Cary, NC Clinic | O | | $  23,000.00 |
| Equipment | Ultrasound Terason | B4443 | | Cary, NC Clinic | O | | $  25,000.00 |
| Equipment | Ultrasound Terason | B3515 | | Cary, NC Clinic | O | | $  23,000.00 |
| Equipment | Ultrasound Terason | B3449 | | Cary, NC Clinic | O | | $  23,000.00 |
| Equipment | Ultrasound Terason | B4443 | | Charlotte, NC Clinic | O | | $  23,000.00 |
| Equipment | Ultrasound Terason | B3515 | | Charlotte, NC Clinic | O | | $  23,000.00 |
| Equipment | Ultrasound Terason | B2468 | | Charlotte, NC Clinic | O | | $  23,000.00 |
| Equipment | Ultrasound Terason | B4084 | | Charlotte, NC Clinic | O | | $  23,000.00 |
| Equipment | Video Wall | 9 monitors & 9 brightsign | | Los Angeles, CA Clinic | O | | $    8,000.00 |
| Equipment | Visio TV | | | Atlanta, GA Clinic | O | | $      329.00 |
| Equipment | Vizio TV | | | Cary, NC Clinic | O | | $      350.00 |
| Equipment | Washer | SN# 601KWTA5M297 | Model #WM1377HW | Atlanta, GA Clinic | O | | $    1,000.00 |
| Equipment | Wheel chair | | | Los Angeles, CA Clinic | O | | $      185.00 |
| Equipment | Wheel chair | Quantity: 1 | | Greensboro, NC Clinic | O | | $      185.00 |
| Equipment | Wheel chair | Quantity: 1 | | Atlanta, GA Clinic | O | | $      185.00 |
| Equipment | Wheel chair | | | Oklahoma City, OK Clinic | O | | $      185.00 |

| Other Equipment | | | | | | |
|---|---|---|---|---|---|---|
| **Equipment Type** | **Description** | **Notes** | | **Location** | **L/O** | **LEASEHOLDER** | **VALUE** |
| Equipment | White Chest Freezer 7.1 Cu ft | Idylsis | | Cary, NC Clinic | O | | $    150.00 |
| Equipment | White Chest Freezer 7.1 Cu ft | Idylsis | | Charlotte, NC Clinic | O | | $    300.00 |
| Equipment | Wireless Headset- Spracht | SN# 50905965 | Model# HS-2012 | Atlanta, GA Clinic | O | | $    200.00 |
| Other Equipment Total | | | | | | | $  961,054.00 |

**Fill in this information to identify the case:**

Debtor name  **Flexogenix Group, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)  **2:19-bk-12927**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|
| **2.1  Business Merchant Funding** Creditor's Name | Describe debtor's property that is subject to a lien **All Assets** | $973,606.00 | $973,606.00 |

**680 Central Avenue**
**Cedarhurst, NY 11516**
Creditor's mailing address

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**1/8/2019**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| | | | |
|---|---|---|---|
| **2.2  Complete Business Solutions Group,** Creditor's Name | Describe debtor's property that is subject to a lien **All Assets** | $563,589.94 | $0.00 |

**22 N. 3rd Street**
**Philadelphia, PA 19106**
Creditor's mailing address

Describe the lien
**Unperfected Security Interest**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**9/12/2018**
Last 4 digits of account number

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy

Debtor    **Flexogenix Group, Inc.**                                  Case number (if know)    **2:19-bk-12927**
          Name

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **Complete Business Solutions Group,** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**                    $578,727.20         $0.00

**All Assets**

**22 N. 3rd Street**
**Philadelphia, PA 19106**
Creditor's mailing address

**Describe the lien**
**Unperfected Security Interest**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/3/2018**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 | **Complete Business Solutions Group,** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**                   $1,125,574.00         $0.00

**All Assets**

**22 N. 3rd Street**
**Philadelphia, PA 19106**
Creditor's mailing address

**Describe the lien**
**Unperfected Security Interest**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/24/2018**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 | **Complete Business Solutions Group,** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**                   $1,076,500.00         $0.00

**All Assets**

**22 N. 3rd Street**
**Philadelphia, PA 19106**
Creditor's mailing address

**Describe the lien**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 2 of 5

| Debtor | **Flexogenix Group, Inc.** | Case number *(if know)* | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

**Unperfected Security Interest**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**11/27/2018**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check that all apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.6 | **Complete Business Solutions Group,** | Describe debtor's property that is subject to a lien | **$583,700.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **All Assets** | | |

**22 N. 3rd Street
Philadelphia, PA 19106**

Creditor's mailing address

**Describe the lien**

**Unperfected Security Interest**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**12/27/2018**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check that all apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.7 | **Franklin Funding Group, LLC** | Describe debtor's property that is subject to a lien | **$423,695.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **All accounts receivables, receipts, instruments, contract rights, and other rights to receive payment of money, patents, chattel paper** | | |

**1425 37th St., #557
Brooklyn, NY 11218**

Creditor's mailing address

**Describe the lien**

**UCC-1**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**1/3/2019**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check that all apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Flexogenix Group, Inc. | Case number (if know) | 2:19-bk-12927 |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.8 | **Franklin Funding Group, LLC** | | **Describe debtor's property that is subject to a lien** | $577,585.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**All accounts receivables, receipts, instruments, contract rights, and other rights to receive payment of money, patents, chattel paper**

**1425 37th St., #557**
**Brooklyn, NY 11218**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/3/2019**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 | **In Advance Capital, LLC** | | **Describe debtor's property that is subject to a lien** | $183,359.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**All assets**

**1233 48th Street**
**Brooklyn, NY 11219**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/13/2019**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 0 | **Influx Capital LLC** | | **Describe debtor's property that is subject to a lien** | $335,548.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**All assets**

**32 Court Street, Suite 205**
**Brooklyn, NY 11201**

Creditor's mailing address

**Describe the lien**
**UCC-1**

---

| Debtor | Flexogenix Group, Inc. | | Case number (if know) | 2:19-bk-12927 |
|---|---|---|---|---|
| | Name | | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**2/1/2019**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

| 2.11 | **Yes Capital Group, LLC** | Describe debtor's property that is subject to a lien | $183,359.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1233 48th Street**
**Brooklyn, NY 11219**

**All assets**

Creditor's mailing address

**Describe the lien**

**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2/12/2019**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

■ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  | **$6,605,243.14** |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **David Fogel**<br>**David Fogel, P.C.**<br>**1225 Franklin Avenue**<br>**Suite 522**<br>**Garden City, NY 11530-1753** | Line  **2.11** | |
| **David Fogel**<br>**David Fogel, P.C.**<br>**1225 Franklin Avenue**<br>**Suite 522**<br>**Garden City, NY 11530-1753** | Line  **2.9** | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Flexogenix Group, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | **2:19-bk-12927** |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,528.95** | **$5,528.95** |
| | **Adrienne A Haskins** | *Check all that apply.* | | |
| | **45210 W Highway 51** | ■ Contingent | | |
| | **Jennings, OK 74038** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **March 2019** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,299.04** | **$1,299.04** |
| | **Aeisha S Allen** | *Check all that apply.* | | |
| | **11163 Foxhaven Dr** | ■ Contingent | | |
| | **Charlotte, NC 28277** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **March 2019** | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.48 | $213.48 |
|---|---|---|---|---|

**Alexis Cox**
**104 Twin Oaks Pl**
**Goldsboro, NC 27530**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $903.85 | $903.85 |
|---|---|---|---|---|

**Aliya Cromwell**
**283 Silver Ridge Dr**
**Dallas, GA 30157**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $798.08 | $798.08 |
|---|---|---|---|---|

**Amanda K Caudill**
**133 W 36Th St**
**Long Beach, CA 90807**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,905.53 | $7,905.53 |
|---|---|---|---|---|

**Amber E Price**
**817 Rankin Pl**
**Greensboro, NC 27403**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,454.98** | **$1,454.98** |
|---|---|---|---|---|

**Angelina Evans**
**1749 N Serrano Ave Apt 207**
**Los Angeles, CA 90027**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,142.52** | **$1,142.52** |
|---|---|---|---|---|

**Anna Gordea**
**109 Holly Bay Ln**
**Holly Springs, NC 27540**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,783.51** | **$1,783.51** |
|---|---|---|---|---|

**Beth Gichuhi**
**6310 Daybrook Cir Apt 303**
**Raleigh, NC 27606**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,229.60** | **$1,229.60** |
|---|---|---|---|---|

**Branden Ford**
**3715 Debelle St**
**Clarkston, GA 30021**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.74 | $675.74 |
|---|---|---|---|---|

**Brandia Sanders**
**322 Newcastle Ave**
**Lincolnton, NC 28092**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $567.25 | $567.25 |
|---|---|---|---|---|

**Charlene Adkisson**
**7901 S Council Rd #256**
**Oklahoma City, OK 73169**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,075.86 | $1,075.86 |
|---|---|---|---|---|

**Cheri Dickinson**
**1105 Garden Lake Dr**
**Riverdale, GA 30296**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,655.53 | $1,655.53 |
|---|---|---|---|---|

**City of Los Angeles**
**Office of Finance**
**PO BOX 30879**
**Los Angeles, CA 90030-0879**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**City Taxes**

Last 4 digits of account number **1069**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Flexogenix Group, Inc. | Case number (if known) | 2:19-bk-12927 |
|---|---|---|---|
| | Name | | |

---

**2.15** Priority creditor's name and mailing address

**Connor J McClanahan**
**5032 Newcastle Rd**
**Raleigh, NC 27606**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$266.85          $266.85

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.16** Priority creditor's name and mailing address

**Daisy Anaya**
**7029 Denver Ave**
**Los Angeles, CA 90044**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$472.26          $472.26

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.17** Priority creditor's name and mailing address

**David Gerber**
**1913 Goldenrod Lane**
**Midwest City, OK 73130**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$1,980.03          $1,980.03

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.18** Priority creditor's name and mailing address

**Derek Medeiros**
**10127 Oxford Landing Ln**
**Charlotte, NC 28270**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$24,257.56          $12,850.00

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Flexogenix Group, Inc. | Case number (if known) | 2:19-bk-12927 |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $907.90 | $907.90 |
|---|---|---|---|---|

**Desiree K Jones**
**947 Wind Carved Ln**
**Monroe, NC 28110**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,062.20 | $12,850.00 |
|---|---|---|---|---|

**Diara Gross**
**235 Lincoln Court Avenue**
**NE Brookhaven, GA 30329**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,384.62 | $1,384.62 |
|---|---|---|---|---|

**Dinoshka Acevedo**
**5174 Martin Luther King Jr Blv**
**Lynwood, CA 90262**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $836.80 | $836.80 |
|---|---|---|---|---|

**Doretta H Lawson**
**4830 Tony Dr**
**Trinity, NC 27370**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Flexogenix Group, Inc. | Case number (if known) | 2:19-bk-12927 |
|---|---|---|---|
| | Name | | |

---

**2.23** | Priority creditor's name and mailing address
**Elisabeth S Barnes**
**1816 N McDowell St.**
**Apt #1**
**Charlotte, NC 28205**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**$2,067.29**   **$2,067.29**

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.24** | Priority creditor's name and mailing address
**Erin Boyd**
**3844 Northwest 36th Street**
**Oklahoma City, OK 73112**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**$601.37**   **$601.37**

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.25** | Priority creditor's name and mailing address
**Grace Fantetti**
**3498 Panarama Dr**
**Greensboro, NC 27405**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**$1,491.47**   **$1,491.47**

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.26** | Priority creditor's name and mailing address
**Guadalupe Acevedo Tirado**
**15 Tucker Farm Cir**
**Angier, NC 27501**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**$652.56**   **$652.56**

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$896.98** | **$896.98** |
|---|---|---|---|---|

**Haley Saul**
**20 Craig Court**
**Mebane, NC 27302**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,150.33** | **$1,150.33** |
|---|---|---|---|---|

**Harry Pinckney**
**6521 Monroe Rd**
**Apt 102**
**Charlotte, NC 28212**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$6,309.41** | **$6,309.41** |
|---|---|---|---|---|

**Heidi Hall**
**28437 Cr 87**
**Robertsdale, AL 36567**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$876.33** | **$876.33** |
|---|---|---|---|---|

**Holly A Stubbins**
**5515 Mcwhorter Rd**
**Waxhaw, NC 28173**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

---

**2.31** | Priority creditor's name and mailing address

**Internal Revenue Service**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$953,010.25          $953,010.25

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number **2975**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.32** | Priority creditor's name and mailing address

**Iqra Ahmed**
**800 North Oklahoma Avenue**
**Oklahoma City, OK 73104**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

$683.50          $683.50

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.33** | Priority creditor's name and mailing address

**Iris Whalen**
**4706 Mount Royal Lane**
**Charlotte, NC 28210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00          $0.00

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.34** | Priority creditor's name and mailing address

**Jack Miletic**
**420 Washington Ave Apt 203**
**Santa Monica, CA 90403**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

$28,701.80          $12,850.00

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $748.95 | $748.95 |
|---|---|---|---|---|

**Jacqueline Puello**
**2112 Thornfield Rd**
**Charlotte, NC 28217-7936**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 2019** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,080.20 | $1,080.20 |
|---|---|---|---|---|

**James Villaruz**
**647 West Duarte Road**
**Apt. A**
**Monrovia, CA 91016**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 2019** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $589.00 | $589.00 |
|---|---|---|---|---|

**Jana Norton**
**503 East Lockheed Drive**
**Midwest City, OK 73110**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 2019** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,794.23 | $2,794.23 |
|---|---|---|---|---|

**Janet B Sandoval**
**511 Lakemont Drive**
**Clayton, NC 27520**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 2019** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Flexogenix Group, Inc. | Case number (if known) | 2:19-bk-12927 |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,024.09 | $1,024.09 |
|---|---|---|---|---|

**Jennell Brown**
**3709 Rosedown Dr**
**Matthews, NC 28105**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.87 | $495.87 |
|---|---|---|---|---|

**Jennifer Hogan**
**1829 E. Marion St. Apt. 1202**
**Shelby, NC 28152**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,543.16 | $12,850.00 |
|---|---|---|---|---|

**Jennifer Reed**
**1601 Morris Ave**
**Norfolk, VA 23509**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $567.73 | $567.73 |
|---|---|---|---|---|

**Jeong Ah Hwang**
**3011 Rowena Avenue APT 15**
**Los Angeles, CA 90039**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,446.53** | **$1,446.53** |
|---|---|---|---|---|

**Jerrell Parker**
**2213 Woodwyck Way**
**Raleigh, NC 27604**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$589.64** | **$589.64** |
|---|---|---|---|---|

**Joan E Kim**
**449 N. Catalina Avenue, #109**
**Pasadena, CA 91106**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,884.62** | **$2,884.62** |
|---|---|---|---|---|

**John Crossgrove**
**306 Maple Walk Street**
**Durham, NC 27703**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,861.60** | **$3,861.60** |
|---|---|---|---|---|

**Jon S. Grubbs**
**6220 Yosemite Dr**
**Port Orange, FL 32127**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $817.31 | $817.31 |
|---|---|---|---|---|

**Jonathan M Breton**
**13232 Long Common Pkwy**
**Huntersville, NC 28078**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $670.65 | $670.65 |
|---|---|---|---|---|

**Joni L Scholl**
**2474 Walnut St # 257**
**Cary, NC 27518**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,043.30 | $12,850.00 |
|---|---|---|---|---|

**Joseph Cheek**
**11436 Lemmond Acres Dr**
**Mint Hill, NC 28227**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,054.01 | $1,054.01 |
|---|---|---|---|---|

**Karen Berrios**
**1901 North Stoneacre Avenue**
**Compton, CA 90221**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

**2.51** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,078.73 | $2,078.73

**Katy Y Aguillon Campos**
**615 E 27Th St**
**Los Angeles, CA 90011**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

**2.52** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,898.38 | $12,850.00

**Kay N Thompson**
**936 S Olive St**
**Apt 439**
**Los Angeles, CA 90015**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

**2.53** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,893.70 | $4,893.70

**Kevin Quinn**
**8920 Mossy Oak Drive**
**Gainesville, GA 30506**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

**2.54** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,543.73 | $1,543.73

**Kimberly K Conley**
**103 Roelee St**
**Trinity, NC 27370**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
- ■ No
- ☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number *(if known)* | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$937.50** | **$937.50** |
|---|---|---|---|---|

**Kristen M Sykes**
**2305 Pitt Rd**
**Elon, NC 27244**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,288.98** | **$6,288.98** |
|---|---|---|---|---|

**Kristi A Kerrigan**
**11245 Lions Mane St**
**Charlotte, NC 28273**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,336.59** | **$1,336.59** |
|---|---|---|---|---|

**Laura Fessenden**
**106 Glasgow St**
**Stem, NC 27581**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,390.27** | **$1,390.27** |
|---|---|---|---|---|

**Lawrence J Dalmata Jr.**
**595 Tillie Scott Ct**
**Greensboro, NC 27455**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☐ No
- ■ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Flexogenix Group, Inc.** | | Case number *(if known)* | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$799.69** | **$799.69** |
|---|---|---|---|---|

**Linh Huynh**
**3306 Fallen Acorn Cir**
**Cary, NC 27519**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 2019** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,298.08** | **$1,298.08** |
|---|---|---|---|---|

**Lisa Walling**
**60 Landon Drive**
**Edmond, OK 73013**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 2019** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$894.84** | **$894.84** |
|---|---|---|---|---|

**Lishu Wang**
**1225 West Exposition Boulevard**
**Apt B**
**Los Angeles, CA 90007**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 2019** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Logan O Tufts**
**700 Maroubra Loop**
**APT 7302**
**Cary, NC 27513**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 2019** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,589.16 | $10,589.16 |
|---|---|---|---|---|

**LOS ANGELES COUNTY TAX COLLECTOR**
**P.O. BOX 54888**
**Los Angeles, CA 90054-0888**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $959.05 | $959.05 |
|---|---|---|---|---|

**Luisa Farias**
**11245 Lions Mane St**
**Charlotte, NC 28273**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,168.74 | $1,168.74 |
|---|---|---|---|---|

**Lynne A Ridgel**
**22433 S Vermont Ave Apt 126**
**Torrance, CA 90502**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $628.09 | $628.09 |
|---|---|---|---|---|

**Marielena Cocinero**
**1612 Long Paw Ln**
**Charlotte, NC 28214**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Flexogenix Group, Inc. | Case number (if known) | 2:19-bk-12927 |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,729.56 | $3,729.56 |
|---|---|---|---|---|

**Marissa Vaughn**
**404 Greenwood Cir**
**Cary, NC 27511**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $923.08 | $923.08 |
|---|---|---|---|---|

**Martha I Fuentes**
**2125 W. Avenue 30**
**Los Angeles, CA 90065**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,534.28 | $1,534.28 |
|---|---|---|---|---|

**Martha Oviedo**
**236 E Caldwell St**
**Compton, CA 90220**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,035.41 | $1,035.41 |
|---|---|---|---|---|

**Mei Chih Pan**
**630 W Bennett Ave**
**Glendora, CA 91741**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

**2.71** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,120.00** | **$1,120.00**

**Melissa A Tindall**
**3875 Evergreen Way**
**Zionsville, IN 46077**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 2019** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.72** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,463.80** | **$1,463.80**

**Melissa D Mezin**
**1449 S Church St**
**Apt 421**
**Charlotte, NC 28203**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 2019** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.73** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,048.03** | **$2,048.03**

**Michael Bryant**
**31951 Mill Stream Rd**
**Trabuco Canyon, CA 92679**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 2019** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.74** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,715.25** | **$1,715.25**

**Michelle Carballo**
**4 Harper St Nw**
**APT B**
**Atlanta, GA 30318**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **March 2019** | **Wages** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,323.27** | **$3,323.27** |
|---|---|---|---|---|

**Natalie Legette**
**8243 Romana Red Ln**
**Charlotte, NC 28213**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$869.26** | **$869.26** |
|---|---|---|---|---|

**Pamela Young**
**4126 Lake Lynn Dr Apt 306**
**Raleigh, NC 27613**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$175.00** | **$175.00** |
|---|---|---|---|---|

**Patient #01**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$17.00** | **$17.00** |
|---|---|---|---|---|

**Patient #02**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.79 | Priority creditor's name and mailing address **Patient #03** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated ☐ Disputed | $25.28 | $25.28 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.80 | Priority creditor's name and mailing address **Patient #04** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated ☐ Disputed | $83.84 | $83.84 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.81 | Priority creditor's name and mailing address **Patient #05** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated ☐ Disputed | $397.25 | $397.25 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.82 | Priority creditor's name and mailing address **Patient #06** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated ☐ Disputed | $0.20 | $0.20 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.55 | $213.55 |
|---|---|---|---|---|

**Patient #07**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $291.31 | $291.31 |
|---|---|---|---|---|

**Patient #08**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**Patient #09**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $457.05 | $457.05 |
|---|---|---|---|---|

**Patient #10**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address<br>**Patient #100** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $420.31 | $420.31 |
|---|---|---|---|---|

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

- ■ No
- ☐ Yes

| 2.88 | Priority creditor's name and mailing address<br>**Patient #101** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $924.33 | $924.33 |
|---|---|---|---|---|

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

- ■ No
- ☐ Yes

| 2.89 | Priority creditor's name and mailing address<br>**Patient #102** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $260.44 | $260.44 |
|---|---|---|---|---|

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

- ■ No
- ☐ Yes

| 2.90 | Priority creditor's name and mailing address<br>**Patient #103** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $233.38 | $233.38 |
|---|---|---|---|---|

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

- ■ No
- ☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

**2.91** | Priority creditor's name and mailing address

**Patient #104**

As of the petition filing date, the claim is: $90.88  $90.88
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.92** | Priority creditor's name and mailing address

**Patient #105**

As of the petition filing date, the claim is: $549.00  $549.00
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.93** | Priority creditor's name and mailing address

**Patient #106**

As of the petition filing date, the claim is: $23.56  $23.56
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.94** | Priority creditor's name and mailing address

**Patient #107**

As of the petition filing date, the claim is: $107.64  $107.64
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.78 | $25.78 |
|---|---|---|---|---|

**Patient #108**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.39 | $48.39 |
|---|---|---|---|---|

**Patient #109**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.58 | $30.58 |
|---|---|---|---|---|

**Patient #11**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Patient #110**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5.85** | **$5.85** |
|---|---|---|---|---|

**Patient #111**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$56.70** | **$56.70** |
|---|---|---|---|---|

**Patient #112**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$29.25** | **$29.25** |
|---|---|---|---|---|

**Patient #113**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$821.27** | **$821.27** |
|---|---|---|---|---|

**Patient #114**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $321.42 | $321.42 |
|---|---|---|---|---|
| | **Patient #115** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.45 | $18.45 |
|---|---|---|---|---|
| | **Patient #116** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.05 | $146.05 |
|---|---|---|---|---|
| | **Patient #117** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.37 | $160.37 |
|---|---|---|---|---|
| | **Patient #118** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $379.44 | $379.44 |
|---|---|---|---|---|

**Patient #119**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.91 | $107.91 |
|---|---|---|---|---|

**Patient #12**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $181.33 | $181.33 |
|---|---|---|---|---|

**Patient #120**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.00 | $190.00 |
|---|---|---|---|---|

**Patient #121**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Flexogenix Group, Inc.** | | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.36 | $22.36 |
|---|---|---|---|---|
| | **Patient #122** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|
| | **Patient #123** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.82 | $228.82 |
|---|---|---|---|---|
| | **Patient #124** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.25 | $9.25 |
|---|---|---|---|---|
| | **Patient #125** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.15 | $71.15 |
|---|---|---|---|---|

**Patient #126**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $612.40 | $612.40 |
|---|---|---|---|---|

**Patient #127**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.12 | $635.12 |
|---|---|---|---|---|

**Patient #128**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $356.91 | $356.91 |
|---|---|---|---|---|

**Patient #129**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.85 | $11.85 |
|---|---|---|---|---|

**Patient #13**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.25 | $29.25 |
|---|---|---|---|---|

**Patient #130**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $802.79 | $802.79 |
|---|---|---|---|---|

**Patient #131**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.36 | $68.36 |
|---|---|---|---|---|

**Patient #132**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Patient #133**

*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.24 | $8.24 |
|---|---|---|---|---|

**Patient #134**

*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.00 | $160.00 |
|---|---|---|---|---|

**Patient #135**

*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $183.00 | $183.00 |
|---|---|---|---|---|

**Patient #136**

*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.86 | $212.86 |
|---|---|---|---|---|

**Patient #137**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $667.47 | $667.47 |
|---|---|---|---|---|

**Patient #138**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $604.95 | $604.95 |
|---|---|---|---|---|

**Patient #139**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Patient #14**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |
|---|---|---|---|---|
| | **Patient #140** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $439.45 | $439.45 |
|---|---|---|---|---|
| | **Patient #141** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|
| | **Patient #142** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $339.37 | $339.37 |
|---|---|---|---|---|
| | **Patient #143** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.135 | Priority creditor's name and mailing address<br>**Patient #144** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$293.95** | **$293.95** |
|---|---|---|---|---|

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.136 | Priority creditor's name and mailing address<br>**Patient #145** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$370.57** | **$370.57** |
|---|---|---|---|---|

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.137 | Priority creditor's name and mailing address<br>**Patient #146** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$30.00** | **$30.00** |
|---|---|---|---|---|

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.138 | Priority creditor's name and mailing address<br>**Patient #147** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$292.54** | **$292.54** |
|---|---|---|---|---|

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $92.34 | $92.34 |
|---|---|---|---|---|
| | **Patient #148** | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16.00 | $16.00 |
|---|---|---|---|---|
| | **Patient #149** | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $109.10 | $109.10 |
|---|---|---|---|---|
| | **Patient #15** | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $587.37 | $587.37 |
|---|---|---|---|---|
| | **Patient #150** | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.50 | $7.50 |
|---|---|---|---|---|

**Patient #151**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | $777.28 | $777.28 |
|---|---|---|---|

**Patient #152**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | $130.20 | $130.20 |
|---|---|---|---|

**Patient #153**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | $125.83 | $125.83 |
|---|---|---|---|

**Patient #154**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.147 | Priority creditor's name and mailing address<br>**Patient #155** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $84.09 | $84.09 |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

| 2.148 | Priority creditor's name and mailing address<br>**Patient #156** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $211.91 | $211.91 |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

| 2.149 | Priority creditor's name and mailing address<br>**Patient #157** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $105.45 | $105.45 |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

| 2.150 | Priority creditor's name and mailing address<br>**Patient #158** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $248.00 | $248.00 |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

---

**2.151** | Priority creditor's name and mailing address
**Patient #159**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$168.45    $168.45

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.152** | Priority creditor's name and mailing address
**Patient #16**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$169.07    $169.07

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.153** | Priority creditor's name and mailing address
**Patient #160**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$12.57    $12.57

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.154** | Priority creditor's name and mailing address
**Patient #161**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$40.00    $40.00

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number *(if known)* | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**Patient #162**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Patient #163**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Patient #164**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $201.78 | $201.78 |
|---|---|---|---|---|

**Patient #165**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $748.61 | $748.61 |
|---|---|---|---|---|
| | **Patient #166** | *Check all that apply.* | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes |

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.59 | $137.59 |
|---|---|---|---|---|
| | **Patient #167** | *Check all that apply.* | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes |

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.82 | $67.82 |
|---|---|---|---|---|
| | **Patient #168** | *Check all that apply.* | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes |

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 | $42.00 |
|---|---|---|---|---|
| | **Patient #169** | *Check all that apply.* | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes |

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|--------|----------------------------|------------------------|-------------------|
|        | Name                       |                        |                   |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $196.32 | $196.32 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Patient #17**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |
|-------|----------------------------------------------|-----------------------------------------------|--------|--------|

**Patient #170**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.73 | $48.73 |
|-------|----------------------------------------------|-----------------------------------------------|--------|--------|

**Patient #171**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $912.32 | $912.32 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**Patient #172**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $177.98 | $177.98 |
|---|---|---|---|---|

**Patient #173**

*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

- ■ No
- ☐ Yes

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.05 | $149.05 |
|---|---|---|---|---|

**Patient #174**

*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

- ■ No
- ☐ Yes

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.20 | $120.20 |
|---|---|---|---|---|

**Patient #175**

*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

- ■ No
- ☐ Yes

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.38 | $18.38 |
|---|---|---|---|---|

**Patient #176**

*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

- ■ No
- ☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$171.52** | **$171.52** |
|---|---|---|---|---|

**Patient #177**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$238.62** | **$0.00** |
|---|---|---|---|---|

**Patient #178**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20.00** | **$20.00** |
|---|---|---|---|---|

**Patient #179**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$225.85** | **$225.85** |
|---|---|---|---|---|

**Patient #18**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.73 | $79.73 |
|---|---|---|---|---|

**Patient #180**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.59 | $52.59 |
|---|---|---|---|---|

**Patient #181**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.06 | $7.06 |
|---|---|---|---|---|

**Patient #182**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.34 | $71.34 |
|---|---|---|---|---|

**Patient #183**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $197.09 | $197.09 |
|---|---|---|---|---|

**Patient #184**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Patient #185**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $233.52 | $233.52 |
|---|---|---|---|---|

**Patient #186**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.25 | $4.25 |
|---|---|---|---|---|

**Patient #187**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**Patient #188**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |
|---|---|---|---|---|

**Patient #189**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $344.33 | $344.33 |
|---|---|---|---|---|

**Patient #19**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $227.18 | $227.18 |
|---|---|---|---|---|

**Patient #190**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.25 | $72.25 |
|---|---|---|---|---|

**Patient #191**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.54 | $375.54 |
|---|---|---|---|---|

**Patient #192**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.78 | $495.78 |
|---|---|---|---|---|

**Patient #193**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.57 | $70.57 |
|---|---|---|---|---|

**Patient #194**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.191 | Priority creditor's name and mailing address<br>**Patient #195** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $17.49 | $17.49 |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.192 | Priority creditor's name and mailing address<br>**Patient #196** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,093.24 | $2,093.24 |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.193 | Priority creditor's name and mailing address<br>**Patient #197** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $199.75 | $199.75 |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.194 | Priority creditor's name and mailing address<br>**Patient #198** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $252.36 | $252.36 |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $101.66 | $101.66 |
|---|---|---|---|---|

**Patient #199**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Patient #20**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $367.96 | $367.96 |
|---|---|---|---|---|

**Patient #200**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $260.32 | $260.32 |
|---|---|---|---|---|

**Patient #201**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

---

**2.199** | Priority creditor's name and mailing address
**Patient #202**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$120.00     $120.00

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.200** | Priority creditor's name and mailing address
**Patient #203**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$294.50     $294.50

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.201** | Priority creditor's name and mailing address
**Patient #204**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$130.52     $130.52

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.202** | Priority creditor's name and mailing address
**Patient #205**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$109.41     $109.41

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $345.97 | $345.97 |

**Patient #206**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $323.22 | $323.22 |

**Patient #207**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $171.57 | $171.57 |

**Patient #208**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.45 | $93.45 |

**Patient #209**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.207 | Priority creditor's name and mailing address **Patient #21** | As of the petition filing date, the claim is: *Check all that apply.* | $458.65 | $458.65 |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.208** Priority creditor's name and mailing address
**Patient #210**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$13.01    $13.01

---

**2.209** Priority creditor's name and mailing address
**Patient #211**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$196.32    $196.32

---

**2.210** Priority creditor's name and mailing address
**Patient #212**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$68.04    $68.04

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$88.89** | **$88.89** |
|---|---|---|---|---|

**Patient #213**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3.39** | **$3.39** |
|---|---|---|---|---|

**Patient #214**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10.00** | **$10.00** |
|---|---|---|---|---|

**Patient #215**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$30.00** | **$30.00** |
|---|---|---|---|---|

**Patient #216**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $234.51 | $234.51 |
|---|---|---|---|---|
| | **Patient #217** | Check all that apply. | | |

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $242.53 | $242.53 |
|---|---|---|---|---|
| | **Patient #218** | Check all that apply. | | |

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.85 | $77.85 |
|---|---|---|---|---|
| | **Patient #219** | Check all that apply. | | |

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.52 | $23.52 |
|---|---|---|---|---|
| | **Patient #22** | Check all that apply. | | |

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.91 | $148.91 |
|---|---|---|---|---|
| | **Patient #220** | Check all that apply. | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.05 | $79.05 |
|---|---|---|---|---|
| | **Patient #221** | Check all that apply. | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.91 | $46.91 |
|---|---|---|---|---|
| | **Patient #222** | Check all that apply. | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.10 | $100.10 |
|---|---|---|---|---|
| | **Patient #223** | Check all that apply. | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.223 | Priority creditor's name and mailing address<br>**Patient #224** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $106.30 | $106.30 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.224 | Priority creditor's name and mailing address<br>**Patient #225** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $486.00 | $486.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.225 | Priority creditor's name and mailing address<br>**Patient #226** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $86.80 | $86.80 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.226 | Priority creditor's name and mailing address<br>**Patient #227** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $277.45 | $277.45 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
| --- | --- | --- | --- |
| | Name | | |

| 2.227 | Priority creditor's name and mailing address<br>**Patient #228** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$117.04** | **$117.04** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br><br>■ No<br>☐ Yes | | |

| 2.228 | Priority creditor's name and mailing address<br>**Patient #229** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$506.76** | **$506.76** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br><br>■ No<br>☐ Yes | | |

| 2.229 | Priority creditor's name and mailing address<br>**Patient #23** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$24.15** | **$24.15** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br><br>■ No<br>☐ Yes | | |

| 2.230 | Priority creditor's name and mailing address<br>**Patient #230** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br><br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$1.75** | **$1.75** |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br><br>■ No<br>☐ Yes | | |

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.231 | Priority creditor's name and mailing address<br>**Patient #231** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $68.15 | $68.15 |
|---|---|---|---|---|

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?

- ■ No
- ☐ Yes

| 2.232 | Priority creditor's name and mailing address<br>**Patient #232** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $86.56 | $86.56 |
|---|---|---|---|---|

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?

- ■ No
- ☐ Yes

| 2.233 | Priority creditor's name and mailing address<br>**Patient #233** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $28.67 | $28.67 |
|---|---|---|---|---|

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?

- ■ No
- ☐ Yes

| 2.234 | Priority creditor's name and mailing address<br>**Patient #234** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $25.00 | $25.00 |
|---|---|---|---|---|

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?

- ■ No
- ☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number *(if known)* | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.83 | $78.83 |
|---|---|---|---|---|

**Patient #235**

As of the petition filing date, the claim is:
*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $193.10 | $193.10 |
|---|---|---|---|---|

**Patient #236**

As of the petition filing date, the claim is:
*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $306.06 | $306.06 |
|---|---|---|---|---|

**Patient #237**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.39 | $270.39 |
|---|---|---|---|---|

**Patient #238**

As of the petition filing date, the claim is:
*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.00 | $220.00 |
|---|---|---|---|---|
| | **Patient #239** | *Check all that apply.* | | |

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $247.74 | $247.74 |
|---|---|---|---|---|
| | **Patient #24** | *Check all that apply.* | | |

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.41 | $91.41 |
|---|---|---|---|---|
| | **Patient #240** | *Check all that apply.* | | |

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $488.24 | $488.24 |
|---|---|---|---|---|
| | **Patient #241** | *Check all that apply.* | | |

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

**2.243** | Priority creditor's name and mailing address
**Patient #242**

As of the petition filing date, the claim is: $507.75 $507.75
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.244** | Priority creditor's name and mailing address
**Patient #243**

As of the petition filing date, the claim is: $23.75 $23.75
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.245** | Priority creditor's name and mailing address
**Patient #244**

As of the petition filing date, the claim is: $196.32 $196.32
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.246** | Priority creditor's name and mailing address
**Patient #245**

As of the petition filing date, the claim is: $120.00 $120.00
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$666.20** | **$666.20** |
|---|---|---|---|---|

**Patient #246**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$85.11** | **$85.11** |
|---|---|---|---|---|

**Patient #247**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$49.27** | **$49.27** |
|---|---|---|---|---|

**Patient #248**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10.87** | **$10.87** |
|---|---|---|---|---|

**Patient #249**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number *(if known)* | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $779.18 | $779.18 |
|---|---|---|---|---|

**Patient #25**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.95 | $44.95 |
|---|---|---|---|---|

**Patient #250**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.85 | $224.85 |
|---|---|---|---|---|

**Patient #251**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.28 | $280.28 |
|---|---|---|---|---|

**Patient #252**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$308.31** | **$308.31** |
|---|---|---|---|---|

**Patient #253**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$210.00** | **$210.00** |
|---|---|---|---|---|

**Patient #254**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$449.69** | **$449.69** |
|---|---|---|---|---|

**Patient #255**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$250.00** | **$250.00** |
|---|---|---|---|---|

**Patient #256**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $362.76 | $362.76 |
|---|---|---|---|---|

**Patient #257**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

| 2.260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.40 | $39.40 |
|---|---|---|---|---|

**Patient #258**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

| 2.261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $443.61 | $443.61 |
|---|---|---|---|---|

**Patient #259**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

| 2.262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,075.00 | $1,075.00 |
|---|---|---|---|---|

**Patient #26**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.50 | $45.50 |
|---|---|---|---|---|

**Patient #260**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.65 | $120.65 |
|---|---|---|---|---|

**Patient #261**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.52 | $42.52 |
|---|---|---|---|---|

**Patient #262**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.90 | $297.90 |
|---|---|---|---|---|

**Patient #263**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Flexogenix Group, Inc.** | | Case number *(if known)* | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $479.89 | $479.89 |
|---|---|---|---|---|

**Patient #264**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.37 | $88.37 |
|---|---|---|---|---|

**Patient #265**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $419.57 | $419.57 |
|---|---|---|---|---|

**Patient #266**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.82 | $12.82 |
|---|---|---|---|---|

**Patient #267**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$561.42** | **$561.42** |
|---|---|---|---|---|
| | **Patient #268** | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$100.70** | **$100.70** |
|---|---|---|---|---|
| | **Patient #269** | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$192.92** | **$192.92** |
|---|---|---|---|---|
| | **Patient #27** | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$132.09** | **$132.09** |
|---|---|---|---|---|
| | **Patient #270** | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.21  $0.21 |
| | **Patient #271** | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.85  $45.85 |
| | **Patient #272** | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $263.25  $263.25 |
| | **Patient #273** | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.83  $28.83 |
| | **Patient #274** | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | |

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.45 | $127.45 |
|---|---|---|---|---|

**Patient #275**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 | $45.00 |
|---|---|---|---|---|

**Patient #276**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Patient #277**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.82 | $44.82 |
|---|---|---|---|---|

**Patient #278**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.49 | $116.49 |
|---|---|---|---|---|

**Patient #279**

Check all that apply.

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.56 | $19.56 |
|---|---|---|---|---|

**Patient #28**

Check all that apply.

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.46 | $375.46 |
|---|---|---|---|---|

**Patient #280**

Check all that apply.

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $282.82 | $282.82 |
|---|---|---|---|---|

**Patient #281**

Check all that apply.

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.08 | $10.08 |
|---|---|---|---|---|

**Patient #282**

As of the petition filing date, the claim is:
*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $223.35 | $223.35 |
|---|---|---|---|---|

**Patient #283**

As of the petition filing date, the claim is:
*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $591.42 | $591.42 |
|---|---|---|---|---|

**Patient #284**

As of the petition filing date, the claim is:
*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Patient #285**

As of the petition filing date, the claim is:
*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 | $35.00 |
|---|---|---|---|---|
| | **Patient #286** | | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes |

---

| 2.292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.55 | $30.55 |
|---|---|---|---|---|
| | **Patient #287** | | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes |

---

| 2.293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.92 | $98.92 |
|---|---|---|---|---|
| | **Patient #288** | | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes |

---

| 2.294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18.15 | $18.15 |
|---|---|---|---|---|
| | **Patient #289** | | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes |

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.60 | $108.60 |
|---|---|---|---|---|

**Patient #29**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
□ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
□ Yes

---

| 2.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.09 | $65.09 |
|---|---|---|---|---|

**Patient #290**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
□ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
□ Yes

---

| 2.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.83 | $85.83 |
|---|---|---|---|---|

**Patient #291**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
□ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
□ Yes

---

| 2.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.18 | $128.18 |
|---|---|---|---|---|

**Patient #292**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
□ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
□ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.25 | $65.25 |
|---|---|---|---|---|

**Patient #293**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Patient #294**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $795.76 | $795.76 |
|---|---|---|---|---|

**Patient #295**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $130.80 | $130.80 |
|---|---|---|---|---|

**Patient #296**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $657.63 | $657.63 |
|---|---|---|---|---|
| | **Patient #297** | *Check all that apply.* | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $162.00 | $162.00 |
|---|---|---|---|---|
| | **Patient #298** | *Check all that apply.* | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.98 | $4.98 |
|---|---|---|---|---|
| | **Patient #299** | *Check all that apply.* | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $229.10 | $229.10 |
|---|---|---|---|---|
| | **Patient #30** | *Check all that apply.* | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| Debtor | **Flexogenix Group, Inc.** | | Case number *(if known)* | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.98 | $83.98 |
|---|---|---|---|---|
| | **Patient #300** | *Check all that apply.* | | |

- ◼ Contingent
- ◼ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number ___  Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ◼ No
- ☐ Yes

| 2.308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $105.00 | $105.00 |
|---|---|---|---|---|
| | **Patient #301** | *Check all that apply.* | | |

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number ___  Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ◼ No
- ☐ Yes

| 2.309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.69 | $80.69 |
|---|---|---|---|---|
| | **Patient #302** | *Check all that apply.* | | |

- ◼ Contingent
- ◼ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number ___  Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ◼ No
- ☐ Yes

| 2.310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.19 | $128.19 |
|---|---|---|---|---|
| | **Patient #303** | *Check all that apply.* | | |

- ◼ Contingent
- ◼ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number ___  Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ◼ No
- ☐ Yes

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $511.83 | $511.83 |
|---|---|---|---|---|

**Patient #304**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.15 | $29.15 |
|---|---|---|---|---|

**Patient #305**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Patient #306**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Patient #307**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |
|---|---|---|---|---|

**Patient #308**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.36 | $22.36 |
|---|---|---|---|---|

**Patient #309**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.36 | $122.36 |
|---|---|---|---|---|

**Patient #31**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.21 | $114.21 |
|---|---|---|---|---|

**Patient #310**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

**2.319** | Priority creditor's name and mailing address
**Patient #311**

As of the petition filing date, the claim is: $100.18 | $100.18
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.320** | Priority creditor's name and mailing address
**Patient #312**

As of the petition filing date, the claim is: $180.00 | $180.00
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.321** | Priority creditor's name and mailing address
**Patient #313**

As of the petition filing date, the claim is: $532.55 | $532.55
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

**2.322** | Priority creditor's name and mailing address
**Patient #314**

As of the petition filing date, the claim is: $140.00 | $140.00
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | **2:19-bk-12927** |

| 2.323 | Priority creditor's name and mailing address<br>**Patient #315** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$200.00** | **$200.00** |
|---|---|---|---|---|

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No

☐ Yes

| 2.324 | Priority creditor's name and mailing address<br>**Patient #316** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$167.32** | **$167.32** |
|---|---|---|---|---|

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No

☐ Yes

| 2.325 | Priority creditor's name and mailing address<br>**Patient #317** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$673.92** | **$673.92** |
|---|---|---|---|---|

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No

☐ Yes

| 2.326 | Priority creditor's name and mailing address<br>**Patient #318** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$22.59** | **$22.59** |
|---|---|---|---|---|

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No

☐ Yes

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $516.25 | $516.25 |
|---|---|---|---|---|

**Patient #319**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.66 | $319.66 |
|---|---|---|---|---|

**Patient #32**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.46 | $138.46 |
|---|---|---|---|---|

**Patient #320**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**Patient #321**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.15 | $132.15 |
|---|---|---|---|---|

**Patient #322**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Patient #323**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.00 | $70.00 |
|---|---|---|---|---|

**Patient #324**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $354.48 | $354.48 |
|---|---|---|---|---|

**Patient #325**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.335 | Priority creditor's name and mailing address<br>**Patient #326** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$100.00**   **$100.00** |

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

| | | | |
|---|---|---|---|
| 2.336 | Priority creditor's name and mailing address<br>**Patient #327** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$96.04**   **$96.04** |

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

| | | | |
|---|---|---|---|
| 2.337 | Priority creditor's name and mailing address<br>**Patient #328** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$9.60**   **$9.60** |

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

| | | | |
|---|---|---|---|
| 2.338 | Priority creditor's name and mailing address<br>**Patient #329** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$151.70**   **$151.70** |

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.339 | Priority creditor's name and mailing address<br>**Patient #33** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $667.59 | $667.59 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.340 | Priority creditor's name and mailing address<br>**Patient #330** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $276.96 | $276.96 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.341 | Priority creditor's name and mailing address<br>**Patient #331** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $355.81 | $355.81 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.342 | Priority creditor's name and mailing address<br>**Patient #332** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $25.00 | $25.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

**2.343** | Priority creditor's name and mailing address

**Patient #333**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$471.99   $471.99

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.344** | Priority creditor's name and mailing address

**Patient #334**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$46.44   $46.44

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.345** | Priority creditor's name and mailing address

**Patient #335**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$140.00   $140.00

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.346** | Priority creditor's name and mailing address

**Patient #336**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$320.00   $320.00

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.347 | Priority creditor's name and mailing address<br>**Patient #337** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$248.95** | **$248.95** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.348 | Priority creditor's name and mailing address<br>**Patient #338** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$370.20** | **$370.20** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.349 | Priority creditor's name and mailing address<br>**Patient #339** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$179.04** | **$179.04** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.350 | Priority creditor's name and mailing address<br>**Patient #34** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$73.62** | **$73.62** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|
| | **Patient #340** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.37 | $73.37 |
|---|---|---|---|---|
| | **Patient #341** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $503.78 | $503.78 |
|---|---|---|---|---|
| | **Patient #342** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.05 | $141.05 |
|---|---|---|---|---|
| | **Patient #343** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $663.45 | $663.45 |
|---|---|---|---|---|

**Patient #344**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $402.93 | $402.93 |
|---|---|---|---|---|

**Patient #345**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.63 | $254.63 |
|---|---|---|---|---|

**Patient #346**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.12 | $0.12 |
|---|---|---|---|---|

**Patient #347**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.80 | $46.80 |
|---|---|---|---|---|

**Patient #348**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.91 | $127.91 |
|---|---|---|---|---|

**Patient #349**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.50 | $7.50 |
|---|---|---|---|---|

**Patient #35**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**Patient #350**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

**2.363** Priority creditor's name and mailing address

**Patient #351**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$6.18    $6.18

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.364** Priority creditor's name and mailing address

**Patient #352**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$165.00    $165.00

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.365** Priority creditor's name and mailing address

**Patient #353**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$115.00    $115.00

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.366** Priority creditor's name and mailing address

**Patient #354**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$727.16    $727.16

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|--------|---------------------------|------------------------|-------------------|
| | Name | | |

---

**2.367** | Priority creditor's name and mailing address

**Patient #355**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$333.71    $333.71

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.368** | Priority creditor's name and mailing address

**Patient #356**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$5.73    $5.73

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.369** | Priority creditor's name and mailing address

**Patient #357**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$60.00    $60.00

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.370** | Priority creditor's name and mailing address

**Patient #358**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$304.48    $304.48

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.70 | $208.70 |
|---|---|---|---|---|
| | **Patient #359** | Check all that apply. | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.13 | $297.13 |
|---|---|---|---|---|
| | **Patient #36** | Check all that apply. | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.56 | $137.56 |
|---|---|---|---|---|
| | **Patient #360** | Check all that apply. | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $188.09 | $188.09 |
|---|---|---|---|---|
| | **Patient #361** | Check all that apply. | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.12 | $81.12 |
|---|---|---|---|---|

**Patient #362**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $328.00 | $328.00 |
|---|---|---|---|---|

**Patient #363**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $452.60 | $452.60 |
|---|---|---|---|---|

**Patient #364**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $329.09 | $329.09 |
|---|---|---|---|---|

**Patient #365**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.83 | $65.83 |
|---|---|---|---|---|

**Patient #366**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.45 | $37.45 |
|---|---|---|---|---|

**Patient #367**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.99 | $38.99 |
|---|---|---|---|---|

**Patient #368**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $292.53 | $292.53 |
|---|---|---|---|---|

**Patient #369**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $302.98 | $302.98 |
|---|---|---|---|---|

**Patient #37**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $236.07 | $236.07 |
|---|---|---|---|---|

**Patient #370**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.64 | $165.64 |
|---|---|---|---|---|

**Patient #371**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $632.44 | $632.44 |
|---|---|---|---|---|

**Patient #372**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.00 | $270.00 |

**Patient #373**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.71 | $1.71 |

**Patient #374**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $232.92 | $232.92 |

**Patient #375**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.10 | $0.10 |

**Patient #376**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.391 | Priority creditor's name and mailing address **Patient #377** | As of the petition filing date, the claim is: *Check all that apply.* | $291.82 | $291.82 |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.392 | Priority creditor's name and mailing address **Patient #378** | As of the petition filing date, the claim is: *Check all that apply.* | $189.38 | $189.38 |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.393 | Priority creditor's name and mailing address **Patient #379** | As of the petition filing date, the claim is: *Check all that apply.* | $67.75 | $67.75 |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.394 | Priority creditor's name and mailing address **Patient #38** | As of the petition filing date, the claim is: *Check all that apply.* | $76.79 | $76.70 |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.395 | Priority creditor's name and mailing address<br>**Patient #380** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $152.16 | $152.16 |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

| 2.396 | Priority creditor's name and mailing address<br>**Patient #381** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $2,960.29 | $2,850.00 |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

| 2.397 | Priority creditor's name and mailing address<br>**Patient #382** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $32.18 | $32.18 |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

| 2.398 | Priority creditor's name and mailing address<br>**Patient #383** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $245.62 | $245.62 |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.75 | $0.75 |
|---|---|---|---|---|

**Patient #384**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $282.27 | $282.27 |
|---|---|---|---|---|

**Patient #385**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $503.96 | $503.96 |
|---|---|---|---|---|

**Patient #386**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.00 | $84.00 |
|---|---|---|---|---|

**Patient #387**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number *(if known)* | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.34 | $0.34 |
|---|---|---|---|---|
| | **Patient #388** | *Check all that apply.* | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.32 | $133.32 |
|---|---|---|---|---|
| | **Patient #389** | *Check all that apply.* | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.19 | $128.19 |
|---|---|---|---|---|
| | **Patient #39** | *Check all that apply.* | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $813.66 | $813.66 |
|---|---|---|---|---|
| | **Patient #390** | *Check all that apply.* | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $796.50 | $796.50 |
|---|---|---|---|---|

**Patient #391**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**Patient #392**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.04 | $92.04 |
|---|---|---|---|---|

**Patient #393**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $609.12 | $609.12 |
|---|---|---|---|---|

**Patient #394**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $265.80 | $265.80 |
|---|---|---|---|---|
| | **Patient #395** | *Check all that apply.* | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.50 | $7.50 |
|---|---|---|---|---|
| | **Patient #396** | *Check all that apply.* | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $171.57 | $171.57 |
|---|---|---|---|---|
| | **Patient #397** | *Check all that apply.* | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|
| | **Patient #398** | *Check all that apply.* | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.415 | Priority creditor's name and mailing address<br>**Patient #399** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $775.17 | $775.17 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.416 | Priority creditor's name and mailing address<br>**Patient #40** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $29.15 | $29.15 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.417 | Priority creditor's name and mailing address<br>**Patient #400** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $577.30 | $577.30 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.418 | Priority creditor's name and mailing address<br>**Patient #401** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $13.25 | $13.25 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $602.99 | $602.99 |
|---|---|---|---|---|
| | **Patient #402** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | | |

| 2.420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $591.50 | $591.50 |
|---|---|---|---|---|
| | **Patient #403** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | | |

| 2.421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $265.04 | $265.04 |
|---|---|---|---|---|
| | **Patient #404** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | | |

| 2.422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $574.19 | $574.19 |
|---|---|---|---|---|
| | **Patient #405** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | | |

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.423 | Priority creditor's name and mailing address<br>**Patient #406** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $285.00 | $285.00 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.424 | Priority creditor's name and mailing address<br>**Patient #407** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $140.42 | $140.42 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.425 | Priority creditor's name and mailing address<br>**Patient #408** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $196.01 | $196.01 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.426 | Priority creditor's name and mailing address<br>**Patient #409** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $147.00 | $147.00 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.85 | $85.85 |
|---|---|---|---|---|

**Patient #41**

Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $418.92 | $418.92 |
|---|---|---|---|---|

**Patient #410**

Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $189.69 | $189.69 |
|---|---|---|---|---|

**Patient #411**

Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $183.00 | $183.00 |
|---|---|---|---|---|

**Patient #412**

Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $668.17 | $668.17 |
|---|---|---|---|---|

**Patient #413**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $238.74 | $238.74 |
|---|---|---|---|---|

**Patient #414**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $607.48 | $607.48 |
|---|---|---|---|---|

**Patient #415**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,177.86 | $1,177.80 |
|---|---|---|---|---|

**Patient #416**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$89.30** | **$89.30** |
|---|---|---|---|---|
| | **Patient #417** | *Check all that apply.* | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$42.22** | **$42.22** |
|---|---|---|---|---|
| | **Patient #418** | *Check all that apply.* | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$473.61** | **$473.61** |
|---|---|---|---|---|
| | **Patient #419** | *Check all that apply.* | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$867.38** | **$867.38** |
|---|---|---|---|---|
| | **Patient #42** | *Check all that apply.* | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5.81** | **$0.00** |
|---|---|---|---|---|

**Patient #420**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$29.80** | **$29.80** |
|---|---|---|---|---|

**Patient #421**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$509.26** | **$509.26** |
|---|---|---|---|---|

**Patient #422**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$392.55** | **$392.55** |
|---|---|---|---|---|

**Patient #423**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $429.48 | $429.48 |
|---|---|---|---|---|
| | **Patient #424** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $285.15 | $285.15 |
|---|---|---|---|---|
| | **Patient #425** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $377.68 | $377.68 |
|---|---|---|---|---|
| | **Patient #426** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $180.00 |
|---|---|---|---|---|
| | **Patient #427** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | **Flexogenix Group, Inc.** | | Case number *(if known)* | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.53 | $165.53 |
|---|---|---|---|---|

**Patient #428**

*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.99 | $174.99 |
|---|---|---|---|---|

**Patient #429**

*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Patient #43**

*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88.27 | $88.27 |
|---|---|---|---|---|

**Patient #430**

*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $35.00 |
|---|---|---|---|---|

**Patient #431**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $408.00 | $408.00 |
|---|---|---|---|---|

**Patient #432**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**Patient #433**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.95 | $31.95 |
|---|---|---|---|---|

**Patient #434**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$98.46** | **$98.46** |
|---|---|---|---|---|

**Patient #435**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.456 | Priority creditor's name and mailing address | | **$238.74** | **$238.74** |
|---|---|---|---|---|

**Patient #436**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.457 | Priority creditor's name and mailing address | | **$20.75** | **$20.75** |
|---|---|---|---|---|

**Patient #437**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.458 | Priority creditor's name and mailing address | | **$276.42** | **$276.42** |
|---|---|---|---|---|

**Patient #438**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

**2.459** | Priority creditor's name and mailing address
**Patient #439**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$381.70     $381.70

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.460** | Priority creditor's name and mailing address
**Patient #44**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$29.25     $29.25

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.461** | Priority creditor's name and mailing address
**Patient #440**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$375.00     $375.00

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.462** | Priority creditor's name and mailing address
**Patient #441**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$504.05     $504.05

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.19 | $156.19 |
|---|---|---|---|---|

**Patient #442**

*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

- ■ No
- ☐ Yes

| 2.464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Patient #443**

*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

- ■ No
- ☐ Yes

| 2.465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.54 | $39.54 |
|---|---|---|---|---|

**Patient #444**

*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

- ■ No
- ☐ Yes

| 2.466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Patient #445**

*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

- ■ No
- ☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.98 | $142.98 |
|---|---|---|---|---|

**Patient #446**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

| 2.468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $317.66 | $317.66 |
|---|---|---|---|---|

**Patient #447**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

| 2.469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $180.00 |
|---|---|---|---|---|

**Patient #448**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

| 2.470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.88 | $112.88 |
|---|---|---|---|---|

**Patient #449**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.00 | $117.00 |
|---|---|---|---|---|

**Patient #45**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.70 | $21.70 |
|---|---|---|---|---|

**Patient #450**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Patient #451**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $684.00 | $684.00 |
|---|---|---|---|---|

**Patient #452**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.87 | $12.87 |
|---|---|---|---|---|

**Patient #453**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,824.13 | $1,824.13 |
|---|---|---|---|---|

**Patient #454**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.15 | $26.15 |
|---|---|---|---|---|

**Patient #455**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $800.64 | $800.64 |
|---|---|---|---|---|

**Patient #456**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.67 | $94.67 |
|---|---|---|---|---|

**Patient #457**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.70 | $54.70 |
|---|---|---|---|---|

**Patient #458**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.62 | $98.62 |
|---|---|---|---|---|

**Patient #459**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 | $49.00 |
|---|---|---|---|---|

**Patient #46**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $294.51 | $294.51 |
|---|---|---|---|---|

**Patient #460**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $562.84 | $562.84 |
|---|---|---|---|---|

**Patient #461**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Patient #462**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $123.20 | $123.20 |
|---|---|---|---|---|

**Patient #463**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.40 | $23.40 |
|---|---|---|---|---|

**Patient #464**

_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,796.44 | $1,796.44 |
|---|---|---|---|---|

**Patient #465**

_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.27 | $52.27 |
|---|---|---|---|---|

**Patient #466**

_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.17 | $99.17 |
|---|---|---|---|---|

**Patient #467**

_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.04 | $99.04 |
|---|---|---|---|---|

**Patient #468**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Patient #469**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Patient #47**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $234.88 | $234.88 |
|---|---|---|---|---|

**Patient #470**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.495 | Priority creditor's name and mailing address<br>**Patient #471** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $50.00 | $50.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | | |

| 2.496 | Priority creditor's name and mailing address<br>**Patient #472** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $70.00 | $70.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | | |

| 2.497 | Priority creditor's name and mailing address<br>**Patient #473** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $259.81 | $259.81 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | | |

| 2.498 | Priority creditor's name and mailing address<br>**Patient #474** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $110.00 | $110.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | | |

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 | $110.00 |
|---|---|---|---|---|

**Patient #475**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39.52 | $39.52 |
|---|---|---|---|---|

**Patient #476**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $828.20 | $828.20 |
|---|---|---|---|---|

**Patient #477**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $144.00 | $144.00 |
|---|---|---|---|---|

**Patient #478**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.68 | $185.68 |
|---|---|---|---|---|

**Patient #479**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.55 | $375.55 |
|---|---|---|---|---|

**Patient #48**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $752.95 | $752.95 |
|---|---|---|---|---|

**Patient #480**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Patient #481**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.507 | Priority creditor's name and mailing address<br>**Patient #482** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $30.00 | $30.00 |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.508 | Priority creditor's name and mailing address<br>**Patient #483** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $487.00 | $487.00 |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.509 | Priority creditor's name and mailing address<br>**Patient #484** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $109.00 | $109.00 |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.510 | Priority creditor's name and mailing address<br>**Patient #485** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $139.45 | $139.45 |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.511 | Priority creditor's name and mailing address<br>**Patient #486** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $33.75 | $33.75 |
|---|---|---|---|---|

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.512 | Priority creditor's name and mailing address<br>**Patient #487** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $52.29 | $52.29 |
|---|---|---|---|---|

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.513 | Priority creditor's name and mailing address<br>**Patient #488** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $59.65 | $59.65 |
|---|---|---|---|---|

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.514 | Priority creditor's name and mailing address<br>**Patient #489** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $228.67 | $228.67 |
|---|---|---|---|---|

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

**2.515** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.83 | $153.83

**Patient #49**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No

☐ Yes

---

**2.516** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.08 | $70.08

**Patient #490**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No

☐ Yes

---

**2.517** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00

**Patient #491**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No

☐ Yes

---

**2.518** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $677.77 | $677.77

**Patient #492**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No

☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $565.14 | $565.14 |
|---|---|---|---|---|

**Patient #493**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $347.42 | $347.42 |
|---|---|---|---|---|

**Patient #494**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 | $210.00 |
|---|---|---|---|---|

**Patient #495**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $151.74 | $151.74 |
|---|---|---|---|---|

**Patient #496**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

**2.523** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.56 | $23.56
**Patient #497**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.524** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $432.60 | $432.60
**Patient #498**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.525** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00
**Patient #499**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.526** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.17 | $128.17
**Patient #50**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9.00** | **$9.00** |
|---|---|---|---|---|
| | **Patient #500** | *Check all that apply.* | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

---

| 2.528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$280.64** | **$280.64** |
|---|---|---|---|---|
| | **Patient #501** | *Check all that apply.* | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

---

| 2.529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7.50** | **$7.50** |
|---|---|---|---|---|
| | **Patient #502** | *Check all that apply.* | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

---

| 2.530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$610.21** | **$610.21** |
|---|---|---|---|---|
| | **Patient #503** | *Check all that apply.* | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

**2.531** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.73 | $140.73

**Patient #504**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

**2.532** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.94 | $38.94

**Patient #505**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

**2.533** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.37 | $104.37

**Patient #506**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

**2.534** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.54 | $85.54

**Patient #507**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.58 | $172.58 |
|---|---|---|---|---|

**Patient #508**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.536 | Priority creditor's name and mailing address | | $543.99 | $543.99 |
|---|---|---|---|---|

**Patient #509**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.537 | Priority creditor's name and mailing address | | $51.60 | $51.60 |
|---|---|---|---|---|

**Patient #51**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.538 | Priority creditor's name and mailing address | | $83.27 | $83.27 |
|---|---|---|---|---|

**Patient #510**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Patient #511**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)
- ■ No
- ☐ Yes

---

| 2.540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.54 | $132.54 |
|---|---|---|---|---|

**Patient #512**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)
- ■ No
- ☐ Yes

---

| 2.541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $238.74 | $238.74 |
|---|---|---|---|---|

**Patient #513**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)
- ■ No
- ☐ Yes

---

| 2.542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $196.29 | $196.29 |
|---|---|---|---|---|

**Patient #514**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)
- ■ No
- ☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $820.75 | $820.75 |
|---|---|---|---|---|
| | **Patient #515** | *Check all that apply.* | | |

☒ Contingent
☒ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

| 2.544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $196.65 | $196.65 |
|---|---|---|---|---|
| | **Patient #516** | *Check all that apply.* | | |

☒ Contingent
☒ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

| 2.545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $683.69 | $683.69 |
|---|---|---|---|---|
| | **Patient #517** | *Check all that apply.* | | |

☒ Contingent
☒ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

| 2.546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $313.76 | $313.76 |
|---|---|---|---|---|
| | **Patient #518** | *Check all that apply.* | | |

☒ Contingent
☒ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $314.05 | $314.05 |
|---|---|---|---|---|

**Patient #519**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Patient #52**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $151.67 | $151.67 |
|---|---|---|---|---|

**Patient #520**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $847.17 | $847.17 |
|---|---|---|---|---|

**Patient #521**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.89 | $27.89 |
|---|---|---|---|---|
| | **Patient #522** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.48 | $92.48 |
|---|---|---|---|---|
| | **Patient #523** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.56 | $2.56 |
|---|---|---|---|---|
| | **Patient #524** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $344.98 | $344.98 |
|---|---|---|---|---|
| | **Patient #525** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $601.86    $601.86 |
| | **Patient #526** | *Check all that apply.* | |
| | | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Patient Refund** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00    $45.00 |
| | **Patient #527** | *Check all that apply.* | |
| | | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Patient Refund** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.54    $112.54 |
| | **Patient #528** | *Check all that apply.* | |
| | | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Patient Refund** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00    $40.00 |
| | **Patient #529** | *Check all that apply.* | |
| | | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Patient Refund** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | |
| | | ☐ Yes | |

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.71 | $79.71 |
|---|---|---|---|---|

**Patient #53**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,112.91 | $1,112.91 |
|---|---|---|---|---|

**Patient #530**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $260.83 | $260.83 |
|---|---|---|---|---|

**Patient #531**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $737.33 | $737.33 |
|---|---|---|---|---|

**Patient #532**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.58 | $172.58 |
|---|---|---|---|---|

**Patient #533**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.00 | $70.00 |
|---|---|---|---|---|

**Patient #534**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.11 | $6.11 |
|---|---|---|---|---|

**Patient #535**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $233.91 | $233.91 |
|---|---|---|---|---|

**Patient #536**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $246.87 | $246.87 |
|---|---|---|---|---|

**Patient #537**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.53 | $27.53 |
|---|---|---|---|---|

**Patient #538**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $242.38 | $242.38 |
|---|---|---|---|---|

**Patient #539**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.13 | $18.13 |
|---|---|---|---|---|

**Patient #54**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$155.00** | **$155.00** |
|---|---|---|---|---|
| | **Patient #540** | *Check all that apply.* | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20.04** | **$20.04** |
|---|---|---|---|---|
| | **Patient #541** | *Check all that apply.* | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$448.06** | **$448.06** |
|---|---|---|---|---|
| | **Patient #542** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$178.10** | **$178.10** |
|---|---|---|---|---|
| | **Patient #543** | *Check all that apply.* | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.575 | Priority creditor's name and mailing address<br>**Patient #544** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$379.99** | **$379.99** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.576 | Priority creditor's name and mailing address<br>**Patient #545** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$470.29** | **$470.29** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.577 | Priority creditor's name and mailing address<br>**Patient #546** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$46.96** | **$46.96** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.578 | Priority creditor's name and mailing address<br>**Patient #547** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$320.07** | **$320.07** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.579 | Priority creditor's name and mailing address<br>**Patient #548** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $14.72    $14.72 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.580 | Priority creditor's name and mailing address<br>**Patient #549** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $44.50    $44.50 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.581 | Priority creditor's name and mailing address<br>**Patient #55** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $60.15    $60.15 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.582 | Priority creditor's name and mailing address<br>**Patient #550** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $11.75    $11.75 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.79 | $170.79 |
|---|---|---|---|---|

**Patient #551**

Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.95 | $170.95 |
|---|---|---|---|---|

**Patient #552**

Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**Patient #553**

Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |
|---|---|---|---|---|

**Patient #554**

Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $422.61 | $422.61 |
|---|---|---|---|---|

**Patient #555**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.00 | $39.00 |
|---|---|---|---|---|

**Patient #556**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.00 | $111.00 |
|---|---|---|---|---|

**Patient #557**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.24 | $66.24 |
|---|---|---|---|---|

**Patient #558**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number *(if known)* | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.32 | $21.32 |
|---|---|---|---|---|

**Patient #559**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.27 | $95.27 |
|---|---|---|---|---|

**Patient #56**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.47 | $9.47 |
|---|---|---|---|---|

**Patient #560**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.03 | $0.03 |
|---|---|---|---|---|

**Patient #561**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $316.89 | $316.89 |
|---|---|---|---|---|

**Patient #562**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.55 | $11.55 |
|---|---|---|---|---|

**Patient #563**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,760.81 | $1,760.81 |
|---|---|---|---|---|

**Patient #564**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $323.63 | $323.63 |
|---|---|---|---|---|

**Patient #565**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.22 | $84.22 |
|---|---|---|---|---|

**Patient #566**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $332.57 | $332.57 |
|---|---|---|---|---|

**Patient #567**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $180.00 |
|---|---|---|---|---|

**Patient #568**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $379.46 | $379.46 |
|---|---|---|---|---|

**Patient #569**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.87 | $14.87 |
|---|---|---|---|---|

**Patient #57**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Patient #570**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.75 | $18.75 |
|---|---|---|---|---|

**Patient #571**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.56 | $80.56 |
|---|---|---|---|---|

**Patient #572**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.41 | $2.41 |
|---|---|---|---|---|

**Patient #573**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.80 | $81.80 |
|---|---|---|---|---|

**Patient #574**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $414.91 | $414.91 |
|---|---|---|---|---|

**Patient #575**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.62 | $166.62 |
|---|---|---|---|---|

**Patient #576**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $304.81 | $304.81 |
|---|---|---|---|---|

**Patient #577**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $659.16 | $659.16 |
|---|---|---|---|---|

**Patient #578**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.33 | $172.33 |
|---|---|---|---|---|

**Patient #579**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.00 | $54.00 |
|---|---|---|---|---|

**Patient #58**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.22 | $102.22 |
|---|---|---|---|---|

**Patient #580**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $503.54 | $503.54 |
|---|---|---|---|---|

**Patient #581**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.16 | $97.16 |
|---|---|---|---|---|

**Patient #582**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.41 | $46.41 |
|---|---|---|---|---|

**Patient #583**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.619 | Priority creditor's name and mailing address<br>**Patient #584** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $409.77 | $409.77 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.620 | Priority creditor's name and mailing address<br>**Patient #585** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $33.45 | $33.45 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.621 | Priority creditor's name and mailing address<br>**Patient #586** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $335.00 | $335.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.622 | Priority creditor's name and mailing address<br>**Patient #587** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $0.75 | $0.75 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,214.05 | $1,214.05 |
|---|---|---|---|---|
| | **Patient #588** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

- ■ No
- ☐ Yes

| 2.624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.36 | $146.36 |
|---|---|---|---|---|
| | **Patient #589** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

- ■ No
- ☐ Yes

| 2.625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.55 | $134.55 |
|---|---|---|---|---|
| | **Patient #59** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

- ■ No
- ☐ Yes

| 2.626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|
| | **Patient #590** | *Check all that apply.* | | |

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

- ■ No
- ☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.41 | $73.41 |
|---|---|---|---|---|

**Patient #591**

_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.33 | $17.33 |
|---|---|---|---|---|

**Patient #592**

_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.62 | $33.62 |
|---|---|---|---|---|

**Patient #593**

_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.20 | $114.20 |
|---|---|---|---|---|

**Patient #594**

_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $207.12 | $207.12 |
|---|---|---|---|---|

**Patient #595**

Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

- ■ No
- ☐ Yes

---

| 2.632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.19 | $18.19 |
|---|---|---|---|---|

**Patient #596**

Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

- ■ No
- ☐ Yes

---

| 2.633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $740.97 | $740.97 |
|---|---|---|---|---|

**Patient #597**

Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

- ■ No
- ☐ Yes

---

| 2.634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.25 | $19.25 |
|---|---|---|---|---|

**Patient #598**

Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

- ■ No
- ☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

**2.635** | Priority creditor's name and mailing address
**Patient #599**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$0.34 | $0.34

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.636** | Priority creditor's name and mailing address
**Patient #60**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$151.60 | $151.60

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.637** | Priority creditor's name and mailing address
**Patient #600**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$382.37 | $382.37

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.638** | Priority creditor's name and mailing address
**Patient #601**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$592.30 | $592.30

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $434.63 | $434.63 |
|---|---|---|---|---|

**Patient #602**

Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $437.04 | $437.04 |
|---|---|---|---|---|

**Patient #603**

Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $447.32 | $447.32 |
|---|---|---|---|---|

**Patient #604**

Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.01 | $104.01 |
|---|---|---|---|---|

**Patient #605**

Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|
| | **Patient #606** | *Check all that apply.* | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.24 | $455.24 |
|---|---|---|---|---|
| | **Patient #607** | *Check all that apply.* | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.21 | $78.21 |
|---|---|---|---|---|
| | **Patient #608** | *Check all that apply.* | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.94 | $125.94 |
|---|---|---|---|---|
| | **Patient #609** | *Check all that apply.* | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

---

**2.647** | Priority creditor's name and mailing address

**Patient #61**

As of the petition filing date, the claim is: $75.00     $75.00
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Basis for the claim:
**Patient Refund**

Is the claim subject to offset?

■ No
☐ Yes

---

**2.648** | Priority creditor's name and mailing address

**Patient #610**

As of the petition filing date, the claim is: $115.31     $115.31
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Basis for the claim:
**Patient Refund**

Is the claim subject to offset?

■ No
☐ Yes

---

**2.649** | Priority creditor's name and mailing address

**Patient #611**

As of the petition filing date, the claim is: $20.62     $20.62
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Basis for the claim:
**Patient Refund**

Is the claim subject to offset?

■ No
☐ Yes

---

**2.650** | Priority creditor's name and mailing address

**Patient #612**

As of the petition filing date, the claim is: $91.16     $91.16
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Basis for the claim:
**Patient Refund**

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | Flexogenix Group, Inc. | Case number (if known) | 2:19-bk-12927 |
|---|---|---|---|
| | Name | | |

| 2.651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.45 | $1.45 |
|---|---|---|---|---|

**Patient #613**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $807.37 | $807.37 |
|---|---|---|---|---|

**Patient #614**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.78 | $40.78 |
|---|---|---|---|---|

**Patient #615**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.00 | $32.00 |
|---|---|---|---|---|

**Patient #616**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | Flexogenix Group, Inc. | Case number (if known) | 2:19-bk-12927 |
|---|---|---|---|
| | Name | | |

| 2.655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|

**Patient #617**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.22 | $122.22 |
|---|---|---|---|---|

**Patient #618**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $295.12 | $295.12 |
|---|---|---|---|---|

**Patient #619**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.34 | $4.34 |
|---|---|---|---|---|

**Patient #62**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.659 | Priority creditor's name and mailing address<br>**Patient #620** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $203.52 | $203.52 |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.660 | Priority creditor's name and mailing address<br>**Patient #621** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $233.40 | $233.40 |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.661 | Priority creditor's name and mailing address<br>**Patient #622** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $53.27 | $53.27 |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.662 | Priority creditor's name and mailing address<br>**Patient #623** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $970.00 | $970.00 |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.663 | Priority creditor's name and mailing address<br>**Patient #624** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$19.26** | **$19.26** |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.664 | Priority creditor's name and mailing address<br>**Patient #625** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$17.81** | **$17.81** |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.665 | Priority creditor's name and mailing address<br>**Patient #626** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$178.35** | **$178.35** |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.666 | Priority creditor's name and mailing address<br>**Patient #627** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$16.60** | **$16.60** |
|---|---|---|---|---|

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Patient #628**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $473.00 | $473.00 |
|---|---|---|---|---|

**Patient #629**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.06 | $12.06 |
|---|---|---|---|---|

**Patient #63**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|

**Patient #630**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,400.51 | $1,400.51 |
|---|---|---|---|---|

**Patient #631**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.28 | $134.28 |
|---|---|---|---|---|

**Patient #632**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $383.07 | $383.07 |
|---|---|---|---|---|

**Patient #633**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.47 | $57.47 |
|---|---|---|---|---|

**Patient #634**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.00 | $280.00 |
|---|---|---|---|---|

**Patient #635**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.62 | $144.62 |
|---|---|---|---|---|

**Patient #636**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $234.11 | $234.11 |
|---|---|---|---|---|

**Patient #637**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $348.82 | $348.82 |
|---|---|---|---|---|

**Patient #638**

*Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.00 | $36.00 |
|---|---|---|---|---|

**Patient #639**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $349.00 | $349.00 |
|---|---|---|---|---|

**Patient #64**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $221.49 | $221.49 |
|---|---|---|---|---|

**Patient #640**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.04 | $113.04 |
|---|---|---|---|---|

**Patient #641**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53.52 | $53.52 |
|---|---|---|---|---|

**Patient #642**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $268.82 | $268.82 |
|---|---|---|---|---|

**Patient #643**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74.71 | $74.71 |
|---|---|---|---|---|

**Patient #644**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $443.44 | $443.44 |
|---|---|---|---|---|

**Patient #645**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 | $45.00 |
|---|---|---|---|---|

**Patient #646**

_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $350.00 | $350.00 |
|---|---|---|---|---|

**Patient #647**

_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.50 | $7.50 |
|---|---|---|---|---|

**Patient #648**

_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,371.06 | $1,371.06 |
|---|---|---|---|---|

**Patient #649**

_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.31 | $78.31 |
|---|---|---|---|---|
| | **Patient #65** | *Check all that apply.* | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes |

---

| 2.692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.00 | $140.00 |
|---|---|---|---|---|
| | **Patient #650** | *Check all that apply.* | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes |

---

| 2.693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $126.27 | $126.27 |
|---|---|---|---|---|
| | **Patient #651** | *Check all that apply.* | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes |

---

| 2.694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.20 | $24.20 |
|---|---|---|---|---|
| | **Patient #652** | *Check all that apply.* | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes |

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.88 | $60.88 |
|---|---|---|---|---|

**Patient #653**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $657.05 | $657.05 |
|---|---|---|---|---|

**Patient #654**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $268.92 | $268.92 |
|---|---|---|---|---|

**Patient #655**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $633.84 | $633.84 |
|---|---|---|---|---|

**Patient #656**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|
| | **Patient #657** | Check all that apply. | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Patient Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.74 | $27.74 |
|---|---|---|---|---|
| | **Patient #658** | Check all that apply. | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Patient Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.42 | $97.42 |
|---|---|---|---|---|
| | **Patient #659** | Check all that apply. | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Patient Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|
| | **Patient #66** | Check all that apply. | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Patient Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $292.16 | $292.16 |
|---|---|---|---|---|

**Patient #660**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.39 | $82.39 |
|---|---|---|---|---|

**Patient #661**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.59 | $116.59 |
|---|---|---|---|---|

**Patient #662**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.30 | $85.30 |
|---|---|---|---|---|

**Patient #663**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
| --- | --- | --- | --- |
| | Name | | |

| 2.707 | Priority creditor's name and mailing address<br>**Patient #664** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $30.00 | $30.00 |
| --- | --- | --- | --- | --- |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
| --- | --- |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

| 2.708 | Priority creditor's name and mailing address<br>**Patient #665** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $460.15 | $460.15 |
| --- | --- | --- | --- | --- |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
| --- | --- |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

| 2.709 | Priority creditor's name and mailing address<br>**Patient #666** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $191.22 | $191.22 |
| --- | --- | --- | --- | --- |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
| --- | --- |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

| 2.710 | Priority creditor's name and mailing address<br>**Patient #667** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $25.00 | $25.00 |
| --- | --- | --- | --- | --- |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
| --- | --- |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes |

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.60 | $24.60 |
|---|---|---|---|---|

**Patient #668**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|

**Patient #669**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.30 | $75.30 |
|---|---|---|---|---|

**Patient #67**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.69 | $22.69 |
|---|---|---|---|---|

**Patient #670**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

**2.715** | Priority creditor's name and mailing address

**Patient #671**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$218.46    $218.46

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.716** | Priority creditor's name and mailing address

**Patient #672**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$54.81    $54.81

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.717** | Priority creditor's name and mailing address

**Patient #673**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$234.13    $234.13

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.718** | Priority creditor's name and mailing address

**Patient #674**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$150.00    $150.00

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $129.60 | $129.60 |
|---|---|---|---|---|
| | **Patient #675** | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $59.48 | $59.48 |
|---|---|---|---|---|
| | **Patient #676** | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $80.00 | $80.00 |
|---|---|---|---|---|
| | **Patient #677** | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $13.46 | $13.46 |
|---|---|---|---|---|
| | **Patient #678** | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $581.38 | $581.38 |
|---|---|---|---|---|

**Patient #679**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.724 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $214.08 | $214.08 |
|---|---|---|---|---|

**Patient #68**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.725 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 | $330.00 |
|---|---|---|---|---|

**Patient #680**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.726 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.95 | $60.95 |
|---|---|---|---|---|

**Patient #681**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $549.29 | $549.29 |
|---|---|---|---|---|

**Patient #682**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.77 | $90.77 |
|---|---|---|---|---|

**Patient #683**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.83 | $85.83 |
|---|---|---|---|---|

**Patient #684**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.24 | $63.24 |
|---|---|---|---|---|

**Patient #685**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $318.96 | $318.96 |
|---|---|---|---|---|
| | **Patient #686** | Check all that apply. | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes |

| 2.732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $237.09 | $237.09 |
|---|---|---|---|---|
| | **Patient #687** | Check all that apply. | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes |

| 2.733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.56 | $23.56 |
|---|---|---|---|---|
| | **Patient #688** | Check all that apply. | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes |

| 2.734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.02 | $78.02 |
|---|---|---|---|---|
| | **Patient #689** | Check all that apply. | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes |

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.04 | $66.04 |
|---|---|---|---|---|

**Patient #69**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.30 | $9.30 |
|---|---|---|---|---|

**Patient #690**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.00 | $29.00 |
|---|---|---|---|---|

**Patient #691**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.00 | $9.00 |
|---|---|---|---|---|

**Patient #692**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.34 | $77.34 |
|---|---|---|---|---|
| | **Patient #693** | Check all that apply. | | |

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number          Is the claim subject to offset?

Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
                                         ☐ Yes

---

| 2.740 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $444.05 | $444.05 |
|---|---|---|---|---|
| | **Patient #694** | Check all that apply. | | |

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number          Is the claim subject to offset?

Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
                                         ☐ Yes

---

| 2.741 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $767.79 | $767.79 |
|---|---|---|---|---|
| | **Patient #695** | Check all that apply. | | |

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number          Is the claim subject to offset?

Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
                                         ☐ Yes

---

| 2.742 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.83 | $145.83 |
|---|---|---|---|---|
| | **Patient #696** | Check all that apply. | | |

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number          Is the claim subject to offset?

Specify Code subsection of PRIORITY      ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
                                         ☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.42 | $23.42 |
| | **Patient #697** | *Check all that apply.* | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.78 | $80.78 |
| | **Patient #698** | *Check all that apply.* | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.29 | $5.29 |
| | **Patient #699** | *Check all that apply.* | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $683.26 | $683.26 |
| | **Patient #70** | *Check all that apply.* | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.25 | $112.25 |
|---|---|---|---|---|
| | **Patient #700** | *Check all that apply.* | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.34 | $51.34 |
|---|---|---|---|---|
| | **Patient #701** | *Check all that apply.* | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $265.52 | $265.52 |
|---|---|---|---|---|
| | **Patient #702** | *Check all that apply.* | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.54 | $66.54 |
|---|---|---|---|---|
| | **Patient #703** | *Check all that apply.* | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.51 | $180.51 |
|---|---|---|---|---|

**Patient #704**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.74 | $222.74 |
|---|---|---|---|---|

**Patient #705**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 | $44.00 |
|---|---|---|---|---|

**Patient #706**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.25 | $12.25 |
|---|---|---|---|---|

**Patient #707**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $218.19 | $218.19 |
|---|---|---|---|---|
| | **Patient #708** | *Check all that apply.* | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.45 | $72.45 |
|---|---|---|---|---|
| | **Patient #709** | *Check all that apply.* | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $516.50 | $516.50 |
|---|---|---|---|---|
| | **Patient #71** | *Check all that apply.* | | |

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,125.00 | $1,125.00 |
|---|---|---|---|---|
| | **Patient #710** | *Check all that apply.* | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.90 | $1.90 |
|---|---|---|---|---|

**Patient #711**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.760 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 | $45.00 |
|---|---|---|---|---|

**Patient #712**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.761 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.82 | $85.82 |
|---|---|---|---|---|

**Patient #713**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.762 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.21 | $128.21 |
|---|---|---|---|---|

**Patient #714**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|
| | **Patient #715** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $693.82 | $693.82 |
|---|---|---|---|---|
| | **Patient #716** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.00 | $5.00 |
|---|---|---|---|---|
| | **Patient #717** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.11 | $185.11 |
|---|---|---|---|---|
| | **Patient #718** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

---

**2.767** | Priority creditor's name and mailing address
**Patient #719**

As of the petition filing date, the claim is:     $231.53     $231.53
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.768** | Priority creditor's name and mailing address
**Patient #72**

As of the petition filing date, the claim is:     $17.53     $17.53
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.769** | Priority creditor's name and mailing address
**Patient #720**

As of the petition filing date, the claim is:     $262.44     $262.44
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.770** | Priority creditor's name and mailing address
**Patient #721**

As of the petition filing date, the claim is:     $342.46     $342.46
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $956.15 | $956.15 |

**Patient #722**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.772 | Priority creditor's name and mailing address | | $37.90 | $37.90 |

**Patient #723**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.773 | Priority creditor's name and mailing address | | $1.93 | $1.93 |

**Patient #724**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.774 | Priority creditor's name and mailing address | | $374.99 | $374.99 |

**Patient #725**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $367.30 | $367.30 |
|---|---|---|---|---|

**Patient #726**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.97 | $80.97 |
|---|---|---|---|---|

**Patient #727**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $238.74 | $238.74 |
|---|---|---|---|---|

**Patient #728**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $448.48 | $448.48 |
|---|---|---|---|---|

**Patient #729**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $318.13 | $318.13 |
|---|---|---|---|---|
| | **Patient #73** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.06 | $11.06 |
|---|---|---|---|---|
| | **Patient #730** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.75 | $2.75 |
|---|---|---|---|---|
| | **Patient #731** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.75 | $117.75 |
|---|---|---|---|---|
| | **Patient #732** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.783 | Priority creditor's name and mailing address<br>**Patient #733** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $24.78 | $24.78 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.784 | Priority creditor's name and mailing address<br>**Patient #734** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $130.00 | $130.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.785 | Priority creditor's name and mailing address<br>**Patient #735** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $7.57 | $7.57 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.786 | Priority creditor's name and mailing address<br>**Patient #736** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $40.00 | $40.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Flexogenix Group, Inc.** | | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$112.40** | **$112.40** |
|---|---|---|---|---|
| | **Patient #737** | Check all that apply. | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

| 2.788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$35.74** | **$35.74** |
|---|---|---|---|---|
| | **Patient #738** | Check all that apply. | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

| 2.789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$398.73** | **$398.73** |
|---|---|---|---|---|
| | **Patient #739** | Check all that apply. | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

| 2.790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$81.83** | **$81.83** |
|---|---|---|---|---|
| | **Patient #74** | Check all that apply. | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $792.17 | $792.17 |
|---|---|---|---|---|

**Patient #740**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $217.93 | $217.93 |
|---|---|---|---|---|

**Patient #741**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $241.85 | $241.85 |
|---|---|---|---|---|

**Patient #742**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.45 | $34.45 |
|---|---|---|---|---|

**Patient #743**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Flexogenix Group, Inc.** | | Case number *(if known)* | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $15.00 |
|---|---|---|---|---|

**Patient #744**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.74 | $154.74 |
|---|---|---|---|---|

**Patient #745**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.89 | $73.89 |
|---|---|---|---|---|

**Patient #746**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $192.92 | $192.92 |
|---|---|---|---|---|

**Patient #747**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,157.26 | $1,157.26 |
|---|---|---|---|---|

**Patient #748**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.800 | Priority creditor's name and mailing address | | $44.13 | $44.13 |
|---|---|---|---|---|

**Patient #749**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.801 | Priority creditor's name and mailing address | | $142.75 | $142.75 |
|---|---|---|---|---|

**Patient #75**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.802 | Priority creditor's name and mailing address | | $370.46 | $370.46 |
|---|---|---|---|---|

**Patient #750**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $152.41 | $152.41 |
|---|---|---|---|---|

**Patient #751**

Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.804 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $642.03 | $642.03 |
|---|---|---|---|---|

**Patient #752**

Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.805 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.25 | $29.25 |
|---|---|---|---|---|

**Patient #753**

Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.806 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Patient #754**

Check all that apply.

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $207.22 | $207.22 |
|---|---|---|---|---|
| | **Patient #755** | *Check all that apply.* | | |

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

---

| 2.808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $662.72 | $662.72 |
|---|---|---|---|---|
| | **Patient #756** | *Check all that apply.* | | |

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

---

| 2.809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $996.72 | $996.72 |
|---|---|---|---|---|
| | **Patient #757** | *Check all that apply.* | | |

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

---

| 2.810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|
| | **Patient #758** | *Check all that apply.* | | |

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No |
| | ☐ Yes |

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Patient #759**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.06 | $57.06 |
|---|---|---|---|---|

**Patient #76**

*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $242.53 | $242.53 |
|---|---|---|---|---|

**Patient #760**

*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Patient #761**

*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.815 | Priority creditor's name and mailing address<br>**Patient #762** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $40.00 | $40.00 |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.816 | Priority creditor's name and mailing address<br>**Patient #763** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $248.18 | $248.18 |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.817 | Priority creditor's name and mailing address<br>**Patient #764** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $8.09 | $8.09 |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.818 | Priority creditor's name and mailing address<br>**Patient #765** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $30.00 | $30.00 |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

**2.819** | Priority creditor's name and mailing address

**Patient #766**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$233.13    $233.13

---

**2.820** | Priority creditor's name and mailing address

**Patient #767**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$90.00    $90.00

---

**2.821** | Priority creditor's name and mailing address

**Patient #768**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$299.07    $299.07

---

**2.822** | Priority creditor's name and mailing address

**Patient #769**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$155.66    $155.66

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $295.22 | $295.22 |
| | **Patient #77** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $29.25 | $29.25 |
| | **Patient #770** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $259.75 | $259.75 |
| | **Patient #771** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $102.22 | $102.22 |
| | **Patient #772** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

---

**2.827** | Priority creditor's name and mailing address

**Patient #773**

As of the petition filing date, the claim is: $382.30    $382.30
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.828** | Priority creditor's name and mailing address

**Patient #774**

As of the petition filing date, the claim is: $714.36    $714.36
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.829** | Priority creditor's name and mailing address

**Patient #775**

As of the petition filing date, the claim is: $47.00    $47.00
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

**2.830** | Priority creditor's name and mailing address

**Patient #776**

As of the petition filing date, the claim is: $280.89    $280.89
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

**2.831** | Priority creditor's name and mailing address

**Patient #777**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$28.43    $28.43

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.832** | Priority creditor's name and mailing address

**Patient #778**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$0.04    $0.04

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.833** | Priority creditor's name and mailing address

**Patient #779**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$74.69    $74.69

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.834** | Priority creditor's name and mailing address

**Patient #78**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

$85.76    $85.76

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.95 | $43.95 |
|---|---|---|---|---|

**Patient #780**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.836 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.45 | $2.45 |
|---|---|---|---|---|

**Patient #781**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.837 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.56 | $23.56 |
|---|---|---|---|---|

**Patient #782**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.838 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $332.43 | $332.43 |
|---|---|---|---|---|

**Patient #783**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.63** | **$0.63** |
|---|---|---|---|---|

**Patient #784**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$40.00** | **$40.00** |
|---|---|---|---|---|

**Patient #785**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$220.00** | **$220.00** |
|---|---|---|---|---|

**Patient #786**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$54.93** | **$54.93** |
|---|---|---|---|---|

**Patient #787**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number *(if known)* | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.70 | $60.70 |
|---|---|---|---|---|

**Patient #788**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.844 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.29 | $112.29 |
|---|---|---|---|---|

**Patient #789**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.845 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Patient #79**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.846 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $527.93 | $527.93 |
|---|---|---|---|---|

**Patient #790**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.53 | $128.53 |
|---|---|---|---|---|

**Patient #791**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Patient #792**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**Patient #793**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.76 | $23.76 |
|---|---|---|---|---|

**Patient #794**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

**2.851** Priority creditor's name and mailing address
**Patient #795**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

$30.00    $30.00

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.852** Priority creditor's name and mailing address
**Patient #796**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

$26.87    $26.87

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.853** Priority creditor's name and mailing address
**Patient #797**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

$40.00    $40.00

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.854** Priority creditor's name and mailing address
**Patient #798**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

$349.85    $349.85

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $162.00 | $162.00 |
|---|---|---|---|---|

**Patient #799**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.856 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.05 | $73.05 |
|---|---|---|---|---|

**Patient #80**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.857 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.10 | $116.10 |
|---|---|---|---|---|

**Patient #800**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.858 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.00 | $235.00 |
|---|---|---|---|---|

**Patient #801**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $548.71 | $548.71 |
|---|---|---|---|---|

**Patient #802**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.24 | $225.24 |
|---|---|---|---|---|

**Patient #803**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.98 | $46.98 |
|---|---|---|---|---|

**Patient #804**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |
|---|---|---|---|---|

**Patient #805**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**Patient #806**

_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Patient #807**

_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Patient #808**

_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.66 | $60.66 |
|---|---|---|---|---|

**Patient #809**

_Check all that apply._

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.867 | Priority creditor's name and mailing address **Patient #81** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated ☐ Disputed | $40.00 | $40.00 |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes |

---

| 2.868 | Priority creditor's name and mailing address **Patient #810** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated ☐ Disputed | $254.00 | $254.00 |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes |

---

| 2.869 | Priority creditor's name and mailing address **Patient #811** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated ☐ Disputed | $672.45 | $672.45 |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes |

---

| 2.870 | Priority creditor's name and mailing address **Patient #812** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated ☐ Disputed | $262.56 | $262.56 |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|---|

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes |

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.871 | Priority creditor's name and mailing address **Patient #813** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated ☐ Disputed | $27.02 | $27.02 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim: **Patient Refund**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.872 | Priority creditor's name and mailing address **Patient #814** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated ☐ Disputed | $375.00 | $375.00 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim: **Patient Refund**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.873 | Priority creditor's name and mailing address **Patient #815** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated ☐ Disputed | $143.78 | $143.78 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim: **Patient Refund**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.874 | Priority creditor's name and mailing address **Patient #816** | As of the petition filing date, the claim is: *Check all that apply.* ■ Contingent ■ Unliquidated ☐ Disputed | $837.10 | $837.10 |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim: **Patient Refund**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.39 | $62.39 |
|---|---|---|---|---|

**Patient #817**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.38 | $222.38 |
|---|---|---|---|---|

**Patient #818**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.00 | $15.00 |
|---|---|---|---|---|

**Patient #819**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.00 | $18.00 |
|---|---|---|---|---|

**Patient #82**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**Patient #820**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Patient #821**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.59 | $81.59 |
|---|---|---|---|---|

**Patient #822**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $261.00 | $261.00 |
|---|---|---|---|---|

**Patient #823**

Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.55   $300.55 |
| | **Patient #824** | *Check all that apply.* | |
| | | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Patient Refund** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.884 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $322.52   $322.52 |
| | **Patient #825** | *Check all that apply.* | |
| | | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Patient Refund** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.885 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.47   $89.47 |
| | **Patient #826** | *Check all that apply.* | |
| | | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Patient Refund** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.886 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.35   $184.35 |
| | **Patient #827** | *Check all that apply.* | |
| | | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | | **Patient Refund** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | |
| | | ☐ Yes | |

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.887 | Priority creditor's name and mailing address<br>**Patient #828** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $307.60   $307.60 |
| | | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.888 | Priority creditor's name and mailing address<br>**Patient #829** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $57.13   $57.13 |
| | | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.889 | Priority creditor's name and mailing address<br>**Patient #83** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $150.41   $150.41 |
| | | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.890 | Priority creditor's name and mailing address<br>**Patient #830** | As of the petition filing date, the claim is:<br>*Check all that apply.* | $358.68   $358.68 |
| | | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | |

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.56 | $23.56 |
|---|---|---|---|---|

**Patient #831**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $488.64 | $488.64 |
|---|---|---|---|---|

**Patient #832**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.26 | $390.26 |
|---|---|---|---|---|

**Patient #833**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.82 | $10.82 |
|---|---|---|---|---|

**Patient #834**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $158.50 | $158.50 |
|---|---|---|---|---|

**Patient #835**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $130.00 | $130.00 |
|---|---|---|---|---|

**Patient #836**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $263.55 | $263.55 |
|---|---|---|---|---|

**Patient #837**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.64 | $17.64 |
|---|---|---|---|---|

**Patient #838**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number *(if known)* | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.34 | $34.34 |
|---|---|---|---|---|
| | **Patient #839** | *Check all that apply.* | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| 2.900 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|
| | **Patient #84** | *Check all that apply.* | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| 2.901 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.85 | $86.85 |
|---|---|---|---|---|
| | **Patient #840** | *Check all that apply.* | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| 2.902 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $236.54 | $236.54 |
|---|---|---|---|---|
| | **Patient #841** | *Check all that apply.* | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $334.54 | $334.54 |
|---|---|---|---|---|

**Patient #842**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.904 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.63 | $210.63 |
|---|---|---|---|---|

**Patient #843**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.905 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.53 | $51.53 |
|---|---|---|---|---|

**Patient #844**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.906 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.46 | $108.46 |
|---|---|---|---|---|

**Patient #845**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.00 | $21.00 |
|---|---|---|---|---|

**Patient #846**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $261.00 | $261.00 |
|---|---|---|---|---|

**Patient #847**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $180.00 |
|---|---|---|---|---|

**Patient #848**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| 2.910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Patient #849**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Patient #85**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.912 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|

**Patient #850**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.913 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.23 | $120.23 |
|---|---|---|---|---|

**Patient #851**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.914 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.92 | $230.92 |
|---|---|---|---|---|

**Patient #852**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.49 | $580.49 |
|---|---|---|---|---|
| | **Patient #853** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

- ■ No
- ☐ Yes

| 2.916 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.35 | $166.35 |
|---|---|---|---|---|
| | **Patient #854** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

- ■ No
- ☐ Yes

| 2.917 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.59 | $103.59 |
|---|---|---|---|---|
| | **Patient #855** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

- ■ No
- ☐ Yes

| 2.918 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.40 | $230.40 |
|---|---|---|---|---|
| | **Patient #856** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Patient Refund** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

- ■ No
- ☐ Yes

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.55 | $6.55 |
|---|---|---|---|---|
| | **Patient #857** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.920 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.45 | $125.45 |
|---|---|---|---|---|
| | **Patient #858** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.921 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.18 | $25.18 |
|---|---|---|---|---|
| | **Patient #859** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| 2.922 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $114.12 | $114.12 |
|---|---|---|---|---|
| | **Patient #86** | *Check all that apply.* | | |

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

- ■ No
- ☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$155.00** | **$155.00** |
|---|---|---|---|---|

**Patient #860**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

- ■ No
- ☐ Yes

| 2.924 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$224.18** | **$224.18** |
|---|---|---|---|---|

**Patient #861**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

- ■ No
- ☐ Yes

| 2.925 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$187.38** | **$187.38** |
|---|---|---|---|---|

**Patient #862**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

- ■ No
- ☐ Yes

| 2.926 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$45.00** | **$45.00** |
|---|---|---|---|---|

**Patient #863**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

- ■ No
- ☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $762.59 | $762.59 |
|---|---|---|---|---|

**Patient #864**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.928 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $177.24 | $177.24 |
|---|---|---|---|---|

**Patient #865**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.929 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $219.13 | $219.13 |
|---|---|---|---|---|

**Patient #866**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.930 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.00 | $145.00 |
|---|---|---|---|---|

**Patient #867**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Patient #868**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.00 | $173.00 |
|---|---|---|---|---|

**Patient #869**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.74 | $231.74 |
|---|---|---|---|---|

**Patient #87**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.47 | $76.47 |
|---|---|---|---|---|

**Patient #870**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.935 | Priority creditor's name and mailing address<br>**Patient #871** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $14.56 | $14.56 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.936 | Priority creditor's name and mailing address<br>**Patient #872** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $28.05 | $28.05 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.937 | Priority creditor's name and mailing address<br>**Patient #873** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $60.00 | $60.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.938 | Priority creditor's name and mailing address<br>**Patient #874** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $28.90 | $28.90 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.53 | $112.53 |
|---|---|---|---|---|
| | **Patient #875** | Check all that apply. | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $263.78 | $263.78 |
|---|---|---|---|---|
| | **Patient #876** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.50 | $7.50 |
|---|---|---|---|---|
| | **Patient #877** | Check all that apply. | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.37 | $45.37 |
|---|---|---|---|---|
| | **Patient #878** | Check all that apply. | | |
| | | ■ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Patient Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $175.60 | $175.60 |
|---|---|---|---|---|

**Patient #879**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.78 | $142.78 |
|---|---|---|---|---|

**Patient #88**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.78 | $68.78 |
|---|---|---|---|---|

**Patient #880**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.32 | $330.32 |
|---|---|---|---|---|

**Patient #881**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.947 | Priority creditor's name and mailing address<br>**Patient #882** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $205.85 | $205.85 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.948 | Priority creditor's name and mailing address<br>**Patient #883** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $11.15 | $11.15 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.949 | Priority creditor's name and mailing address<br>**Patient #884** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $258.13 | $258.13 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.950 | Priority creditor's name and mailing address<br>**Patient #885** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | $293.08 | $293.08 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Patient Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.67 | $70.67 |
|---|---|---|---|---|

**Patient #886**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

| 2.952 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.90 | $104.90 |
|---|---|---|---|---|

**Patient #887**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

| 2.953 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.40 | $23.40 |
|---|---|---|---|---|

**Patient #888**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

| 2.954 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.18 | $128.18 |
|---|---|---|---|---|

**Patient #889**

*Check all that apply.*

■ Contingent

■ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $244.68 | $244.68 |
|---|---|---|---|---|

**Patient #89**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.956 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.45 | $103.45 |
|---|---|---|---|---|

**Patient #890**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.957 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $151.60 | $151.60 |
|---|---|---|---|---|

**Patient #891**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.958 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.86 | $145.86 |
|---|---|---|---|---|

**Patient #892**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

---

**2.959** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$209.90** | **$209.90**

**Patient #893**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.960** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$330.00** | **$330.00**

**Patient #894**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.961** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$146.63** | **$146.63**

**Patient #895**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.962** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$600.00** | **$600.00**

**Patient #896**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $651.45 | $651.45 |
|---|---|---|---|---|

**Patient #897**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.964 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.65 | $17.65 |
|---|---|---|---|---|

**Patient #898**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.965 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.86 | $169.86 |
|---|---|---|---|---|

**Patient #899**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.966 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,291.65 | $1,291.65 |
|---|---|---|---|---|

**Patient #90**

Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $423.12 | $423.12 |
|---|---|---|---|---|

**Patient #900**

*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $286.31 | $286.31 |
|---|---|---|---|---|

**Patient #901**

*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.71 | $37.71 |
|---|---|---|---|---|

**Patient #902**

*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.45 | $93.45 |
|---|---|---|---|---|

**Patient #903**

*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.01 | $131.01 |
|---|---|---|---|---|

**Patient #904**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.972 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.21 | $109.21 |
|---|---|---|---|---|

**Patient #905**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.973 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $221.61 | $221.61 |
|---|---|---|---|---|

**Patient #906**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.974 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.00 | $7.00 |
|---|---|---|---|---|

**Patient #907**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Patient Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $336.71 | $336.71 |
|---|---|---|---|---|

**Patient #908**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $257.78 | $257.78 |
|---|---|---|---|---|

**Patient #909**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.63 | $254.63 |
|---|---|---|---|---|

**Patient #91**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.17 | $33.17 |
|---|---|---|---|---|

**Patient #910**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

**Patient Refund**

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.73 | $90.73 |
|---|---|---|---|---|

**Patient #911**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.46 | $72.46 |
|---|---|---|---|---|

**Patient #912**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $203.68 | $203.68 |
|---|---|---|---|---|

**Patient #913**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.27 | $31.27 |
|---|---|---|---|---|

**Patient #914**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.91 | $102.91 |
|---|---|---|---|---|

**Patient #915**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|

**Patient #916**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $337.77 | $337.77 |
|---|---|---|---|---|

**Patient #917**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.14 | $43.14 |
|---|---|---|---|---|

**Patient #918**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.00 | $135.00 |
|---|---|---|---|---|

**Patient #919**

*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.63 | $60.63 |
|---|---|---|---|---|

**Patient #92**

*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.35 | $47.35 |
|---|---|---|---|---|

**Patient #93**

*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.28 | $134.28 |
|---|---|---|---|---|

**Patient #94**

*Check all that apply.*

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.14 | $139.14 |
|---|---|---|---|---|

**Patient #95**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.992 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $416.68 | $416.68 |
|---|---|---|---|---|

**Patient #96**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.993 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $265.00 | $265.00 |
|---|---|---|---|---|

**Patient #97**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.994 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.49 | $20.49 |
|---|---|---|---|---|

**Patient #98**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5.40** | **$5.40** |
|---|---|---|---|---|

**Patient #99**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Patient Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$975.71** | **$975.71** |
|---|---|---|---|---|

**Rebeca N Lopez
4662 Brompton Dr
Greensboro, NC 27407**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$870.40** | **$870.40** |
|---|---|---|---|---|

**Renada Rogers
1417 Camargo Ln
Raleigh, NC 27604**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,422.53** | **$1,422.53** |
|---|---|---|---|---|

**Rene L McClanahan
2030 Old Chapman Drive
Apex, NC 27502**

*Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 2.999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,356.16 | $1,356.16 |
|---|---|---|---|---|

**Samantha Harvey**
**7910 Sunfield Circle Apt 206**
**Raleigh, NC 27617**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1000 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Sean P Whalen**
**4706 Mt Royal Ln**
**Charlotte, NC 28210**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1001 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,010.88 | $3,010.88 |
|---|---|---|---|---|

**Sejal Mankad**
**1000 Corwith Dr**
**Morrisville, NC 27560**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1002 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $817.31 | $817.31 |
|---|---|---|---|---|

**Shannon E Parrott**
**8132 Green Lantern St Apt 103**
**Raleigh, NC 27613**

*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Flexogenix Group, Inc.** | | Case number *(if known)* | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.1003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $828.55 | $828.55 |
|---|---|---|---|---|

**Stacie Marchetti**
**239 Cypress Hill Lane**
**Holly Springs, NC 27540**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1004 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $714.08 | $714.08 |
|---|---|---|---|---|

**Tabitha McRae**
**801 Grentton Pl**
**Apt 2G**
**Browns Summit, NC 27214**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1005 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,078.68 | $1,078.68 |
|---|---|---|---|---|

**Tamara Faucett**
**11800 Battery Pl**
**Charlotte, NC 28273**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.1006 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,441.60 | $1,441.60 |
|---|---|---|---|---|

**Taylor Nicole Walker**
**4113 Grand Manor Ct**
**Apt 403**
**Raleigh, NC 27612**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

| 2.1007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $568.73 | $568.73 |
|---|---|---|---|---|

**Terrez Pugh**
**2126 NE 15th St**
**Oklahoma City, OK 73117**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,905.59 | $12,850.00 |
|---|---|---|---|---|

**Thomas M Howard**
**2754 Lake Waccamaw Trl**
**Apex, NC 27502**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $699.20 | $699.20 |
|---|---|---|---|---|

**Thomas Russell Duncan**
**155 Enwood Drive**
**Charlotte, NC 28214**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $927.59 | $927.59 |
|---|---|---|---|---|

**Tianne Williams**
**6425 Oakley Rd**
**Apt 1601**
**Union City, GA 30291**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.1011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,481.24 | $1,481.24 |

**Tiara S Simmons**
**409 Pinewood Dr**
**Madison, NC 27025**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,471.16 | $1,471.16 |

**Wendy Quarry**
**305 Cottonwood Lane**
**Holly Springs, NC 27540**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,103.40 | $2,103.40 |

**Yajaira R Martinez**
**11450 Albers St**
**North Hollywood, CA 91601**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.1014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,480.77 | $1,480.77 |

**Yao Shan Chen**
**12314 Rose Street**
**Cerritos, CA 90703**

*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 2.1015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,888.47 | $1,888.47 |
|---|---|---|---|---|

**2.1015** Priority creditor's name and mailing address

**Yi Pei Lu**
**18821 Carreta Dr**
**Rowland Heights, CA 91748**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

$1,888.47     $1,888.47

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

---

**2.1016** Priority creditor's name and mailing address

**Zana Devlin**
**8018 Goldenrain Way**
**Raleigh, NC 27612**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

$1,478.96     $1,478.96

Date or dates debt was incurred
**March 2019**

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**4imprint**
**101 Commerce St**
**PO Box 320**
**Oshkosh, WI 54901**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$2,273.20

Date(s) debt was incurred _

Last 4 digits of account number  **3740**

Basis for the claim:  **Promotional Item**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

**8X8, Inc.**
**Dept. 848080**
**Los Angeles, CA 90084-8080**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$3,550.21

Date(s) debt was incurred _

Last 4 digits of account number  **9086**

Basis for the claim:  **Phone System**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

**Accell Orthopedics, Inc**
**PO Box 8702**
**Wilmington, DE 19899**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$23,680.00

Date(s) debt was incurred _

Last 4 digits of account number  **N/A**

Basis for the claim:  **Supplies**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | | Case number *(if known)* | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

---

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$481.99** |
|---|---|---|
| **ADT Security (Cary)**<br>P.O.BOX 371878<br>Pittsburgh, PA 15250-7878 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **5338** | Basis for the claim: **Security System** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36.51** |
|---|---|---|
| **ADT Security (CLT)**<br>P.O.BOX 371878<br>Pittsburgh, PA 15250-7878 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **7974** | Basis for the claim: **Security System** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$166.72** |
|---|---|---|
| **ADT Security (Group)**<br>P.O.BOX 371878<br>Pittsburgh, PA 15250-7878 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **0237** | Basis for the claim: **Security System** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$165.42** |
|---|---|---|
| **ADT Security (LA)**<br>P.O.BOX 371878<br>Pittsburgh, PA 15250-7878 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **0253** | Basis for the claim: **Security System** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$433.44** |
|---|---|---|
| **Alford Leasing Company**<br>P.O. BOX 90755<br>Raleigh, NC 27675 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **F00** | Basis for the claim: **Business Debt** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,447.29** |
|---|---|---|
| **AlterG**<br>48368 Milmont Drive<br>Fremont, CA 94538 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number **N/A** | Basis for the claim: **Equipment** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.10**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,101.55** |
|---|---|---|
| **Amazon**<br>PO BOX 960013<br>ORLANDO, FL 32896-0013 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim: **Credit Card** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Flexogenix Group, Inc.** | Case number *(if known)* | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$666,495.19** |

**American Express**
PO BOX 981535
El Paso, TX 79998-1535

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **1000**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119,198.41** |

**American Express**
PO BOX 981535
El Paso, TX 79998-1535

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **1003**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$111,574.24** |

**American Express**
PO BOX 981535
El Paso, TX 79998-1535

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Iris Whalen credit card used for company expenses**

Last 4 digits of account number  **2001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$83.30** |

**Ampronix**
15 Whatney
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplies**

Last 4 digits of account number  **2502**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,443.21** |

**Anthem Blue Cross**
Po Box 511300
Los Angeles, CA 90051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Employee Health Premium**

Last 4 digits of account number  **H001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,601.96** |

**Aramark**
17044 Montanero Ave Ste 4
Carson, CA 90746

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplies**

Last 4 digits of account number  **8712**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,774.37** |

**Aramark NC**
11800 Statesville Road
Huntersville, NC 28078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplies**

Last 4 digits of account
number  **Multiple account numbers**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Flexogenix Group, Inc. | Case number (if known) | 2:19-bk-12927 |
|---|---|---|---|
| | Name | | |

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $325.00 |
|---|---|---|---|

**Arbimed**
6229 Theall Road
Houston, TX 77066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Inventory System Software**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Argon**
13600 N. Blackwelder Avenue
Oklahoma City, OK 73134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bainbridge Lake Crabtree**
2599 Evans Road
Morrisville, NC 27560

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,975.23 |
|---|---|---|---|

**Bank of America**
PO BOX 982234
El Paso, TX 79998-2234

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **0144**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,217.42 |
|---|---|---|---|

**Besse Medical Supply**
1576 Solutions Ctr
Chicago, IL 60677-1005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account
number  **Multiple account numbers**

Basis for the claim:  **Medical Supply**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,322.00 |
|---|---|---|---|

**Bigleaf networks**
2850 SW Cedar Hills Blvd Suite 130
Beaverton, OR 97005-1354

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **IT Services**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803,700.00 |
|---|---|---|---|

**Bioventus**
P.O. Box 732823
Dallas, TX 75373-2823

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplies**

Last 4 digits of account number  **1636**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Flexogenix Group, Inc. | Case number (if known) | 2:19-bk-12927 |
|---|---|---|---|
| | Name | | |

---

**3.25**

**Nonpriority creditor's name and mailing address**
**BizFilings**
**8020 Excelsior Drive**
**Suite 200**
**Madison, WI 53717**

Date(s) debt was incurred  _
Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$199.00**

---

**3.26**

**Nonpriority creditor's name and mailing address**
**Bizmatics, Inc.**
**4010 Moorpark Ave., # 222**
**San Jose, CA 95117**

Date(s) debt was incurred  _
Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,599.00**

---

**3.27**

**Nonpriority creditor's name and mailing address**
**Bluevine**
**401 Warren Street**
**Redwood City, CA 94063**

Date(s) debt was incurred  _
Last 4 digits of account number  **9118**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$19,485.00**

---

**3.28**

**Nonpriority creditor's name and mailing address**
**Canon Financial Service, Inc.**
**14904 Collections Center Drive**
**Chicago, IL 60693-0149**

Date(s) debt was incurred  _
Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Copier lease**

Is the claim subject to offset? ■ No ☐ Yes

**$1,325.42**

---

**3.29**

**Nonpriority creditor's name and mailing address**
**Capital Waste Solutions, LLC**
**6120 S. Yale Avenue, Suite 1250**
**Tulsa, OK 74136**

Date(s) debt was incurred  _
Last 4 digits of account number  **31HO**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical waste disposal**

Is the claim subject to offset? ■ No ☐ Yes

**$78.00**

---

**3.30**

**Nonpriority creditor's name and mailing address**
**Capitol Cleaning OKC LP**
**11625 N. Santa Fe, Suite A**
**Oklahoma City, OK 73114**

Date(s) debt was incurred  _
Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cleaning services**

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

**3.31**

**Nonpriority creditor's name and mailing address**
**Carolina BioMedical Disposal, LLC**
**PO BOX 65047**
**BALTIMORE, MD 21264-5047**

Date(s) debt was incurred  _
Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical waste disposal**

Is the claim subject to offset? ■ No ☐ Yes

**$539.96**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address

**Chase Freedom**
**Card Services**
**PO BOX 15298**
**Wilmington, DE 19850**

Date(s) debt was incurred _

Last 4 digits of account number  **0369**

As of the petition filing date, the claim is: *Check all that apply.*                    **$29,141.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Iris Whalen credit card used for company expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address

**Chase Ink**
**Card Services**
**PO BOX 15298**
**Wilmington, DE 19850**

Date(s) debt was incurred _

Last 4 digits of account number  **3121**

As of the petition filing date, the claim is: *Check all that apply.*                    **$64,010.37**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address

**Chase Sapphire**
**Card Services**
**PO BOX 15298**
**Wilmington, DE 19850**

Date(s) debt was incurred _

Last 4 digits of account number  **5233**

As of the petition filing date, the claim is: *Check all that apply.*                    **$74,603.52**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Iris Whalen credit card used for company expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address

**Chase Slate**
**Card Services**
**PO BOX 15298**
**Wilmington, DE 19850**

Date(s) debt was incurred _

Last 4 digits of account number  **7217**

As of the petition filing date, the claim is: *Check all that apply.*                    **$17,503.05**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Iris Whalen credit card used for company expenses**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address

**CISLO&THOMAS LLP**
**12100 Wilshire Blvd Suite 1700**
**Los Angeles, CA 90025-7103**

Date(s) debt was incurred _

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*                    **$3,720.25**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address

**Citibank**
**PO BOX 6500**
**Sioux Falls, SD 57117-6500**

Date(s) debt was incurred _

Last 4 digits of account number  **1299**

As of the petition filing date, the claim is: *Check all that apply.*                    **$19,737.30**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address

**City of Los Angeles False Alarms**
**P.O. Box 30879**
**Los Angeles, CA 90030-0879**

Date(s) debt was incurred _

Last 4 digits of account number  **6110**

As of the petition filing date, the claim is: *Check all that apply.*                    **$266.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **License fee**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Flexogenix Group, Inc. | Case number (if known) | 2:19-bk-12927 |
|---|---|---|---|
| | Name | | |

---

**3.39**

**Nonpriority creditor's name and mailing address**
Clark Trevithick
800 Wilshire Blvd 12th Floor
Los Angeles, CA 90017

Date(s) debt was incurred _

Last 4 digits of account number  **4001**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$52,287.61**

---

**3.40**

**Nonpriority creditor's name and mailing address**
CMGAtlantaTV
P.O. Box 809036
Chicago, IL 60680-9036

Date(s) debt was incurred _

Last 4 digits of account number  **Flexogenix**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

**$61,150.00**

---

**3.41**

**Nonpriority creditor's name and mailing address**
COECO OF RALEIGH
P.O. BOX 790448
ST. LOUIS, MO 63179-0448

Date(s) debt was incurred _

Last 4 digits of account number  **4235**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Copier lease**

Is the claim subject to offset? ■ No ☐ Yes

**$934.86**

---

**3.42**

**Nonpriority creditor's name and mailing address**
COX business
PO BOX 248851
Oklahoma City, OK 73124-8851

Date(s) debt was incurred _

Last 4 digits of account number  **9301**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Internet**

Is the claim subject to offset? ■ No ☐ Yes

**$345.85**

---

**3.43**

**Nonpriority creditor's name and mailing address**
Cox Health Marketing
Cox Enterprises, Inc.
PO Box 809036
Chicago, IL 60680-9036

Date(s) debt was incurred _

Last 4 digits of account number  **N/A**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

**$80,745.75**

---

**3.44**

**Nonpriority creditor's name and mailing address**
De Forest & Associates, Inc
1145 Artesia Boulevard, #203
Manhattan Beach, CA 90266

Date(s) debt was incurred _

Last 4 digits of account number  **N/A**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$11,250.00**

---

**3.45**

**Nonpriority creditor's name and mailing address**
Dell Financial Services
P.O. Box 5292
Carol Stream, IL 60197-5292

Date(s) debt was incurred _

Last 4 digits of account number  **4933**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Computer lease**

Is the claim subject to offset? ■ No ☐ Yes

**$490.72**

---

| Debtor | Flexogenix Group, Inc. | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,750.00** |
|---|---|---|---|

**Diagnostic Physics Inc**
**P.O. Box 49587**
**Charlotte, NC 28277**

Date(s) debt was incurred _

Last 4 digits of account number **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,814.44** |
|---|---|---|---|

**DJO, LLC**
**PO BOX 650777**
**Dallas, TX 75265**

Date(s) debt was incurred _

Last 4 digits of account number **0452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,100.00** |
|---|---|---|---|

**Elite2 LLC**
**5 Saratoga Dr**
**Collegeville, PA 19426**

Date(s) debt was incurred _

Last 4 digits of account number **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$450.00** |
|---|---|---|---|

**EXCEL ERROR FIX, LLC**
**2312 Winthrop Ave**
**Charlotte, NC 28203**

Date(s) debt was incurred _

Last 4 digits of account number **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$916.02** |
|---|---|---|---|

**Fedex**
**P.O. Box 7221**
**Pasadena, CA 91109-7321**

Date(s) debt was incurred _

Last 4 digits of account
number **Multiple account numbers**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$891,150.00** |
|---|---|---|---|

**Fidia**
**PO Box 10341**
**Uniondale, NY 11555-5351**

Date(s) debt was incurred _

Last 4 digits of account
number **Multiple account numbers**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Flagship Cary, LLC**
**2701 Coltsgate Road, Suite 300**
**Charlotte, NC 28211**

Date(s) debt was incurred _

Last 4 digits of account number **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Rent**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Flexogenix Group, Inc. | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,366.49** |
|---|---|---|---|

**GE Healthcare**
**P.O. BOX 640200**
**Pittsburgh, PA 15264-0200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplies**

Last 4 digits of account
number  **Multiple account numbers**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$263,553.00** |
|---|---|---|---|

**Genzyme Corporation**
**62665 Collections Center Drive**
**Chicago, IL 60693-0626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplies**

Last 4 digits of account
number  **Multiple account numbers**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**George Place**
**4706 Mount Royal Lane**
**Charlotte, NC 28210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Golden Triangle #6-Avery, LLC**
**PO BOX 2439**
**Matthews, NC 28106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,984.45** |
|---|---|---|---|

**HENDRIX BUSINESS SYSTEMS, INC.**
**2040A INDEPENDENCE COMMERCE DR**
**MATTHEWS, NC 28105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Copier service**

Last 4 digits of account number  **FP07**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,813.00** |
|---|---|---|---|

**Henry Schein**
**PO Box 7156**
**Pasadena, CA 91109-7156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplies**

Last 4 digits of account
number  **Multiple account numbers**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,077.42** |
|---|---|---|---|

**HOLOGIC CAPITAL**
**PO BOX 41602**
**PHILADELPHIA, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equipment rental**

Last 4 digits of account number  **8969**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Flexogenix Group, Inc. | Case number (if known) | 2:19-bk-12927 |
|---|---|---|---|
| | Name | | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,680.99 |
|---|---|---|---|

**Hologic, Inc**
**24506 Network Pl**
**Chicago, IL 60673-1245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equipment maintenance**

Last 4 digits of account number  **8348**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,427.10 |
|---|---|---|---|

**HPE Financial Services**
**Lockbox# 402582**
**Bank of America**
**8000 Feldwood Road**
**College Park, GA 30349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Computer lease**

Last 4 digits of account number  **7095**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $189.23 |
|---|---|---|---|

**Imperial**
**P.O. BOX 150040**
**Tulsa, OK 74115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **8759**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,111.77 |
|---|---|---|---|

**Iris Whalen**
**4706 Mt. Royal Lane**
**Charlotte, NC 28210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Money loaned**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42.92 |
|---|---|---|---|

**Iron Mountain**
**1000 Campos Dr**
**Collegeville, PA 19426**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Services**

Last 4 digits of account number  **5RTS**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $224,634.84 |
|---|---|---|---|

**J&J Healthcare Systems, Inc**
**5972 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account
number  **Multiple account numbers**

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $925.00 |
|---|---|---|---|

**JANI-KING OF RALEIGH/DURHAM**
**801 JONES FRANKLIN RD. STE 230**
**RALEIGH, NC 27606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Cleaning services**

Last 4 digits of account number  **9002**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$370.00** |
|---|---|---|---|
| | **Jasmin Battle** | ☐ Contingent | |
| | **1104 Hawthorne Drive** | ☐ Unliquidated | |
| | **Oklahoma City, OK 73110** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,545.50** |
|---|---|---|---|
| | **K&L Gates LLP** | ☐ Contingent | |
| | **P.O. BOX 844255** | ☐ Unliquidated | |
| | **Boston, MA 02284-4255** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services** | |
| | Last 4 digits of account number  **4692** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$84,715.25** |
|---|---|---|---|
| | **KWTV-TV** | ☐ Contingent | |
| | **PO BOX 960042** | ☐ Unliquidated | |
| | **Oklahoma City, OK 73196** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Advertising** | |
| | Last 4 digits of account number  **N/A** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$310.00** |
|---|---|---|---|
| | **Manning Fulton** | ☐ Contingent | |
| | **3605 Glenwood Ave., Suite 500** | ☐ Unliquidated | |
| | **Raleigh, NC 27612** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Services** | |
| | Last 4 digits of account number  **6434** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,615.89** |
|---|---|---|---|
| | **Maple One Partners, LLC** | ☐ Contingent | |
| | **309 Gallimore Dairy Road, Suite 102** | ☐ Unliquidated | |
| | **Greensboro, NC 27409** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Rent** | |
| | Last 4 digits of account number  **N/A** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,528.81** |
|---|---|---|---|
| | **Matrix** | ☐ Contingent | |
| | **PO BOX 601771** | ☐ Unliquidated | |
| | **Charlotte, NC 28260-1771** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **IT Service** | |
| | Last 4 digits of account number  **9888** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,005.17** |
|---|---|---|---|
| | **Mayflower Transit, LLC** | ☐ Contingent | |
| | **22262 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1222** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Business Debt** | |
| | Last 4 digits of account number  **N/A** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Flexogenix Group, Inc. | | Case number (if known) | 2:19-bk-12927 |
|---|---|---|---|---|
| | Name | | | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,894.23 |
|---|---|---|---|
| | **McKesson Medical Surgical**<br>**PO BOX 660266**<br>**Dallas, TX 75266-0266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Supplies__ | |
| | Last 4 digits of account<br>number  **Multiple account numbers** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|
| | **Medasend Biomedical Inc**<br>**11258 Monarch St**<br>**Garden Grove, CA 92841** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Business services__ | |
| | Last 4 digits of account number  **N/A** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,683.80 |
|---|---|---|---|
| | **MRC**<br>**PO BOX 843760**<br>**Los Angeles, CA 90084-3760** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __IT Service__ | |
| | Last 4 digits of account number  **6501** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,358.67 |
|---|---|---|---|
| | **NCMIC**<br>**PO BOX 4866**<br>**Des Moines, IA 50305** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Equipment Lease__ | |
| | Last 4 digits of account number  **3456** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,346.00 |
|---|---|---|---|
| | **News & Record**<br>**PO BOX 26983**<br>**Richmond, VA 23261-6983** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Advertising__ | |
| | Last 4 digits of account number  **8016** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.20 |
|---|---|---|---|
| | **OG&E**<br>**PO BOX 24900**<br>**Oklahoma City, OK 73124-0990** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Utility__ | |
| | Last 4 digits of account number  **9037** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,125.00 |
|---|---|---|---|
| | **Organogenesis, Inc.**<br>**DEPT 2542**<br>**PO BOX 122542**<br>**Dallas, TX 75312-2542** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Supplies__ | |
| | Last 4 digits of account number  **1415** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Flexogenix Group, Inc. | Case number (if known) | 2:19-bk-12927 |
|---|---|---|---|
| | Name | | |

---

**3.81**

**Nonpriority creditor's name and mailing address**
**Ossur Americas Inc.**
**PO BOX 842265**
**Boston, MA 02284-2265**

Date(s) debt was incurred _

Last 4 digits of account number  **7364**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplies**

Is the claim subject to offset? ■ No ☐ Yes

**$204,974.38**

---

**3.82**

**Nonpriority creditor's name and mailing address**
**Packard Commercial LLC**
**1526 S. Broadway**
**Los Angeles, CA 90015**

Date(s) debt was incurred _

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No ☐ Yes

**$33,421.47**

---

**3.83**

**Nonpriority creditor's name and mailing address**
**Physician Solutions, Inc**
**PO Box 98313**
**Raleigh, NC 27624**

Date(s) debt was incurred _

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Physician Services**

Is the claim subject to offset? ■ No ☐ Yes

**$38,419.88**

---

**3.84**

**Nonpriority creditor's name and mailing address**
**Piedmont Natural Gas**
**PO BOX 660920**
**Dallas, TX 75266-0920**

Date(s) debt was incurred _

Last 4 digits of account number  **1001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utility**

Is the claim subject to offset? ■ No ☐ Yes

**$99.86**

---

**3.85**

**Nonpriority creditor's name and mailing address**
**Pitney Bowes**
**PO Box 371874**
**Pittsburgh, PA 15250-7874**

Date(s) debt was incurred _

Last 4 digits of account
number  **Multiple account numbers**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Postage**

Is the claim subject to offset? ■ No ☐ Yes

**$2,830.72**

---

**3.86**

**Nonpriority creditor's name and mailing address**
**Registered Agent Solutions, Inc.**
**1701 Directors Blvd., Suite 300**
**Austin, TX 78744**

Date(s) debt was incurred _

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Registered Agent Representation**

Is the claim subject to offset? ■ No ☐ Yes

**$165.00**

---

**3.87**

**Nonpriority creditor's name and mailing address**
**Ren Scott Creative**
**9004 Brittany Way**
**Tampa, FL 33619**

Date(s) debt was incurred _

Last 4 digits of account number  **N/A**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

**$31,802.86**

---

| Debtor | Flexogenix Group, Inc. | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,236.73**

**Sandy Springs Gateway Owner, LLC**
PO BOX 392643
**Pittsburgh, PA 15251**

Date(s) debt was incurred _
Last 4 digits of account number __N/A__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Rent__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.99**

**Sandy Springs Locksmith**
PO Box 392643
**Pittsburgh, PA 15251-9600**

Date(s) debt was incurred _
Last 4 digits of account number __N/A__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business Debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$237,746.29**

**Sean P Whalen**
**4706 Mt. Royal Lane**
**Charlotte, NC 28210**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Money loaned__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$146,494.00**

**Sensis, Inc.**
**818 S. Broadway, Suite 1100**
**Los Angeles, CA 90014**

Date(s) debt was incurred __2018__
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Marketing services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45.00**

**Shred Ace, Inc**
PO Box 15519
**Durham, NC 27704**

Date(s) debt was incurred _
Last 4 digits of account number __N/A__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,031.92**

**Shred-it**
**28883 NETWORK PLACE**
**CHICAGO, IL 60673-1288**

Date(s) debt was incurred _
Last 4 digits of account number __Multiple account numbers__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$570.13**

**Smart Business System**
**4807 Melrose Ave**
**Los Angeles, CA 90029**

Date(s) debt was incurred _
Last 4 digits of account number __Flexog__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Copier__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Flexogenix Group, Inc. | | Case number (if known) | 2:19-bk-12927 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,451.75** |
|---|---|---|---|

**Smith Anderson Blount Dorsett Mitchell & Jernigan**
PO Box 2611
Raleigh, NC 27602

Date(s) debt was incurred _

Last 4 digits of account number  **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,431.00** |
|---|---|---|---|

**Stanford Dosimetry LA**
1204 Raymond St
Bellingham, WA 90014

Date(s) debt was incurred _

Last 4 digits of account number  **2927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,644.08** |
|---|---|---|---|

**Staples Advantage**
**Dept LA**
PO Box 83689
Chicago, IL 60696-3689

Date(s) debt was incurred _

Last 4 digits of account number  **5354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Office Supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,288.09** |
|---|---|---|---|

**Stericycle**
P.O.BOX 6578
Carol Stream, IL 60197-6578

Date(s) debt was incurred _

Last 4 digits of account number  **1688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Medical waste disposal**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Stratus Video , LLC**
PO BOX 674954
DETROIT, MI 48267-4954

Date(s) debt was incurred _

Last 4 digits of account number  **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$126.60** |
|---|---|---|---|

**Techonology Unlimited Inc**
P.O. Box 721548
Oklahoma City, OK 73172-1548

Date(s) debt was incurred _

Last 4 digits of account number  **N/A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,933.96** |
|---|---|---|---|

**The Charlotte Observer**
PO BOX 3026
Livonia, MI 48151

Date(s) debt was incurred _

Last 4 digits of account number  **9165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,212.00**

**The News & Observer**
**215 S. McDowell St**
**Raleigh, NC 27601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Advertising**

Last 4 digits of account number  **2235**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$555.00**

**TOG Langer Biomechanics Cary**
**160 Markland St**
**Markham, ON L6C 0C6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplies**

Last 4 digits of account number  **5641**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$742.00**

**TOG Langer Biomechanics CLT**
**160 Markland St**
**Markham, ON L6C 0C6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplies**

Last 4 digits of account number  **5790**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25.00**

**TOG Langer Biomechanics LA**
**160 Markland St**
**Markham, ON L6C 0C6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Supplies**

Last 4 digits of account number  **6291**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Tower Lakes, LLC**
**9120 N. Kelly Avenue**
**Oklahoma City, OK 73131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rent**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$214.20**

**United Pet Care LLC**
**24361 El Toro Rd., Ste. 255**
**Laguna Woods, CA 92637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance (Employee Benefits)**

Last 4 digits of account number  **1352**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$693.00**

**V-Corp Contracting Services, Inc.**
**1198 N Knollwood Cir**
**Anaheim, CA 92801-1307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business Debt**

Last 4 digits of account number  **N/A**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com |

| Debtor | **Flexogenix Group, Inc.** | | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|---|
| | Name | | | |

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

**Valpak of the Triad**
**PO BOX 936531**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number   **N/A**

Basis for the claim:   **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$526.53**

**Wayfair Supply**
**4 Copley Place, Floor 7**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number   **N/A**

Basis for the claim:   **Business Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,641.25**

**Wcnc-Tv, Inc.**
**1001 Woodrdg Ctr Dr**
**Charlotte, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number   **4214**

Basis for the claim:   **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,650.00**

**WFMY**
**PO BOX 637386**
**Cincinnati, OH 45263-7286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number   **4214**

Basis for the claim:   **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74,810.00**

**WNCN**
**33096 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number   **N/A**

Basis for the claim:   **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71,563.83**

**WSB-TV**
**Cox Enterprises, Inc.**
**PO BOX 809036**
**Chicago, IL 60680-9036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number   **220D**

Basis for the claim:   **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,450.00**

**WSOC-TV**
**PO BOX 809229**
**Chicago, IL 60680-9229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number   **220D**

Basis for the claim:   **Advertising**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

---

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bluevine**<br>**830 3rd Street**<br>**Gretna, LA 70053** | Line **3.27**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Bluevine**<br>**111 Town Square Place**<br>**Jersey City, NJ 07310** | Line **3.27**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **The News & Observer**<br>**PO BOX 3022**<br>**Livonia, MI 48151** | Line **3.102**<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **1,427,368.27** |
| 5b. Total claims from Part 2 | 5b. + | $ | **5,042,299.03** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **6,469,667.30** |

**Fill in this information to identify the case:**

Debtor name __**Flexogenix Group, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES
DIVISION__

Case number (if known) __**2:19-bk-12927**__

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of apartment located 2599 Evans Road, #119, Morrisville, NC 27560**<br>**1 Month** | |
| | | **Bainbridge NC Management, LLC**<br>**2599 Evans Road**<br>**Morrisville, NC 27560** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Auto lease of 2019 Maserati Levante, approx 1,000 miles**<br><br>**2 years, 6 months** | |
| | | **Chase Auto**<br>**PO BOX 901076**<br>**Fort Worth, TX 76101-2076** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of apartment located at 13600 N. Blackwelder Avenue, #449, Oklahoma City, OK 73134**<br>**8 Months** | |
| | | **CN Chisholm Creek, LP**<br>**13600 N. Blackwelder Avenue**<br>**Oklahoma City, OK 73120** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of commercial space located at 400 Ashville Avenue, Suite 330, Cary, NC 27518**<br>**2 years 5 months** | |
| | | **Flagship Cary, LLC**<br>**2701 Coltsgate Road, Suite 300**<br>**Charlotte, NC 28211** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor 1 | **Flexogenix Group, Inc.** | | | Case number (*if known*) | **2:19-bk-12927** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of apartment located at 4706 Mt. Royal Lane, Charlotte, NC 28210** | |
|---|---|---|---|
| | State the term remaining | **1 Month** | |
| | List the contract number of any government contract | | **George Place**<br>**4445 Northside Parkway NW #286**<br>**Atlanta, GA 30327** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of commercial space located at 6836 Morrison Blvd., Suite 101, Charlotte, NC 28211** | |
|---|---|---|---|
| | State the term remaining | **4 years** | |
| | List the contract number of any government contract | | **Golden Triangle #6-Avery, LLC**<br>**c/o Levine Properties**<br>**8514 McAlpine Park Drive, Suite 190**<br>**Charlotte, NC 28211** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of commercial space currently under construction located at 1100 Kildaire Park Drive, Cary, NC 27518** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Healthpark at Kildaire MOB II, LLC**<br>**Attn: Jay Johnson, Manager**<br>**1436 Ridge Road**<br>**Raleigh, NC 27607** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement for HP computers and laptops at Charlotte, NC, Cary, NC, and Atlanta, GA locations** | |
|---|---|---|---|
| | State the term remaining | **1 year, 2 months** | |
| | List the contract number of any government contract | | **Hewlett-Packard Financial Services Company**<br>**200 Connell Drive, Suite 5000**<br>**Berkeley Heights, NJ 07922** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement for HP computers and laptop at Los Angeles, CA, Charlotte, NC, and Cary, NC locations** | |
|---|---|---|---|
| | State the term remaining | **2 years, 3 months** | |
| | List the contract number of any government contract | | **Hewlett-Packard Financial Services Company**<br>**200 Connell Drive, Suite 5000**<br>**Berkeley Heights, NJ 07922** |

| Debtor 1 | **Flexogenix Group, Inc.** | | | Case number *(if known)* | **2:19-bk-12927** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement for three (3) Hologic Insight 2 Surgical Mini C-Arm Fluoroscopic systems located at Oklahoma City, OK, Greensboro, NC, and Charlotte, NC locations** | |
|---|---|---|---|
| | State the term remaining | **2 years, 2 month** | **HOLOGIC CAPITAL PO BOX 41602 PHILADELPHIA, PA 19101-1602** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement for one (1) Hologic Insight 2 Surgical Mini C-Arm Fluoroscopic systems located at Charlotte, NC location** | |
|---|---|---|---|
| | State the term remaining | **2 years, 2 month** | **HOLOGIC CAPITAL PO BOX 41602 PHILADELPHIA, PA 19101-1602** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement for two (2) Hologic Insight 2 Surgical Mini C-Arm Fluoroscopic systems located at Greensboro, NC location** | |
|---|---|---|---|
| | State the term remaining | **2 years, 3 months** | **HOLOGIC CAPITAL PO BOX 41602 PHILADELPHIA, PA 19101-1602** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease agreement for three (3) Hologic Insight 2 Surgical Mini C-Arm Fluoroscopic systems located at Atlanta, GA location** | |
|---|---|---|---|
| | State the term remaining | **3 years, 3 months** | **HOLOGIC CAPITAL PO BOX 41602 PHILADELPHIA, PA 19101-1602** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Auto Lease 2019 Kia Sorrento Approx. 5,000 miles** | |
|---|---|---|---|
| | State the term remaining | **2 years, 7 months** | **Kia Motors Finance PO BOX 20825 Fountain Valley, CA 92728-0825** |
| | List the contract number of any | | |

| Debtor 1 | **Flexogenix Group, Inc.** | | Case number *(if known)* | **2:19-bk-12927** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **License agreement with L.A. Arena Funding for 2 Premier Seat season tickets at Staples Center** | |
|---|---|---|---|
| | State the term remaining | **3 years, 6 months** | |
| | List the contract number of any government contract | | **L.A. Arena Company, LLC**<br>**1111 S. Figueroa St., Suite 3100**<br>**Los Angeles, CA 90015** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of commercial space located at 1414 Yanceyville Street, Suite 200, Greensboro, NC 27405** | |
|---|---|---|---|
| | State the term remaining | **4 years 3 months** | |
| | List the contract number of any government contract | | **Maple One Partners, LLC**<br>**c/o Samet Properties, LLC**<br>**309 Gallimore Dairy Road, Suite 102**<br>**Greensboro, NC 27409** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Auto Lease**<br>**2018 Mercedes C300**<br>**Approx. 6,000 miles** | |
|---|---|---|---|
| | State the term remaining | **3 years, 10 months** | |
| | List the contract number of any government contract | | **Mercedes-Benz Financial Services**<br>**PO BOX 685**<br>**Roanoke, TX 76262** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Financing Agreement for 1 Dicom Portable Ultrasound located at Atlanta Clinic** | |
|---|---|---|---|
| | State the term remaining | **1 year, 10 months** | |
| | List the contract number of any government contract | | **NCMIC Finance Corporation**<br>**14001 University Avenue**<br>**Clive, IA 50325** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Financing agreement for funds to purchase gym equipment for Charlotte location** | |
|---|---|---|---|
| | State the term remaining | **2 years, 2 months** | |
| | List the contract number of any government contract | | **NCMIC Finance Corporation**<br>**14001 University Avenue**<br>**Clive, IA 50325** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Flexogenix Group, Inc.** | | | Case number *(if known)* | **2:19-bk-12927** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of commercial space located at 1000 S. Hope Street, Suite 101, Los Angeles, CA 90015** | |
|---|---|---|---|
| | State the term remaining | **2 years 6 months** | **Packard Commercial LLC** |
| | List the contract number of any government contract | | **1526 S. Broadway**<br>**Los Angeles, CA 90015** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of commercial space located at 1000 S. Hope Street, Suite 103, Los Angeles, CA 90015** | |
|---|---|---|---|
| | State the term remaining | **2 years 6 months** | **Packard Commercial LLC** |
| | List the contract number of any government contract | | **1526 S. Broadway**<br>**Los Angeles, CA 90015** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of commercial space located at 4600 Roswell Road, Unit E210, Atlanta, GA 30342** | |
|---|---|---|---|
| | State the term remaining | **5 years 11 months** | **Sandy Springs Gateway Owner, LLC**<br>**c/o Core Property Mgmt, LLC** |
| | List the contract number of any government contract | | **410 Peachtree Parkway, Suite 4165**<br>**Cumming, GA 30041** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Master service agreement for marketing services** | |
|---|---|---|---|
| | State the term remaining | | **Sensis, Inc.** |
| | List the contract number of any government contract | | **818 S. Broadway, Suite 1100**<br>**Los Angeles, CA 90014** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of commercial space located at 9300 N. Kelley Avenue, Oklahoma City, OK 73131** | |
|---|---|---|---|
| | State the term remaining | **9 years 6 months** | **Tower Lakes LLC** |
| | List the contract number of any government contract | | **9120 N. Kelley Avenue, Suite 100**<br>**Oklahoma City, OK 73131** |

**Fill in this information to identify the case:**

Debtor name    **Flexogenix Group, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)    **2:19-bk-12927**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

   **1. Do you have any codebtors?**

     ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

     ■ Yes

   **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**          *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Iris Whalen** | **4706 Mt. Royal Lane**<br>**Charlotte, NC 28210** | **Business Merchant Funding** | ■ D   **2.1**<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Iris Whalen** | **4706 Mt. Royal Lane**<br>**Charlotte, NC 28210** | **Complete Business Solutions Group,** | ■ D   **2.2**<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **Iris Whalen** | **4706 Mt. Royal Lane**<br>**Charlotte, NC 28210** | **Franklin Funding Group, LLC** | ■ D   **2.7**<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **Iris Whalen** | **4706 Mt. Royal Lane**<br>**Charlotte, NC 28210** | **In Advance Capital, LLC** | ■ D   **2.9**<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | **Iris Whalen** | **4706 Mt. Royal Lane**<br>**Charlotte, NC 28210** | **Influx Capital LLC** | ■ D   **2.10**<br>☐ E/F ____<br>☐ G ____ |

| Debtor | Flexogenix Group, Inc. | Case number *(if known)* | 2:19-bk-12927 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Iris Whalen | 4706 Mt. Royal Lane<br>Charlotte, NC 28210 | Yes Capital Group,<br>LLC | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Iris Whalen | 4706 Mt. Royal Lane<br>Charlotte, NC 28210 | Complete Business<br>Solutions Group, | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Iris Whalen | 4706 Mt. Royal Lane<br>Charlotte, NC 28210 | Complete Business<br>Solutions Group, | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Iris Whalen | 4706 Mt. Royal Lane<br>Charlotte, NC 28210 | Complete Business<br>Solutions Group, | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Iris Whalen | 4706 Mt. Royal Lane<br>Charlotte, NC 28210 | Complete Business<br>Solutions Group, | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Iris Whalen | 4706 Mt. Royal Lane<br>Charlotte, NC 28210 | Franklin Funding<br>Group, LLC | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Sean P. Whalen | 4706 Mt. Royal Lane<br>Charlotte, NC 28210 | Business Merchant<br>Funding | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Sean P. Whalen | 4706 Mt. Royal Lane<br>Charlotte, NC 28210 | Complete Business<br>Solutions Group, | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Flexogenix Group, Inc. | Case number *(if known)* | **2:19-bk-12927** |
|---|---|---|---|

**■** **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Sean P. Whalen** | **4706 Mt. Royal Lane**<br>**Charlotte, NC 28210** | **Franklin Funding Group, LLC** | **■** D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.15 | **Sean P. Whalen** | **4706 Mt. Royal Lane**<br>**Charlotte, NC 28210** | **In Advance Capital, LLC** | **■** D __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.16 | **Sean P. Whalen** | **4706 Mt. Royal Lane**<br>**Charlotte, NC 28210** | **Influx Capital LLC** | **■** D __2.10__<br>☐ E/F ____<br>☐ G ____ |
| 2.17 | **Sean P. Whalen** | **4706 Mt. Royal Lane**<br>**Charlotte, NC 28210** | **Yes Capital Group, LLC** | **■** D __2.11__<br>☐ E/F ____<br>☐ G ____ |
| 2.18 | **Sean P. Whalen** | **4706 Mt. Royal Lane**<br>**Charlotte, NC 28210** | **Complete Business Solutions Group,** | **■** D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.19 | **Sean P. Whalen** | **4706 Mt. Royal Lane**<br>**Charlotte, NC 28210** | **Complete Business Solutions Group,** | **■** D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.20 | **Sean P. Whalen** | **4706 Mt. Royal Lane**<br>**Charlotte, NC 28210** | **Complete Business Solutions Group,** | **■** D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.21 | **Sean P. Whalen** | **4706 Mt. Royal Lane**<br>**Charlotte, NC 28210** | **Complete Business Solutions Group,** | **■** D __2.6__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Flexogenix Group, Inc.** | | Case number *(if known)* | **2:19-bk-12927** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.22 | **Sean P. Whalen** | **4706 Mt. Royal Lane**<br>**Charlotte, NC 28210** | **Franklin Funding**<br>**Group, LLC** | ■ D  __2.8__<br>☐ E/F ____<br>☐ G ____ |
| 2.23 | **Iris Whalen** | **4706 Mount Royal Lane**<br>**Charlotte, NC 28210**<br>**Guaranty of Lease of commercial space**<br>**located at 1000 S. Hope Street, Suite 103,**<br>**Los Angeles, CA 90015** | **Packard Commercial**<br>**LLC** | ☐ D ____<br>☐ E/F ____<br>■ G  __2.21__ |
| 2.24 | **Iris Whalen** | **4706 Mt. Royal Lane**<br>**Charlotte, NC 28210**<br>**Guaranty of Lease of commercial space**<br>**located at 1000 S. Hope St., Suite 101, Los**<br>**Angeles, CA 90015** | **Packard Commercial**<br>**LLC** | ☐ D ____<br>☐ E/F ____<br>■ G  __2.20__ |
| 2.25 | **Iris Whalen** | **4706 Mt. Royal Lane**<br>**Charlotte, NC 28210** | **NCMIC Finance**<br>**Corporation** | ☐ D ____<br>☐ E/F ____<br>■ G  __2.18__ |
| 2.26 | **Iris Whalen** | **4706 Mt. Royal Lane**<br>**Charlotte, NC 28210** | **NCMIC Finance**<br>**Corporation** | ☐ D ____<br>☐ E/F ____<br>■ G  __2.19__ |
| 2.27 | **Iris Whalen** | **4706 Mt. Royal Lane**<br>**Charlotte, NC 28210**<br>**Guaranty of Lease of commercial space**<br>**located at 400 Ashville Avenue, Cary, NC**<br>**27518** | **Flagship Cary, LLC** | ☐ D ____<br>☐ E/F ____<br>■ G  __2.4__ |
| 2.28 | **Iris Whalen** | **4706 Mt. Royal Lane**<br>**Charlotte, NC 28210** | **Rusnak/Pasadena** | ☐ D ____<br>☐ E/F ____<br>■ G  __2.2__ |

| Debtor | Flexogenix Group, Inc. | Case number *(if known)* | 2:19-bk-12927 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.29 | **Iris Whalen** 4706 Mt. Royal Lane Charlotte, NC 28210 | **Kia Motors Finance** | ☐ D ____ ☐ E/F ____ ■ G   **2.14** |
| 2.30 | **Iris Whalen** 4706 Mt. Royal Lane Charlotte, NC 28210 | **Mercedes-Benz Financial Services** | ☐ D ____ ☐ E/F ____ ■ G   **2.17** |
| 2.31 | **Paul Mogannam** 1000 S. Westgate Avenue #201 Los Angeles, CA 90049 Guaranty of Lease of commercial space located at 400 Ashville Avenue, Cary, NC 27518 | **Flagship Cary, LLC** | ☐ D ____ ☐ E/F ____ ■ G   **2.4** |
| 2.32 | **Paul Mogannam** 1000 S. Westgate Avenue #201 Los Angeles, CA 90049 Guaranty of Lease of commercial space located at 1000 S. Hope Street, Suite 101, Los Angeles, CA 90015 | **Packard Commercial LLC** | ☐ D ____ ☐ E/F ____ ■ G   **2.20** |
| 2.33 | **Paul Mogannam** 1000 S. Westgate Avenue #201 Los Angeles, CA 90049 Guaranty of Lease of commercial space located at 1000 S. Hope Street, Suite 103, Los Angeles, CA 90015 | **Packard Commercial LLC** | ☐ D ____ ☐ E/F ____ ■ G   **2.21** |
| 2.34 | **Whalen Medical Corporation** 1000 S. Hope Street, Suite 103 Los Angeles, CA 90015 Guaranty of Lease of commercial space located at 1000 S. Hope St., Suite 103, Los Angeles, CA 90015 | **Packard Commercial LLC** | ☐ D ____ ☐ E/F ____ ■ G   **2.21** |
| 2.35 | **Whalen Medical Corporation** 1000 S. Hope St., Suite 103 Los Angeles, CA 90015 Guaranty of Lease of commercial space located at 1000 S. Hope St., Suite 101, Los Angeles, CA 90015 | **Packard Commercial LLC** | ☐ D ____ ☐ E/F ____ ■ G   **2.20** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Flexogenix Group, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | **2:19-bk-12927** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June  6, 2019**        X _____
Signature of individual signing on behalf of debtor

**Iris Whalen**
Printed name

**CEO**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Flexogenix Group, Inc.**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES
DIVISION

Case number (if known)  **2:19-bk-12927**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$10,430.77** |
| **For prior year:** From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
| **For year before that:** From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$10,042,658.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    **Flexogenix Group, Inc.**

Case number (if known) **2:19-bk-12927**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. **Accell Orthopedics, Inc**<br>PO Box 8702<br>Wilmington, DE 19899 | 12/24/2018 -<br>$2,960.00<br>1/2/2019 -<br>$2,960.00<br>1/30/2019 -<br>$2,960.00<br>1/30/2019 -<br>$13,301.73 | $22,181.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **CMGAtlantaTV**<br>P.O. Box 809036<br>Chicago, IL 60680-9036 | 1/29/2019 | $31,033.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Advertising** |
| 3.3. **De Forest & Associates, Inc**<br>1145 Artesia Boulevard, #203<br>Manhattan Beach, CA 90266 | 2/5/2019 -<br>$11,250.00<br>2/5/2019 -<br>$11,250.00 | $22,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. **8x8, Inc.**<br>Quynh Vu<br>Dept. 848080<br>Los Angeles, CA 90084 | 12/31/2018 -<br>$3,468.00<br>2/11/2019 -<br>$3,493.12 | $6,961.12 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. **American Express**<br>PO BOX 981535<br>El Paso, TX 79998-1535 | Various | $843,669.55 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Anthem Blue Cross**<br>Po Box 511300<br>Los Angeles, CA 90051 | 2/7/2019 | $40,333.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Chase**<br>Card Services<br>PO BOX 15298<br>Wilmington, DE 19850 | Various | $332,750.83 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Daniel Stark**<br>10440 North Central Expressway<br>Suite 800<br>Dallas, TX 75231 | 12/31/2018 -<br>$6,000.00<br>2/1/2019 -<br>$6,000.00<br>3/4/2019 -<br>$6,000.00 | $18,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Flexogenix Group, Inc.**                                          Case number *(if known)* **2:19-bk-12927**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.9. | **Eugene Walsh**<br>**Clark Trevithick**<br>**800 Wilshire Blvd., 12th Floor**<br>**Los Angeles, CA 90017** | **12/21/2018 -**<br>**$3,000.00**<br>**12/28/2018 -**<br>**$3,000.00**<br>**1/18/2019 -**<br>**$10,000.00**<br>**1/14/2019 -**<br>**$3,000.00**<br>**1/18/2019 -**<br>**$3,000.00**<br>**1/22/2019 -**<br>**$3,000.00**<br>**1/25/2019 -**<br>**$3,000.00**<br>**2/1/2019 -**<br>**$3,000.00** | **$31,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10. | **Flagship Cary, LLC**<br>**2701 Coltsgate Road, Suite 300**<br>**Charlotte, NC 28211** | **12/31/2018 -**<br>**$13,581.35**<br>**2/4/2019 -**<br>**$13,581.35** | **$27,162.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Rent**__ |
| 3.11. | **Franklin Funding Group, LLC**<br>**1425 37th St., #557**<br>**Brooklyn, NY 11218** | **Various** | **$442,705.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. | **Gateway EDI, LLC**<br>**501 N. Broadway, 3rd Floor**<br>**Saint Louis, MO 63102** | **12/20/2018 -**<br>**$3,130.79**<br>**1/22/2019 -**<br>**$3,324.37**<br>**2/20/2019 -**<br>**$3,084.67** | **$9,539.83** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. | **Golden Triangle #6-Avery, LLC**<br>**c/o Levine Properties**<br>**8514 McAlpine Park Drive, Suite 190**<br>**Charlotte, NC 28211** | **1/2/2019 -**<br>**$60.00**<br>**1/2/2019 -**<br>**$14,265.24**<br>**2/1/2019 -**<br>**$14,265.24** | **$28,590.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Rent**__ |
| 3.14. | **HOP Capital, LLC**<br>**323 Sunny Isles Blvd., #602**<br>**Sunny Isles Beach, FL 33160** | **2/4/2019** | **$400,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. | **In Advance Capital, LLC**<br>**1233 48th Street**<br>**Brooklyn, NY 11219** | **Various** | **$31,372.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Flexogenix Group, Inc.**                                              Case number *(if known)*  **2:19-bk-12927**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.16. **Influx Capital LLC**<br>**32 Court Street, Suite 205**<br>**Brooklyn, NY 11201** | **Various** | $87,940.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. **IRS**<br>**Department of the Treasury**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | **12/21/2018** | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.18. **J&J Healthcare Systems, Inc**<br>**5972 Collections Center Dr**<br>**Chicago, IL 60693** | **1/3/2019 -**<br>**$5,399.80**<br>**1/3/2019 -**<br>**$7,383.40**<br>**1/22/2019 -**<br>**$10,799.60**<br>**1/22/2019 -**<br>**$5,730.40**<br>**2/5/2019 -**<br>**$1,212.20**<br>**2/12/2019 -**<br>**$8,044.60** | $38,570.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. **KWTV-TV**<br>**PO BOX 960042**<br>**Oklahoma City, OK 73196** | **1/28/2019** | $24,293.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Advertising** |
| 3.20. **Maple One Partners, LLC**<br>**309 Gallimore Dairy Road, Suite 102**<br>**Greensboro, NC 27409** | **1/7/2019 -**<br>**$11,615.89**<br>**2/1/2019 -**<br>**$11,615.89** | $23,231.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.21. **North Carolina Dept. of Revenue**<br>**PO BOX 25000**<br>**Raleigh, NC 27640-0640** | **12/20/2018 -**<br>**$15,784.00**<br>**12/20/2018 -**<br>**$744.26**<br>**1/22/2019 -**<br>**$16,528.26**<br>**2/20/2019 -**<br>**$16,523.26** | $49,584.78 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.22. **Sandy Springs Gateway Owner, LLC**<br>**c/o Core Property Mgmt, LLC**<br>**410 Peachtree Parkway, Suite 4165**<br>**Cumming, GA 30041** | **12/31/2018 -**<br>**$31,236.73**<br>**2/4/2019 -**<br>**$31,236.73** | $62,473.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Flexogenix Group, Inc.**

Case number *(if known)*  **2:19-bk-12927**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.23. | **United Healthcare Insurance Company**<br>**Attn: UHC/CDM**<br>**185 Asylum Street**<br>**Hartford, CT 06103** | 1/3/2019 | $38,853.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. | **Venice Investment**<br>**1526 S. Broadway**<br>**Los Angeles, CA 90015** | 1/7/2019 -<br>$26,178.75<br>1/7/2019 -<br>$5,606.85<br>2/5/2019 -<br>$24,078.75<br>2/5/2019 -<br>$5,606.85 | $61,471.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25. | **WSB-TV**<br>**Cox Enterprises, Inc.**<br>**PO BOX 809036**<br>**Chicago, IL 60680-9036** | 1/29/2019 | $27,008.75 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Advertising_ |
| 3.26. | **Watermarke Tower**<br>**705 W. 9th Street**<br>**Los Angeles, CA 90015** | 1/2/2019 -<br>$5,604.74<br>2/1/2019 -<br>$5,620.75 | $11,225.49 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Rent_ |
| 3.27. | **HOLOGIC CAPITAL**<br>**PO BOX 41602**<br>**PHILADELPHIA, PA 19101-1602** | 1/3/2019 -<br>$4,227.666<br>1/8/2019 -<br>$9,370.24<br>2/4/2019 -<br>$4,227.66<br>2/6/2019 -<br>$8,949.92<br>3/4/2019 -<br>$4,227.66 | $31,003.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Lease of Equipment_ |
| 3.28. | **Law Office of Kenneth H Dramer**<br>**626 RXR Plaza**<br>**West Tower 6th Floor**<br>**Uniondale, NY 11556** | 2/19/2019 | $13,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.29. | **Bank of America**<br>**PO BOX 982234**<br>**El Paso, TX 79998-2234** | 12/31/2018 | $371,680.08 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Flexogenix Group, Inc.** | | Case number *(if known)* | **2:19-bk-12927** |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.30. | **Paul Mogannam**<br>**1000 S. Westgate Avenue #201**<br>**Los Angeles, CA 90049** | **Various** | **$104,620.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Loan repayment to former shareholder** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Iris Whalen**<br>**4706 Mount Royal Lane**<br>**Charlotte, NC 28210**<br>**CEO** | **Various** | **$262,188.00** | **Salary Compensation and Perquisites** |
| 4.2. | **Sean Whalen**<br>**4706 Mount Royal Lane**<br>**Charlotte, NC 28210**<br>**Director** | **Various** | **$327,830.83** | **Salary Compensation, perquisites and loan repayment** |
| 4.3. | **Logan O Tufts**<br>**700 Maroubra Loop**<br>**APT 7302**<br>**Cary, NC 27513**<br>**Employee/Family member of Shareholder** | **Various** | **$46,151.62** | **Salary compensation and perquisites** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    **Flexogenix Group, Inc.**                                    Case number *(if known)*   **2:19-bk-12927**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Kevin Ball v. Flexogenix Clinic; Flexogenix Group, Inc., a California Corporation; Tony Tongyu Liu, D.O., M.P.H.; Depuy Synthes Products, Inc., a New Jersey Corporation; and Does 1 through 25, Inclusive**<br>**BC675835** | **Medical Malpractice** | **Los Angeles Superior Court**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Debtor | **Flexogenix Group, Inc.** | Case number (if known) | **2:19-bk-12927** |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Margulies Faith LLP 16030 Ventura Blvd., Ste. 470 Encino, CA 91436** | **Pre-petition attorney fees (including filing fees): $22,850.50 Retainer: $77,149.50** | **3/12/2019** | **$100,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.
   ■ Yes. State the nature of the information collected and retained.

| Debtor | **Flexogenix Group, Inc.** | Case number *(if known)* | **2:19-bk-12927** |
|---|---|---|---|

**Personal information for medical practices**

Does the debtor have a privacy policy about that information?

☐ No

■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.

■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Flexogenix Group, Inc. 401(k) Plan** | EIN: **47-3082975** |

Has the plan been terminated?

■ No

☐ Yes

<h2>Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units</h2>

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

<h2>Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own</h2>

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Debtor | **Flexogenix Group, Inc.** | Case number *(if known)*  **2:19-bk-12927** |
|---|---|---|

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Scott A. Freeman, CPA**<br>**Levy, Sapin, Ko & Freeman, Certified**<br>**Public Accountants, Inc.**<br>**4221 Wilshire Blvd., Suite 430**<br>**Los Angeles, CA 90010** | **9/2017 to present** |

---

| Debtor | Flexogenix Group, Inc. | Case number *(if known)*  **2:19-bk-12927** |
|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.2. | **Daniel Stark, CPA** **10440 North Central Expressway** **Suite 800** **Dallas, TX 75231** | **8/2017 to present** |
| 26a.3. | **Vivian Chen** **1000 S. Hope St., Ste. 103** **Los Angeles, CA 90015** | **8/2015 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Scott A. Freeman, CPA** **Levy, Sapin, Ko & Freeman, Certified** **Public Accounts, Inc.** **4221 Wilshire Blvd., Suite 430** **Los Angeles, CA 90010** | **9/2017 to present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. | **Daniel Stark** **10440 North Central Expressway** **Suite 800** **Dallas, TX 75231** | **8/2017 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Metro Advance Inc.** **400 Continental Blvd** **El Segundo, CA 90245** |
| 26d.2. | **Dr. Bao Nguyen** **555 Pier Avenue, Suite #1** **Hermosa Beach, CA 90254** |
| 26d.3. | **1st Global Capital, LLC** **1250 E. Hallandale Beach Blvd.** **Suite 409** **Hallandale Beach, FL 33009** |
| 26d.4. | **Empower Group** **366 N. Broadway Ste 410** **Jericho, NY 11753** |
| 26d.5. | **Mass Capital Access** **4000 Hollywood Blvd, Suite 285S** **Hollywood, FL 33021** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Flexogenix Group, Inc.**                                            Case number *(if known)*  **2:19-bk-12927**

| Name and address | |
|---|---|
| 26d.6. | **TCA Global Fund**<br>**19950 W Country Club Dr #101**<br>**Aventura, FL 33180** |
| 26d.7. | **Blue Rock Capital**<br>**95 Main Ave**<br>**Clifton, NJ 07014** |
| 26d.8. | **Black Rock Capital Group**<br>**300 Delaware Avenue, Suite 210-A**<br>**Wilmington, DE 19801** |
| 26d.9. | **Small Business Community Capital**<br>**9W Broad Street, Suite 530**<br>**Stamford, CT 06902** |
| 26d.10. | **Yellowstone Capital, LLC**<br>**1 Evertrust Plaza, 14th Floor**<br>**Jersey City, NJ 07302** |
| 26d.11. | **Times Square Consulting**<br>**W 57th St**<br>**New York, NY 10019** |
| 26d.12. | **Lighthouse Business Capital**<br>**2520 Coral Way, Suite 2143**<br>**Coral Gables, FL 33145** |
| 26d.13. | **Wilshire Pacific Capital Advisors, LLC**<br>**8447 WILSHIRE BLVD., SUITE 202**<br>**Beverly Hills, CA 90211** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

   | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
   |---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Iris Whalen** | **4706 Mt. Royal Lane**<br>**Charlotte, NC 28210** | **CEO/CFO/Shareholder** | **82.5%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sean P. Whalen** | **4706 Mt. Royal Lane**<br>**Charlotte, NC 28210** | **Director/Shareholder** | **15%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jack Miletic** | **420 Washington Avenue, Apt. 203**<br>**Santa Monica, CA 90403** | **Shareholder** | **1%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thomas Howard** | **2754 Lake Waccamaw Trail**<br>**Apex, NC 27502** | **Shareholder** | **1.5%** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Flexogenix Group, Inc.** | Case number *(if known)*  **2:19-bk-12927** |
|---|---|---|

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **James Ho** | **2007 Waltham Lane Charlotte, NC 28270** | **Former Shareholder** | **4/2017 to 3/2018** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Paul Mogannam** | **1000 S. Westgate Avenue #201 Los Angeles, CA 90049** | **Former Shareholder** | **1/2015 to 12/2016** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Iris Whalen 4706 Mt. Royal Lane Charlotte, NC 28210** | **See Item #4** | | |
| | Relationship to debtor **CEO/CFO** | | | |
| 30.2. | **Sean P. Whalen 4706 Mt. Royal Lane Charlotte, NC 28210** | **See Item #4** | | |
| | Relationship to debtor | | | |
| 30.3. | **Logan O Tufts 700 Maroubra Loop APT 7302 Cary, NC 27513** | **See Item #4** | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Flexogenix Group, Inc.**

Case number *(if known)*    **2:19-bk-12927**

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **Flexogenix Group, Inc. 401(k) Plan** | **EIN:    47-3082975** |

---

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  6, 2019**

Signature of individual signing on behalf of the debtor

**Iris Whalen**
Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JEREMY W. FAITH (State Bar No. 190647)<br>Jeremy@MarguliesFaithlaw.com<br>MONSI MORALES (State Bar No. 235520)<br>Monsi@MarguliesFaithlaw.com<br>MARGULIES FAITH, LLP<br>16030 Ventura Blvd., Suite 470<br>Encino, CA 91436<br>Telephone: (818) 705-2777<br>Facsimile: (818) 705-3777 | |

☒ *Attorney for:* Flexogenix Group, Inc.

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>Flexogenix Group, Inc.<br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-12927-BR<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| <br><br><br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br><br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Iris Whalen_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.   I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.   ☒ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Iris Whalen - 82.5%

Sean P. Whlaen - 15%

[For additional names, attach an addendum to this form.]

b.   ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:   June 6, 2019

By:   _____
Signature of Debtor, or attorney for Debtor

Name:   Iris Whalen, CEO
Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    **F 1007-4.CORP.OWNERSHIP.STMT**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re  **Flexogenix Group, Inc.**                                                  Case No.   **2:19-bk-12927**
_____
                                                                  Debtor(s)        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **n/a** |
| Prior to the filing of this statement I have received | $ | **100,000.00*** |
| Balance Due | $ | **--** |

2.   The source of the compensation paid to me was:                          **\*Pre-petition attorney fees incurred
                                                                              (including filing fee) total $22,850.50
     ■ Debtor        ☐ Other (specify):                                       with the balance of $77,149.50 held in
                                                                              trust.**

3.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**June 6, 2019**                                           **/s/ Jeremy W. Faith**
_____                            _____
_Date_                                                     **Jeremy W. Faith**
                                                           _Signature of Attorney_
                                                           **Margulies Faith LLP**
                                                           **16030 Ventura Blvd., Suite 470**
                                                           **Encino, CA 91436**
                                                           **(818) 705-2777  Fax: (818) 705-3777**
                                                           **Jeremy@MarguliesFaithLaw.com**
                                                           _Name of law firm_

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jeremy W. Faith (SBN 190647)**<br>**16030 Ventura Blvd., Suite 470**<br>**Encino, CA 91436**<br>**(818) 705-2777 Fax: (818) 705-3777**<br><br>**Jeremy@MarguliesFaithLaw.com** | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

**Flexogenix Group, Inc.**

CASE NO.: **2:19-bk-12927**

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __30__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **June  6, 2019** _____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                          **F 1007-1.MAILING.LIST.VERIFICATION**

4imprint
101 Commerce St
PO Box 320
Oshkosh, WI 54901


8X8, Inc.
Dept. 848080
Los Angeles, CA 90084-8080


Accell Orthopedics, Inc
PO Box 8702
Wilmington, DE 19899


Adrienne A Haskins
45210 W Highway 51
Jennings, OK 74038


ADT Security (Cary)
P.O.BOX 371878
Pittsburgh, PA 15250-7878


ADT Security (CLT)
P.O.BOX 371878
Pittsburgh, PA 15250-7878


ADT Security (Group)
P.O.BOX 371878
Pittsburgh, PA 15250-7878


ADT Security (LA)
P.O.BOX 371878
Pittsburgh, PA 15250-7878

Aeisha S Allen
11163 Foxhaven Dr
Charlotte, NC 28277


Alexis Cox
104 Twin Oaks Pl
Goldsboro, NC 27530


Alford Leasing Company
P.O. BOX 90755
Raleigh, NC 27675


Aliya Cromwell
283 Silver Ridge Dr
Dallas, GA 30157


AlterG
48368 Milmont Drive
Fremont, CA 94538


Amanda K Caudill
133 W 36Th St
Long Beach, CA 90807


Amazon
PO BOX 960013
ORLANDO, FL 32896-0013


Amber E Price
817 Rankin Pl
Greensboro, NC 27403

American Express
PO BOX 981535
El Paso, TX 79998-1535

Ampronix
15 Whatney
Irvine, CA 92618

Angelina Evans
1749 N Serrano Ave Apt 207
Los Angeles, CA 90027

Anna Gordea
109 Holly Bay Ln
Holly Springs, NC 27540

Anthem Blue Cross
Po Box 511300
Los Angeles, CA 90051

Aramark
17044 Montanero Ave Ste 4
Carson, CA 90746

Aramark NC
11800 Statesville Road
Huntersville, NC 28078

Arbimed
6229 Theall Road
Houston, TX 77066

Argon
13600 N. Blackwelder Avenue
Oklahoma City, OK 73134


Bainbridge Lake Crabtree
2599 Evans Road
Morrisville, NC 27560


Bainbridge NC Management, LLC
2599 Evans Road
Morrisville, NC 27560


Bank of America
PO BOX 982234
El Paso, TX 79998-2234


Besse Medical Supply
1576 Solutions Ctr
Chicago, IL 60677-1005


Beth Gichuhi
6310 Daybrook Cir Apt 303
Raleigh, NC 27606


Bigleaf networks
2850 SW Cedar Hills Blvd Suite 130
Beaverton, OR 97005-1354


Bioventus
P.O. Box 732823
Dallas, TX 75373-2823

BizFilings
8020 Excelsior Drive
Suite 200
Madison, WI 53717


Bizmatics, Inc.
4010 Moorpark Ave., # 222
San Jose, CA 95117


Bluevine
401 Warren Street
Redwood City, CA 94063


Bluevine
830 3rd Street
Gretna, LA 70053


Bluevine
111 Town Square Place
Jersey City, NJ 07310


Branden Ford
3715 Debelle St
Clarkston, GA 30021


Brandia Sanders
322 Newcastle Ave
Lincolnton, NC 28092


Business Merchant Funding
680 Central Avenue
Cedarhurst, NY 11516

Canon Financial Service, Inc.
14904 Collections Center Drive
Chicago, IL 60693-0149


Capital Waste Solutions, LLC
6120 S. Yale Avenue, Suite 1250
Tulsa, OK 74136


Capitol Cleaning OKC LP
11625 N. Santa Fe, Suite A
Oklahoma City, OK 73114


Carolina BioMedical Disposal, LLC
PO BOX 65047
BALTIMORE, MD 21264-5047


Charlene Adkisson
7901 S Council Rd #256
Oklahoma City, OK 73169


Chase Auto
PO BOX 901076
Fort Worth, TX 76101-2076


Chase Freedom
Card Services
PO BOX 15298
Wilmington, DE 19850


Chase Ink
Card Services
PO BOX 15298
Wilmington, DE 19850

Chase Sapphire
Card Services
PO BOX 15298
Wilmington, DE 19850


Chase Slate
Card Services
PO BOX 15298
Wilmington, DE 19850


Cheri Dickinson
1105 Garden Lake Dr
Riverdale, GA 30296


CISLO&THOMAS LLP
12100 Wilshire Blvd Suite 1700
Los Angeles, CA 90025-7103


Citibank
PO BOX 6500
Sioux Falls, SD 57117-6500


City of Los Angeles
Office of Finance
PO BOX 30879
Los Angeles, CA 90030-0879


City of Los Angeles False Alarms
P.O. Box 30879
Los Angeles, CA 90030-0879


Clark Trevithick
800 Wilshire Blvd 12th Floor
Los Angeles, CA 90017

CMGAtlantaTV
P.O. Box 809036
Chicago, IL 60680-9036


CN Chisholm Creek, LP
13600 N. Blackwelder Avenue
Oklahoma City, OK 73120


COECO OF RALEIGH
P.O. BOX 790448
ST. LOUIS, MO 63179-0448


Complete Business Solutions Group,
22 N. 3rd Street
Philadelphia, PA 19106


Connor J McClanahan
5032 Newcastle Rd
Raleigh, NC 27606


COX business
PO BOX 248851
Oklahoma City, OK 73124-8851


Cox Health Marketing
Cox Enterprises, Inc.
PO Box 809036
Chicago, IL 60680-9036


Daisy Anaya
7029 Denver Ave
Los Angeles, CA 90044

David Fogel
David Fogel, P.C.
1225 Franklin Avenue
Suite 522
Garden City, NY 11530-1753

David Gerber
1913 Goldenrod Lane
Midwest City, OK 73130

De Forest & Associates, Inc
1145 Artesia Boulevard, #203
Manhattan Beach, CA 90266

Dell Financial Services
P.O. Box 5292
Carol Stream, IL 60197-5292

Derek Medeiros
10127 Oxford Landing Ln
Charlotte, NC 28270

Desiree K Jones
947 Wind Carved Ln
Monroe, NC 28110

Diagnostic Physics Inc
P.O. Box 49587
Charlotte, NC 28277

Diara Gross
235 Lincoln Court Avenue
NE Brookhaven, GA 30329

Dinoshka Acevedo
5174 Martin Luther King Jr Blv
Lynwood, CA 90262


DJO, LLC
PO BOX 650777
Dallas, TX 75265


Doretta H Lawson
4830 Tony Dr
Trinity, NC 27370


Elisabeth S Barnes
1816 N McDowell St.
Apt #1
Charlotte, NC 28205


Elite2 LLC
5 Saratoga Dr
Collegeville, PA 19426


Erin Boyd
3844 Northwest 36th Street
Oklahoma City, OK 73112


EXCEL ERROR FIX, LLC
2312 Winthrop Ave
Charlotte, NC 28203


Fedex
P.O. Box 7221
Pasadena, CA 91109-7321

Fidia
PO Box 10341
Uniondale, NY 11555-5351


Flagship Cary, LLC
2701 Coltsgate Road, Suite 300
Charlotte, NC 28211


Franchise Tax Board
Attn: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952


Franklin Funding Group, LLC
1425 37th St., #557
Brooklyn, NY 11218


GE Healthcare
P.O. BOX 640200
Pittsburgh, PA 15264-0200


Genzyme Corporation
62665 Collections Center Drive
Chicago, IL 60693-0626


George Place
4706 Mount Royal Lane
Charlotte, NC 28210


George Place
4445 Northside Parkway NW #286
Atlanta, GA 30327

Golden Triangle #6-Avery, LLC
PO BOX 2439
Matthews, NC 28106


Golden Triangle #6-Avery, LLC
c/o Levine Properties
8514 McAlpine Park Drive, Suite 190
Charlotte, NC 28211


Grace Fantetti
3498 Panarama Dr
Greensboro, NC 27405


Guadalupe Acevedo Tirado
15 Tucker Farm Cir
Angier, NC 27501


Haley Saul
20 Craig Court
Mebane, NC 27302


Harry Pinckney
6521 Monroe Rd
Apt 102
Charlotte, NC 28212


Healthpark at Kildaire MOB II, LLC
Attn: Jay Johnson, Manager
1436 Ridge Road
Raleigh, NC 27607


Heidi Hall
28437 Cr 87
Robertsdale, AL 36567

HENDRIX BUSINESS SYSTEMS, INC.
2040A INDEPENDENCE COMMERCE DR
MATTHEWS, NC 28105


Henry Schein
PO Box 7156
Pasadena, CA 91109-7156


Hewlett-Packard Financial Services
Company
200 Connell Drive, Suite 5000
Berkeley Heights, NJ 07922


Holly A Stubbins
5515 Mcwhorter Rd
Waxhaw, NC 28173


HOLOGIC CAPITAL
PO BOX 41602
PHILADELPHIA, PA 19101-1602


Hologic, Inc
24506 Network Pl
Chicago, IL 60673-1245


HPE Financial Services
Lockbox# 402582
Bank of America
8000 Feldwood Road
College Park, GA 30349


Imperial
P.O. BOX 150040
Tulsa, OK 74115

In Advance Capital, LLC
1233 48th Street
Brooklyn, NY 11219


Influx Capital LLC
32 Court Street, Suite 205
Brooklyn, NY 11201


Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346


Iqra Ahmed
800 North Oklahoma Avenue
Oklahoma City, OK 73104


Iris Whalen
4706 Mount Royal Lane
Charlotte, NC 28210


Iris Whalen
4706 Mt. Royal Lane
Charlotte, NC 28210


Iron Mountain
1000 Campos Dr
Collegeville, PA 19426


J&J Healthcare Systems, Inc
5972 Collections Center Dr
Chicago, IL 60693

Jack Miletic
420 Washington Ave Apt 203
Santa Monica, CA 90403


Jacqueline Puello
2112 Thornfield Rd
Charlotte, NC 28217-7936


James Villaruz
647 West Duarte Road
Apt. A
Monrovia, CA 91016


Jana Norton
503 East Lockheed Drive
Midwest City, OK 73110


Janet B Sandoval
511 Lakemont Drive
Clayton, NC 27520


JANI-KING OF RALEIGH/DURHAM
801 JONES FRANKLIN RD. STE 230
RALEIGH, NC 27606


Jasmin Battle
1104 Hawthorne Drive
Oklahoma City, OK 73110


Jennell Brown
3709 Rosedown Dr
Matthews, NC 28105

Jennifer Hogan
1829 E. Marion St. Apt. 1202
Shelby, NC 28152

Jennifer Reed
1601 Morris Ave
Norfolk, VA 23509

Jeong Ah Hwang
3011 Rowena Avenue APT 15
Los Angeles, CA 90039

Jerrell Parker
2213 Woodwyck Way
Raleigh, NC 27604

Joan E Kim
449 N. Catalina Avenue, #109
Pasadena, CA 91106

John Crossgrove
306 Maple Walk Street
Durham, NC 27703

Jon S. Grubbs
6220 Yosemite Dr
Port Orange, FL 32127

Jonathan M Breton
13232 Long Common Pkwy
Huntersville, NC 28078

Joni L Scholl
2474 Walnut St # 257
Cary, NC 27518


Joseph Cheek
11436 Lemmond Acres Dr
Mint Hill, NC 28227


K&L Gates LLP
P.O. BOX 844255
Boston, MA 02284-4255


Karen Berrios
1901 North Stoneacre Avenue
Compton, CA 90221


Katy Y Aguillon Campos
615 E 27Th St
Los Angeles, CA 90011


Kay N Thompson
936 S Olive St
Apt 439
Los Angeles, CA 90015


Kevin Quinn
8920 Mossy Oak Drive
Gainesville, GA 30506


Kia Motors Finance
PO BOX 20825
Fountain Valley, CA 92728-0825

Kimberly K Conley
103 Roelee St
Trinity, NC 27370


Kristen M Sykes
2305 Pitt Rd
Elon, NC 27244


Kristi A Kerrigan
11245 Lions Mane St
Charlotte, NC 28273


KWTV-TV
PO BOX 960042
Oklahoma City, OK 73196


L.A. Arena Company, LLC
1111 S. Figueroa St., Suite 3100
Los Angeles, CA 90015


Laura Fessenden
106 Glasgow St
Stem, NC 27581


Lawrence J Dalmata Jr.
595 Tillie Scott Ct
Greensboro, NC 27455


Linh Huynh
3306 Fallen Acorn Cir
Cary, NC 27519

Lisa Walling
60 Landon Drive
Edmond, OK 73013


Lishu Wang
1225 West Exposition Boulevard
Apt B
Los Angeles, CA 90007


Logan O Tufts
700 Maroubra Loop
APT 7302
Cary, NC 27513


LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54888
Los Angeles, CA 90054-0888


Luisa Farias
11245 Lions Mane St
Charlotte, NC 28273


Lynne A Ridgel
22433 S Vermont Ave Apt 126
Torrance, CA 90502


Manning Fulton
3605 Glenwood Ave., Suite 500
Raleigh, NC 27612


Maple One Partners, LLC
309 Gallimore Dairy Road, Suite 102
Greensboro, NC 27409

Maple One Partners, LLC
c/o Samet Properties, LLC
309 Gallimore Dairy Road, Suite 102
Greensboro, NC 27409


Marielena Cocinero
1612 Long Paw Ln
Charlotte, NC 28214


Marissa Vaughn
404 Greenwood Cir
Cary, NC 27511


Martha I Fuentes
2125 W. Avenue 30
Los Angeles, CA 90065


Martha Oviedo
236 E Caldwell St
Compton, CA 90220


Matrix
PO BOX 601771
Charlotte, NC 28260-1771


Mayflower Transit, LLC
22262 Network Place
Chicago, IL 60673-1222


McKesson Medical Surgical
PO BOX 660266
Dallas, TX 75266-0266

Medasend Biomedical Inc
11258 Monarch St
Garden Grove, CA 92841


Mei Chih Pan
630 W Bennett Ave
Glendora, CA 91741


Melissa A Tindall
3875 Evergreen Way
Zionsville, IN 46077


Melissa D Mezin
1449 S Church St
Apt 421
Charlotte, NC 28203


Mercedes-Benz Financial Services
PO BOX 685
Roanoke, TX 76262


Michael Bryant
31951 Mill Stream Rd
Trabuco Canyon, CA 92679


Michelle Carballo
4 Harper St Nw
APT B
Atlanta, GA 30318


MRC
PO BOX 843760
Los Angeles, CA 90084-3760

Natalie Legette
8243 Romana Red Ln
Charlotte, NC 28213


NCMIC
PO BOX 4866
Des Moines, IA 50305


NCMIC Finance Corporation
14001 University Avenue
Clive, IA 50325


News & Record
PO BOX 26983
Richmond, VA 23261-6983


OG&E
PO BOX 24900
Oklahoma City, OK 73124-0990


Organogenesis, Inc.
DEPT 2542
PO BOX 122542
Dallas, TX 75312-2542


Ossur Americas Inc.
PO BOX 842265
Boston, MA 02284-2265


Packard Commercial LLC
1526 S. Broadway
Los Angeles, CA 90015

Pamela Young
4126 Lake Lynn Dr Apt 306
Raleigh, NC 27613


Paul Mogannam
1000 S. Westgate Avenue #201
Los Angeles, CA 90049


Physician Solutions, Inc
PO Box 98313
Raleigh, NC 27624


Piedmont Natural Gas
PO BOX 660920
Dallas, TX 75266-0920


Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250-7874


Rebeca N Lopez
4662 Brompton Dr
Greensboro, NC 27407


Registered Agent Solutions, Inc.
1701 Directors Blvd., Suite 300
Austin, TX 78744


Ren Scott Creative
9004 Brittany Way
Tampa, FL 33619

Renada Rogers
1417 Camargo Ln
Raleigh, NC 27604


Rene L McClanahan
2030 Old Chapman Drive
Apex, NC 27502


Samantha Harvey
7910 Sunfield Circle Apt 206
Raleigh, NC 27617


Sandy Springs Gateway Owner, LLC
PO BOX 392643
Pittsburgh, PA 15251


Sandy Springs Gateway Owner, LLC
c/o Core Property Mgmt, LLC
410 Peachtree Parkway, Suite 4165
Cumming, GA 30041


Sandy Springs Locksmith
PO Box 392643
Pittsburgh, PA 15251-9600


Sean P Whalen
4706 Mt Royal Ln
Charlotte, NC 28210


Sean P Whalen
4706 Mt. Royal Lane
Charlotte, NC 28210

Sejal Mankad
1000 Corwith Dr
Morrisville, NC 27560


Sensis, Inc.
818 S. Broadway, Suite 1100
Los Angeles, CA 90014


Shannon E Parrott
8132 Green Lantern St Apt 103
Raleigh, NC 27613


Shred Ace, Inc
PO Box 15519
Durham, NC 27704


Shred-it
28883 NETWORK PLACE
CHICAGO, IL 60673-1288


Smart Business System
4807 Melrose Ave
Los Angeles, CA 90029


Smith Anderson Blount Dorsett
Mitchell & Jernigan
PO Box 2611
Raleigh, NC 27602


Stacie Marchetti
239 Cypress Hill Lane
Holly Springs, NC 27540

Stanford Dosimetry LA
1204 Raymond St
Bellingham, WA 90014


Staples Advantage
Dept LA
PO Box 83689
Chicago, IL 60696-3689


Stericycle
P.O.BOX 6578
Carol Stream, IL 60197-6578


Stratus Video , LLC
PO BOX 674954
DETROIT, MI 48267-4954


Tabitha McRae
801 Grentton Pl
Apt 2G
Browns Summit, NC 27214


Tamara Faucett
11800 Battery Pl
Charlotte, NC 28273


Taylor Nicole Walker
4113 Grand Manor Ct
Apt 403
Raleigh, NC 27612


Techonology Unlimited Inc
P.O. Box 721548
Oklahoma City, OK 73172-1548

Terrez Pugh
2126 NE 15th St
Oklahoma City, OK 73117


The Charlotte Observer
PO BOX 3026
Livonia, MI 48151


The News & Observer
215 S. McDowell St
Raleigh, NC 27601


The News & Observer
PO BOX 3022
Livonia, MI 48151


Thomas M Howard
2754 Lake Waccamaw Trl
Apex, NC 27502


Thomas Russell Duncan
155 Enwood Drive
Charlotte, NC 28214


Tianne Williams
6425 Oakley Rd
Apt 1601
Union City, GA 30291


Tiara S Simmons
409 Pinewood Dr
Madison, NC 27025

TOG Langer Biomechanics Cary
160 Markland St
Markham, ON L6C 0C6


TOG Langer Biomechanics CLT
160 Markland St
Markham, ON L6C 0C6


TOG Langer Biomechanics LA
160 Markland St
Markham, ON L6C 0C6


Tower Lakes LLC
9120 N. Kelley Avenue, Suite 100
Oklahoma City, OK 73131


Tower Lakes, LLC
9120 N. Kelly Avenue
Oklahoma City, OK 73131


United Pet Care LLC
24361 El Toro Rd., Ste. 255
Laguna Woods, CA 92637


US Securities & Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Suite 900
Los Angeles, CA 90071-9591


V-Corp Contracting Services, Inc.
1198 N Knollwood Cir
Anaheim, CA 92801-1307

Valpak of the Triad
PO BOX 936531
Atlanta, GA 31193


Wayfair Supply
4 Copley Place, Floor 7
Boston, MA 02116


Wcnc-Tv, Inc.
1001 Woodrdg Ctr Dr
Charlotte, NC 28217


Wendy Quarry
305 Cottonwood Lane
Holly Springs, NC 27540


WFMY
PO BOX 637386
Cincinnati, OH 45263-7286


WNCN
33096 Collections Center Drive
Chicago, IL 60693


WSB-TV
Cox Enterprises, Inc.
PO BOX 809036
Chicago, IL 60680-9036


WSOC-TV
PO BOX 809229
Chicago, IL 60680-9229

Yajaira R Martinez
11450 Albers St
North Hollywood, CA 91601


Yao Shan Chen
12314 Rose Street
Cerritos, CA 90703


Yes Capital Group, LLC
1233 48th Street
Brooklyn, NY 11219


Yi Pei Lu
18821 Carreta Dr
Rowland Heights, CA 91748


Zana Devlin
8018 Goldenrain Way
Raleigh, NC 27612